IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shauna Ashmon and Genecia Drayton, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Cpl. Zalenski, M.D. Tyler Wolfe, Gen. Robert ) <br> Harris, Deputy Christopher Blackmon, and ) <br> Richland County Sheriff's Department, ) <br> ) <br> Defendants. ) <br> ) | C/A No.: 3:23-cv-05228-SAL-PJG <br><br> **JOINT RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

**  X  **   We agree that the schedule set forth in the Scheduling Order filed November 15, 2023 is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____   We agree that the schedule set forth in the Conference and Scheduling Order filed November 15, 2023 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be -e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____   We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*[Signature page follows]*

Respectfully submitted,

*/s/* Elizabeth Dalzell
Elizabeth Dalzell, Fed. ID 68797
SHEALEY LAW FIRM
1507 Richland Street
Columbia, South Carolina 29201
803.929.0008
liz@shealeylaw.com

*Counsel for Plaintiffs*

- AND -

*/s/* Robert D. Garfield
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
CROWE LAFAVE GARFIELD & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.999.1225
robert@crowelafave.com
steve@crowelafave.com

*Counsel for Defendants*

Columbia, South Carolina

December 18, 2023