IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shauna Ashmon and Genecia Drayton, | C/A No.: 3:23-cv-05228-SAL-PJG |
| Plaintiffs, | |
| v. | |
| Cpl. Zalenski, M.D.; Tyler Wolfe; Gen. Robert Harris; Deputy Christopher Blackmon; and Richland County Sheriff's Department, | |
| Defendants. | |

# EXHIBIT B
## Statement of Tyler Wolfe

# RICHLAND COUNTY SHERIFF'S DEPARTMENT
## PROFESSIONAL DEVELOPMENT

### OFFICER STATEMENT

Personally appeared before me this date, an officer duly and legally authorized to administer oaths in the above named County and State aforesaid, comes one

Name: _____Tyler Wolfe_____        Date: _____07/20/2023_____
             (Print)

Who makes the following statement under oath to wit:

On 07/16/2023, I was in the area of Summit Parkway attempting to locate a stolen plate. The FLOCK system alerted to a stolen plate out of VED953, but the system did not specify the state of origin. Based on the FLOCK picture of the license plate, I believed it to be a SC collegiate style plate due to the white background with red letters, possibly a SC Gamecock plate. The format of the license plate also matched to one of the common formats for SC plates, 3 letters then 3 numbers. Cpl Zalewski and I were on a phone call, talking about the different areas that have been checked and the possible whereabouts of the vehicle. Cpl Zalewski then advised me that he had located the vehicle, on Summit Parkway, traveling towards Clemson Rd. I asked Cpl Zalewski if he found a vehicle that resembled the vehicle we were looking for or if he located the vehicle bearing VED953. Cpl Zalewski advised that he located the subject vehicle we were looking for and confirmed it. I just received the NCIC notification that the tag I performed a records check on, VED953, was returning as stolen but I did not have time to investigate the NCIC entry fully due to Cpl Zalewski asking for additional units before initiating a felony traffic stop because I began to respond with emergency blue lights activated to assist with a felony stop on the vehicle. I did not use sirens as to not alert the possible subjects to additional units nearby. I arrived on scene and observed Cpl Zalewski behind the white in color sedan that was stopped behind traffic near the light at Summit Parkway and Clemson Rd. I informed Cpl Zalewski to initiate the stop at the current stopped location to prevent any potential danger to the public if the vehicle was given space in traffic to flee. Cpl Zalewski and I performed a felony stop, with myself as the contact officer, and Cpl as the cover. I withdrew my issued sidearm and kept it in a 'low ready' position. I gave loud clear verbal commands to the occupants, as I have been trained, for their hands to be placed outside of the vehicle. I then advised the driver to remove the keys from the ignition and place them on the ground. At this point, both occupants began to exit the vehicle and I acknowledged that a misunderstanding occurred. I immediately holstered my sidearm and approached the passenger, who was attempting to lay on the ground outside the passenger side of the vehicle. I prevented her laying on the ground due to the ambient temperature and did not want any burns or injuries to occur from her laying on the hot pavement. I instructed her to stand up and place her hands behind her back, to which she complied with hesitation. The female passenger occupant and I had a brief conversation about the misunderstanding of the command for the keys versus them laying on the ground. After the passenger was detained, I placed her in the rear of my marked patrol vehicle and confirmed the A/C was on inside. I made the decision to place her in the vehicle for her safety from the roadway as well as preventing any excessive heat related injuries due to the temperature outside. After she was secure in the marked patrol vehicle, I then explained why the felony stop occurred and what potential crime we were investigating. Then, I returned to Cpl Zalewski, who I believe had detained the driver and was asking for an ID or DL. I asked the driver where her ID was and she stated it was in the rear of the vehicle in a green bag. I opened the back driver side door and observed a bright lime green purse on the floorboard. I then removed the purse from the vehicle and walked towards the driver. I located her SCDL within the purse, made sure no other contents of the purse had fallen out or been misplaced, and placed the purse back into the rear of the vehicle. I then handed the SCDL to Cpl Zalewski. I then asked another deputy if his vehicle was unlocked to place the driver in the rear of a marked patrol vehicle, to ensure her safety during the roadside investigation with moving traffic in close proximity as well as attempting to prevent any heat related injuries. At this point I had moved far enough behind the rear of the vehicle and observed an ALASKA state tag bearing VED953 displayed on the vehicle. I began to make contact with Cpl Zalewski about his findings and confirmation on the stolen plate while I was securing the driver. Before I could make contact with Cpl Zalewski, Sgt Walmsley began to request that vehicles be removed from the roadway to allow traffic to flow at a less restricted pace. I then went over to the driver of the vehicle and asked her for the registration to the vehicle to confirm the vehicle was registered in Alaska. By then I believed that Cpl Zalewski and Sgt Walmsley had confirmed the status of the ALASKA tag that was displayed was not stolen due to Sgt Walmsley telling other deputies to remove the occupants from handcuffs, so I informed the driver to step out of the patrol vehicle and asked another deputy to remove her from handcuffs. I then immediately walked to my patrol vehicle and removed the passenger from my marked patrol vehicle and removed her from handcuffs. I then explained how we were led to believe that the tag on the vehicle could possibly been stolen, explained that the ALASKA tag that was displayed was not stolen and that the tag displayed on the stolen SC tag used the same format of 3 letters then 3 numbers. I then apologized for any inconvenience that may have occurred. I then left the scene with other deputies.

ASHMON-A-004