IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shauna Ashmon and Genecia Drayton,<br><br>Plaintiffs,<br><br>v.<br><br>Cpl. Zalenski, M.D.; Tyler Wolfe; Gen. Robert Harris; Deputy Christopher Blackmon; and Richland County Sheriff's Department,<br><br>Defendants. | C/A No.: 3:23-cv-05228-SAL-PJG |

# <u>Exhibit H</u>
## Video: Mariusz Zalewski body-worn camera

## (to be provided on flash drive)