IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shauna Ashmon and Genecia Drayton, ) | C/A No.: 3:23-cv-05228-SAL-PJG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Cpl. Zalenski, M.D.; Tyler Wolfe; ) | |
| Gen. Robert Harris; Deputy Christopher ) | |
| Blackmon; and Richland County ) | |
| Sheriff's Department, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# E<u>XHIBIT</u> I
## Video: Mariusz Zalewski dash camera

## (to be provided on flash drive)