IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shauna Ashmon and Genecia Drayton, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Cpl. Zalenski, M.D.; Tyler Wolfe; ) <br> Gen. Robert Harris; Deputy Christopher ) <br> Blackmon; and Richland County ) <br> Sheriff's Department, ) <br> ) <br> Defendants. ) <br> ) | C/A No.: 3:23-cv-05228-SAL-PJG |

# **E**XHIBIT **J**

## **Video: Christopher Blackmon body-worn camera**

## **(to be provided on flash drive)**