IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA COLUMBIA DIVISION

| | |
|---|---|
| Shauna Ashmon and Genecia Drayton,<br>Plaintiff,<br><br>vs.<br><br>Cpl. Zalenski, M.D. Tyler Wolfe, Gen. Robert Harris, Deputy Christopher Blackmon, and Richland County Sheriff's Department,<br>Defendants. | C/A No.: 3:23-cv-05228-SAL-PJG<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

NOW COME THE PLAINTIFFS, pursuant to Local Civil Rule 6.01, D.S.C., by and through their undersigned counsel and with the consent of the Defendants, respectfully request an order extending the response to motion for summary judgment in this matter for a period of fourteen (14) days from November 4, 2024 until November 18, 2024.

The undersigned counsel will be traveling from October 29, 2024 until November 2, 2024 and has other significant professional responsibilities between the date of this motion and the original November 4, 2024 response deadline.

Upon conferring with Defendants' counsel pursuant to Local Rule 7.02, he has graciously consented to the requested extension, with the understanding that the undersigned counsel is willingly to consent to a commensurate extension of the Defendant's response deadline, if needed. Additionally, upon information and belief, the requested extension will not prejudice any party nor interfere with any other deadlines in this case.

WHEREFORE, the Plaintiffs respectfully request that the Court grant this consent motion and extend the current dispositive motions response deadline in this case from November 4, 2024, up to and including November 18, 2024. Pursuant to Local Rule 7.04, the Plaintiffs certify that the

entirety of this motion is contained herein. Therefore, a separate memorandum would serve no useful purpose.

                                            Respectfully submitted,

                                            *s/ Elizabeth Dalzell*
Elizabeth Dalzell
Fed I.D. No. 7619
Shealey Law Firm
1507 Richland Street
Columbia, SC 29201
(803) 929-0008
*Attorney for the Plaintiff*

Columbia, South Carolina
October 23, 2024

2