Shauna Ashmon and Genecia Drayton,                    C/A No.: 3:23-cv-05228-SAL-PJG

                    Plaintiffs,

      vs.

Cpl. Zalewski, M.D. Tyler Wolfe, Gen. Robert
Harris,  Deputy Christopher Blackmon, and
Richland County Sheriff's Department.

              Defendants.

_____

# <u>EXHIBIT A</u>
# Deposition of Genecia Drayton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

- - -

Shauna Ashmon and Genecia Drayton,

     Plaintiffs,

                              C.A. NO.:
     vs.                  3:23-CV-05228-SAL-PJG

Cpl. Zalenski, MD; Tyler Wolfe;
Gen. Robert Harris; Deputy
Christopher Blackmon; and
Richland County Sheriff's
Department,

     Defendants.

_____

DEPOSITION OF GENECIA DRAYTON
_____

DATE TAKEN:   Tuesday, September 10, 2024

TIME BEGAN:   9:27 a.m.

TIME ENDED:   11:15 a.m.

LOCATION:     Crowe LaFave Garfield & Bagley, LLC
               2019 Park Street
               Columbia, South Carolina 29201

REPORTED BY:  Lisa Garson, Court Reporter
               EVERYWORD, INC.
               P.O. Box 1459
               Columbia, South Carolina 29202
               803-212-0012

1   APPEARANCES:

2

3       THE SHEALEY LAW FIRM, LLC
        BY:  ELIZABETH DALZELL, ESQUIRE
4       1507 Richland Street
        Columbia, South Carolina 29201
5       803.929.0008
        liz@shealeylaw.com
6       Representing the Plaintiffs

7

8       CROWE LaFAVE GARFIELD & BAGLEY, LLC
        BY:  ROBERT D. GARFIELD, ESQUIRE
9            STEVEN R. SPREEUWERS, ESQUIRE
        2019 Park Street
10      Columbia, South Carolina 29201
        803.999.1225
11      robert@crowelafave.com
        steve@crowelafave.com
12      Representing the Defendants

13

14

15  ALSO ATTENDING:

16      JOANNA McDUFFIE
        ALYSSA McMAHON
17

18

19

20

21

22

23

24

25

1                              I N D E X

2

3                                                        PAGE

4    EXAMINATION

5         By Mr. Garfield                                  4

6         By Ms. Dalzell                                  76

7    FURTHER EXAMINATION

8         By Mr. Garfield                                 77

9    Certificate of Reporter                             80

10

11                       E X H I B I T S

12                      (None marked.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        - - -

2                  P R O C E E D I N G S

3                        - - -

4                  GENECIA DRAYTON, after having

5             been first duly sworn, was examined and

6             testified as follows:

7                        - - -

8                     EXAMINATION

9                        - - -

10   BY MR. GARFIELD:

11        Q    Ms. Drayton, good morning.

12        A    Good morning.

13        Q    Just before we started, I introduced

14   myself to you.  I'm Rob Garfield.

15        A    Yes, sir.

16        Q    Do you understand why you're here today,

17   or for what purpose you're here for today?

18        A    Yes.

19        Q    And what is that?

20        A    The purpose is to tell my side of the

21   story to you guys about what's going on.

22        Q    Sure.  Do you know what this is?  Is this

23   a deposition?

24        A    Yeah.

25        Q    Have you ever given your deposition

1  before?

2      A     No, sir.

3      Q     All right.  So what I'm going to do is

4  tell you the protocol for the deposition.  First of

5  all, you're exactly right:  You're here to tell

6  your side of the story and allow me to ask you a

7  series of questions, but everything that you say

8  here, today, you're here under oath.

9      A     Yes, sir.

10     Q     And you understand that you've sworn to

11 tell the truth.

12     A     Yes.

13     Q     So it's more than a conversation, but

14 it's a question and answer session.  I'm gonna ask

15 you questions about yourself, your background, this

16 incident, and all those kind of things, but I would

17 need your, you know, clear answers to this.

18     A     Uh-huh.

19     Q     If for any reason you don't understand

20 the question -- and there could be several of

21 those.  We're starting early in the morning, and,

22 you know, I could be asking a terrible question --

23 I'd like you to ask me to rephrase the question.

24     A     Got you.

25     Q     Or just ask me to ask the question again;

1    is that fair?

2         A     Yes, sir.

3         Q     And if you answer the question, I'm going

4    to assume that you understood it.

5         A     Got you.

6         Q     Is that fair?

7         A     Yes.

8         Q     I think one of the rules in court is that

9    if you need a clarification of a question, if you

10   need a question to be asked again, you need to ask

11   me directly and not your attorney here, who is

12   sitting next to you.

13        A     Okay.

14        Q     Like you can't turn to her and ask her.

15   You have to ask me.

16        A     Okay.

17        Q     You're here in our law firm and we've

18   just gotten started.  Would you like anything to

19   drink?  I don't know if you were offered.

20        A     Yeah.  He offered.

21        Q     Well, he's a lot nicer than me.

22        A     Yeah.

23        Q     But during the course of this deposition,

24   if you'd like anything to drink; we have restrooms

25   right down the hall; if you'd like a break, you

1    just let me know and we'll go off the record.

2        A    Okay.

3        Q    This isn't supposed to be a punishment

4    for you.  I know you're here in a strange law firm

5    with a lawyer you've never met asking you

6    questions, but all this is is what they call a

7    discovery deposition.

8        A    Okay.

9        Q    We're at the part of the lawsuit in which

10   your lawyer can depose, ask questions of my people,

11   and this is just my chance to do the same; so

12   again, this isn't supposed to be anything ugly, or

13   anything like that.

14       A    Okay.

15       Q    All right.  You have done a really good

16   job answering my questions out loud, since you've

17   never participated in a deposition before.  You

18   know, the court reporter right here will take down

19   everything that anybody says in this room, so it's

20   very important for you to give verbal responses,

21   like yes or no.

22            Head shakes and uh-huh and uh-uh, I might

23   prompt you, is that a yes or is that a no, just so

24   she can go ahead and get that down.

25       A    Okay.

1     Q    So again, I just wanted to be clear on

2  that.

3         Also, if we do take a break, you're

4  really not allowed to talk to anybody about your

5  testimony.  You can't talk to your lawyer; you

6  can't make a phone call; you can't text, and all

7  that kind of stuff; but I can ask you afterwards if

8  you did talk to your lawyer, you know, and what

9  y'all talked about; so that's just kind of one of

10  those things I have to get out of the way first.

11        Are you on any medication that could

12  affect or impair your ability to give a deposition?

13     A    No.

14     Q    Have you taken any prescription, or even

15  over-the-counter medications, in the past 24 hours?

16     A    No.

17     Q    Are you prescribed by any medical person

18  any prescriptions that you have not taken in the

19  last 24 hours?

20        In other words, are you supposed to be

21  taking medicines but you haven't for some reason?

22     A    Yes.

23     Q    Okay.  And what medicines are those?

24     A    Levothyroxine.

25     Q    And what is that prescribed for?

1    A    Hypothyroidism.

2    Q    And again, a lot of these questions are

3  directed to make sure that you're in a good mental,

4  you know, place to answer my questions.

5       So what would be the purpose for you not

6  taking your hypothyroid medicine?

7    A    I can either take it in the morning or

8  take it late at night, so I take it kind of late at

9  night because I want to drink coffee in the

10  morning.

11    Q    I'm with you.  I totally understand and

12  thank you for telling me that.  Okay.

13       Have you been diagnosed with any other

14  medical conditions, really in your lifetime,

15  childhood, adult?

16    A    Oh, just adult.  The hypothyroidism;

17  gastro problems, I have gastro problems; and

18  anxiety.

19    Q    And we'll get to some of that in just a

20  little bit.

21    A    Okay.

22    Q    All right.  I'm gonna ask you about your

23  background, just kind of take me up through your

24  life, a little bit, and get you to the present day.

25       Where were you born?

 1    A    Newark, New Jersey.

 2    Q    Can you spell the city?

 3    A    N-E-W-A-R-K.

 4    Q    Oh, Newark.  Okay.  And when did you

 5  first come to South Carolina?

 6         I don't need to know an actual date.

 7    A    Oh, in the early -- I think 1990.  I was

 8  young.  I was six-years old.

 9    Q    And you were born in 19 --

10    A    '86.

11    Q    And you've lived in South Carolina

12  continuously since that time?

13    A    Yes, sir.

14    Q    When you moved to South Carolina in 1990,

15  thereabouts, where did you move to?

16    A    Sumter County.

17    Q    Have you ever lived anywhere other than

18  Sumter County since 1990-something?

19    A    Yes.  I went to college, so Barnwell,

20  South Carolina, and Columbia, South Carolina.

21    Q    Where did you attend high school?

22    A    Manning High.

23    Q    And did you graduate?

24    A    Yes, sir.

25    Q    Of course.  What year?

1    A    2004.

2    Q    And where did you attend college?

3    A    Voorhees College.  It's gonna be a list.

4    Q    A list of colleges?

5    A    Uh-huh.

6    Q    Take me through them.  This will sound

7  like a job application.

8    A    Voorhees College; then I transferred to

9  Allen University.

10    Q    Allen University here in town?

11    A    Yes, sir.  That's where I graduated.

12    Q    Okay.  You graduated what year?

13    A    2012, because I took a break.

14         In that break, I got my medical assistant

15  and phlebotomy at Centura College; I got my

16  master's from Capella University; and I'm currently

17  going to Central Technical College in Sumter, South

18  Carolina, for nursing.

19    Q    All right.  So you graduated from Allen

20  in 2012?

21    A    Uh-huh.

22    Q    Is that a yes?

23    A    Yes, sir.

24    Q    Okay.  What degree do you earn?

25    A    Biology.  Bachelor of science degree.

1    Q    And your master's at Capella, what was

2    the subject?

3    A    Master's public health, with a

4    specialization in behavior and social science.

5    Q    And you said you took a break because you

6    got certified in phlebotomy?

7    A    And medical assistant.

8    Q    And medical assistant.  So when you said

9    you took a break to do that, was it a break for,

10   like, specialized schooling, or were you employed

11   somewhere?

12   A    I was a new mom.  I was a mom at the

13   time.

14   Q    This was certainly some busy years for

15   you.

16   A    It was.

17   Q    Okay.  And Central Technical College,

18   you're enrolled there now.

19   A    Yes.

20   Q    And are you trying to earn your LPN or

21   RN?

22   A    RN.

23   Q    When do you anticipate graduating, or at

24   least receiving your degree?

25   A    Spring 2026.

1    Q    All right.  Did we hit all the places you

2  went to school?

3    A    Yes.  All the milestones.

4    Q    And where are you presently employed?

5    A    Currently, I just got accepted as

6  substitute teacher for Clarendon County, and I also

7  work at -- it's the name of a -- I just started

8  working there this Sunday.  It's called Downtown

9  Uptown Church.  It's like an old solar company but

10 that's the name of the church, and I work in the

11 Sunday School every Sunday.

12   Q    And where is that?

13   A    Downtown.  It's on Gregg Street.

14   Q    You're talking about right here in town

15 on Gregg street?

16   A    Yes, sir.

17   Q    And you're saying you're employed there

18 or you volunteer?

19   A    Yeah.  I just started.  Sunday was my

20 first day.

21   Q    And again, what do you do for them?

22   A    I just Sunday School teach with the

23 children.

24   Q    And what's your present address?

25   A    It's 1055 Middle Drive, Pinewood, South

1    Carolina, 29125.

2         Q    Is that in Sumter or Clarendon County?

3         A    It's technically Sumter, but we live in

4    Paxville so it's behind the Clarendon County line.

5         Q    All right.  I know that area.

6         A    Yeah.

7         Q    And who lives in your residence with you?

8         A    My parents and my children.

9         Q    What are your parents' names?

10        A    Geneva and Johnny LaCosta.

11        Q    And how many children?

12        A    Just two.

13        Q    What are their ages?

14        A    Sixteen and seven.

15        Q    All right.  How long have you lived at

16   this house or this residence?

17        A    Since June of this year.

18        Q    And this is your parents' house that you

19   moved into?

20        A    Uh-huh.

21        Q    Is that yes?

22        A    Yes, sir.

23        Q    Okay.  And I'm gonna walk you back.

24   Where did you live immediately before that?

25        A    513 Rexton Court, Columbia, South

 1  Carolina, 29229.

 2      Q    And approximately how long did you

 3  live --

 4      A    Seven years.

 5      Q    -- at that location?

 6      A    Seven years.

 7      Q    And I apologize for all the personal

 8  questions, but that's the only way I can fill my

 9  blanks.

10      A    That's all right.

11      Q    So I assume you lived there with your

12  children.

13      A    Yeah.  And my husband.

14      Q    And what is your -- you're currently

15  married?

16      A    Yeah.  Yes, sir.  He drive truck so.

17      Q    And I didn't catch that because you

18  didn't list him.

19      A    He's not there so.

20      Q    He's over-the-road truck driver?

21      A    Yes.  He is long distance.

22      Q    And where is he employed?

23      A    It a new company.  He just started with

24  them about a month ago.  I'll get the names for

25  you, but they're in Chicago so.

1       Q     Okay.  What is his name?

2       A     Lee Avery.

3       Q     And when did y'all get married?

4       A     2018, February.

5       Q     Okay.  Other than his job taking him away

6    from the home, out of state, have y'all ever been

7    separated or applied for a divorce, or anything

8    like that?

9       A     No, sir.

10      Q     All right.  I'm gonna now ask you a

11   series of questions that everybody gets asked in a

12   deposition, so I'm just going down the list.

13            You understand that your lawyer has

14   brought a lawsuit on your behalf --

15      A     Uh-huh.

16      Q     -- in this case.

17      A     Yes, sir.

18      Q     So in other words, you have brought a

19   civil against my client, which is the Richland

20   County Sheriff's Department and individual

21   officers.  You understand that?

22      A     Yes, sir.

23      Q     Have you, or anyone on your behalf, ever

24   brought a lawsuit?

25      A     No.  Never.

1    Q    Okay.  And have you ever been sued

2  before?

3    A    Never.

4    Q    Have you ever been married before your

5  present marriage?

6    A    No.

7    Q    Have you ever been arrested before?

8    A    No.

9    Q    Have you ever brought a workers'

10  compensation claim?

11    A    No.

12    Q    So this is gonna sound like an odd

13  question, but this is really for more jury

14  information.  If this case goes to trial, the

15  lawyers will be picking a jury, and the jury pool

16  could be folks from various parts of the State of

17  South Carolina, so keep that in mind when I ask

18  this question.

19         Give me last names of folks who are

20  related to you by blood or marriage -- last names

21  only -- who live in South Carolina.

22    A    Draytons; McKnights; Edwards; Charles.

23  That's about it.

24    Q    And you've told me your parents' last

25  name.

1      A      LaCosta.   L-A-C-O-S-T-A.

2      Q      And they're originally from New Jersey?

3      A      My further is; my mother is not.

4      Q      Where is your mother from?

5      A      Sumter, South Carolina.

6      Q      When you lived in Columbia for those

7  seven years, you said, Rexton Court.  Is that in a

8  neighborhood?  I'm not familiar with that.

9      A      It's in the Communities of Summit Ridge.

10     Q      Okay.  And you were living there during

11  this incident in June of 2023?

12     A      Yes, sir.

13     Q      And at that time of your life, June 2023,

14  where were you employed?

15     A      Self-employed.

16     Q      Self-employed in what capacity?

17     A      Oh, I'm a licensed cosmetologist.  Oh,

18  Jesus.  I don't know how I skipped over that.

19     Q      That's why I ask a lot of questions --

20     A      Yeah.  That's good.

21     Q      -- to make sure we get the clear and full

22  record.

23             And when did you become a licensed

24  cosmetologist?

25     A      Between 2020 and 2021.

1     Q     And you've held that certification since

2   then?

3     A     Yes, sir.

4     Q     And you said you were self-employed doing

5   --

6     A     I do hair full time.

7     Q     Is this something that you do, generally,

8   at your home?

9     A     No.  I had a suite.

10    Q     Where was that?

11    A     On --

12    Q     I'm sorry.  Sometimes I don't even know

13  where --

14    A     It's okay.

15    Q     -- I'm going with the question, so don't

16  try to guess.

17          Do you still have that operation?

18    A     No.

19    Q     So at the time you were about to say --

20    A     Yeah.  At the time I had that suite.  One

21  Windsor Cove, Columbia, South Carolina, 29229.

22    Q     Okay.  What was your reason for leaving

23  this address, or leaving where you had lived for

24  seven years and moving in with your parents?

25    A     You want me to be honest?

1       Q    I hope.

2       A    It's a lot of reasons that's why I say

3  that.  Nursing school is one.

4       Q    Okay.

5       A    I needed family support.

6       Q    Certainly.  And you began nursing school

7  approximately when?

8       A    Fall of -- I'm sorry.

9       Q    Okay.  I understand.  Take your time.

10  And if we've got to take a break, we can take

11  whatever breaks you'd like.

12      A    Fall of 2023.

13      Q    Okay.  So in fall of 2023, you began

14  nursing school.

15      A    Yes, sir.

16      Q    Okay.  I don't know a better way of

17  asking this, and again, any time you just want to

18  just have a moment, just say I just want to take a

19  moment.

20          Why would that question, or why would

21  that period of life be a painful subject?

22      A    Because it was scary living in Columbia

23  after this incident.

24      Q    Okay.  So the incident happened in

25  July of 2023.

1      A    Yes.

2      Q    And you moved, you said, out of Columbia

3  when?

4      A    June of this year.

5      Q    So one of the reasons would have been

6  nursing school.

7      A    Yes.

8      Q    Okay.  And your actual classes are at

9  what campus?

10     A    Sumter Campus.

11     Q    How far --

12     A    It's a hour drive.

13     Q    Let me finish the question.

14     A    Oh, I'm sorry.

15     Q    Where you live now, to where you go to

16  class and your campus, what is the distance?

17     A    Twenty minutes.

18     Q    But from Columbia it would have been

19  about an hour?

20     A    Uh-huh.

21     Q    Is that yes?

22     A    Yes, sir.

23     Q    Okay.  So one reason would have been you

24  were attending nursing school, and it would have

25  been a lot closer to your classes --

1    A    Yes.

2    Q    -- for you to have lived in Sumter County

3 with your parents, or thereabouts, right?

4    A    Yes.

5    Q    Now, two, you said after this event in

6 July of 2023, you were not comfortable living in

7 Columbia.

8    A    No, sir.

9    Q    And we'll talk about that.

10        Are there any other reasons why you moved

11 in with your parents?

12    A    Financially it was just wise, and the

13 support.

14    Q    When you say, financially that it was

15 wise, tell me about that.

16    A    I want to buy a house and get land in the

17 country, so I'm setting a goal to do that while I'm

18 in school.

19    Q    Are your parents employed?

20    A    Yes.  Yes, sir.

21    Q    And where does your dad work?

22    A    He's a truck driver as well.  He works

23 under his own authority.

24    Q    Okay.  And where is your mother employed?

25    A    She's employed at Morris College.

1      Q     In Sumter?

2      A     Yes.

3      Q     Okay.  What does she do at Morris

4   College?

5      A     Financial aid adviser.

6      Q     Okay.  So we've gone through three

7   reasons why you moved in your parents:  One would

8   have been convenience and proximity to your school;

9   number two would have been financial reasons; and

10  number three, you were no longer comfortable living

11  in Columbia.

12     A     Yes.

13     Q     Any other reasons?

14     A     And just support.

15     Q     And then you said emotional support --

16  emotional on top of financial?

17     A     Yes.

18     Q     And you get that emotional support from

19  whom, and how?

20     A     My mom and my dad.

21     Q     Okay.  We'll talk about the anxiety

22  issues in a moment.

23     A     Okay.

24     Q     Other than your hypothyroidism, gastro,

25  enterology gastro issues, just describe for me,

1    generally, your physical health.

2         A    You mean do I work out?  Is that what you

3    mean?

4         Q    No.  Just, do you consider yourself a

5    healthy person?  I'm not talking about physical

6    fitness, I'm just talking about --

7         A    In general?

8         Q    -- in general.

9         A    Yeah.  I do.

10         Q    Okay.  When is the last time,

11    approximately, you had a physical examination?

12         A    Approximately, earlier this year.

13         Q    And what practice or physician?

14         A    Internal Medicine by Richland Hospital.

15         Q    That's a private practice?

16         A    I think they're like a pool or a group.

17    I'm not sure.

18         Q    Okay.  Do you know the name of any of

19    your doctors that you see?

20         A    They're always different.  It's a

21    residency.

22         Q    Okay.  And in the last, let's just say,

23    five-years, approximately, I'm gonna ask you about

24    a list of any medications that you would have been

25    prescribed.  One would have been -- and you

1    mentioned it -- for your hypothyroid.

2        A    Uh-huh.

3        Q    Is there maybe some gastro?

4        A    Gabatin, Prilosec -- not Prilosec --

5    Pepcid AC.  I'm sorry.  Another one that starts

6    with a P, it's two medicines for my stomach; and

7    then thyroxine is a second medication for my

8    thyroid.

9        Q    They prescribe Gabatin for what?

10       A    Flares.

11       Q    Oh, okay.

12       A    Yes.

13       Q    How long have you been -- well, let me

14   ask it this way.  Approximately, when were you

15   diagnosed with the thyroid issue?

16       A    2007.

17       Q    Approximately, when were you diagnosed

18   with -- or started prescription medication related

19   to your, you know, digestive system?

20       A    They just gave me Gabatin and the other

21   medicine that start with the P earlier this year

22   for the flares.

23       Q    Sorry.  This could be an uncomfortable

24   question.  When you say, flares, just talking about

25   --

1    A    They don't know if I have a slight

2  Crohn's disease or swelling.  They're trying to

3  figure it out.  I have an appointment in October.

4    Q    Who do you have an appointment with?

5    A    I'm going to see gastro.

6    Q    Okay.  Do you know who you're going to

7  see?

8    A    They just sent the referral, so I got to

9  call.  I think it's on Laurel Street but I'm not

10 positive.

11   Q    Yeah.  There's like a couple around that

12 one area.

13   A    Uh-huh.

14   Q    All right.  Approximately, how old were

15 you when you started experiencing gastro or

16 digestive issues?

17   A    I don't know the age.  It's been a while.

18   Q    You're 37, 38?

19   A    Thirty-seven.

20   Q    Could you give me an approximate date or

21 time, or at what point in your life?

22   A    2011.

23   Q    Do you have any idea what brought that

24 on, or have the doctors indicated to you what

25 possibly brought that on?

1      A      Weight.  My weight.

2      Q      Okay.  All right.  Have you ever seen a

3  mental health professional?

4      A      No.

5      Q      And when I say that, have you ever in

6  your lifetime?

7      A      No.

8      Q      Has any -- well, let me ask it -- you are

9  seen by a group of internists, right?

10     A      Yes, sir.

11     Q      Have you told your doctors or nurses,

12  whoever you go to there, about issues related to

13  anxiety?

14     A      No.

15     Q      You said you had physical exam earlier

16  this year.

17     A      Yes, sir.

18     Q      Did you have that for work, or just

19  personal, trying to be in good health kind of

20  think?

21     A      My stomach.  And it was just a yearly

22  appointment, but my stomach was the main issue.

23     Q      So earlier in 2024, you had a full and

24  complete work-up physical exam.

25     A      Yes, sir.

1     Q     And did they take labs?

2     A     Yeah.  They took labs.

3     Q     Do you feel like that group takes good

4  care of you?

5     A     As a collective, yeah.  I do.

6     Q     Whoever you're talking to -- in other

7  words, when you're in a small room, whether it be a

8  nurse practitioner, a nurse or a doctor, whoever,

9  do you feel like you can be open and honest with

10  that person?

11     A     Yes.

12     Q     You wouldn't have a reason to leave

13  important things out, or make something up, or

14  anything like that?

15     A     No, sir.

16     Q     These are routine sort of questions.

17     A     Right.

18     Q     Okay.  There are a lot of people who say,

19  I don't want to tell the doctor, you know, heart

20  palpitations because I don't want to go down that

21  road, that kind of thing.

22          So you feel like whoever you get, even

23  though they're a stranger or you hadn't seen them

24  before, y'all can have an honest conversation?

25     A     Yes, sir.

1      Q    All right.  Your exam immediately before
2  that -- you said you had annuals.
3      A    Uh-huh.
4      Q    Is that yes?
5      A    Yes, sir.
6      Q    Okay.  So did you have a physical exam in
7  2023?
8      A    Yes.
9      Q    And can you give me what time, or what
10  point in that year?
11      A    They're always at the beginning of the
12  year.
13      Q    All right.  And so, more likely than not,
14  this exam you talked about would have been in
15  January or February?
16      A    February.
17      Q    Of 2024?
18      A    2023.
19      Q    Okay.  But the one earlier this year
20  would have been --
21      A    March.
22      Q    So everything I've been asking you about
23  this exam this year, would have been in March of
24  2024?
25      A    Yes, sir.  Around that time.

1  Approximately around that time.

2      Q    Now I'm going back.

3      A    Okay.

4      Q    And I'm sorry if I was being a little bit

5  clunky here.

6      A    It's okay.

7      Q    So now I'm going back.  In the one in

8  2023 -- and you thought that was in --

9      A    Approximately February.

10     Q    All right.  In the same group.

11     A    Same group.

12     Q    All right.  Full and complete workup,

13  labs, all that stuff?

14     A    Yeah.  I have to get it because of

15  thyroid.

16     Q    I understand.  And it is this particular

17  group that prescribes you any medication that

18  you've had?

19     A    Yes.

20     Q    In February 2023, did anyone that you

21  talked to suggest, or recommend, that you go to

22  mental health counseling?

23     A    Not in 2023.  No.

24     Q    Has anybody, at any time, as far as a

25  medical professional or health related

1  professional, ever recommended or suggested or

2  referred you to a mental health specialist?

3       A    It's not a mental health specialist, but

4  they've referred me to counseling.

5       Q    To counseling or psychological

6  counseling?

7       A    I wouldn't say psychological, but if

8  that's what counseling is.

9       Q    Well.  I didn't mean to presuppose

10 anything.  I mean, you could have religious

11 counseling, for instance.

12           Tell me what kind of counseling and who

13 suggested that.

14      A    The doctor at the last visit suggested

15 it, and then I had an appointment the end of last

16 year and they suggested it, as well, that I go to

17 counseling.

18      Q    Okay.  So your March of 2024 visit --

19      A    Yes, sir.

20      Q    Someone suggested that you go to --

21      A    Counseling.

22      Q    And what kind of counseling?

23      A    It was supposed to be scheduled in the

24 office.  They suggested that I go see a counselor

25 for health related issues.

1       Q    Like what?

2       A    Anxiety.

3       Q    Anything else?

4       A    I don't know.  Doctors have a special way

5 of detecting it because they asked me the same

6 normal questions kind of like what you're asking

7 me, but some way they have a chart, or something,

8 and I never -- you know, even last year, earlier,

9 didn't know that that's -- you know, they ask you

10 these questions to find some type of number, and my

11 numbers, I guess, are all high.  I don't know.  So

12 this year they suggested that I go to counseling.

13      Q    I understand.

14      A    Yeah.

15      Q    But you have already told me that you

16 have not specifically told them that you have

17 anxiety issues.

18      A    No.  They have a great way of finding

19 that out.  I don't know how.  Once they tell me at

20 the end of the visit, I'm like, how did -- I didn't

21 give you anything to indicate that if we're talking

22 about stomach and thyroids.

23      Q    Would there have been a reason why you

24 did not tell them about feeling anxious or having

25 anxiety related issues?

1    A    Normally my appointments are like

2 emergency based.  Of course, it's my annual but I'm

3 hurrying up to get there because I have these

4 episodes -- I can't eat certain foods and I have

5 these blowouts, and it's bad, so my mind be on

6 getting comfort, you know, for my stomach.

7    Q    I understand.  So since March of 2024,

8 what actions have been taken as far as getting you

9 lined up with a counselor?

10    A    They tried two times for two different

11 appointments of this year.  Every time I go through

12 checkout they say we'll call you and get you placed

13 on the books with the counselor and never got me

14 placed on the books.

15         I even called them, and was like, I'm

16 supposed to see a counselor, the doctor suggested

17 it and I'm trying to get placed on the books; but I

18 never got the call back for that; but I got a call

19 back for my referral to go for gastro.

20    Q    And you don't know -- or do you know, off

21 the top of your head, the group that you're

22 supposed to go see for counseling?

23    A    No.  It's in the office.  It's in the

24 internal medicine office.

25    Q    Okay.  You've never been prescribed, or

1  taken, any sort of psychotropic drugs or

2  anti-depressants or anything like that?

3       A     They have tried this year, and I was

4  afraid to take the prescription.

5       Q     And this is your --

6       A     Internal --

7       Q     -- visit in 2024?

8       A     Uh-huh.

9       Q     And when you say, they tried and you were

10 afraid, what did they try to prescribe?

11      A     They suggest that I should take medicine

12 for anxiety.

13      Q     Did they talk about a specific

14 medication?

15      A     No.  He just -- two different doctors

16 asked me -- I'm sorry.

17            They both asked me did I take the

18 medicine, and I was afraid to take the medicine

19 because I didn't want to be judged on receiving the

20 medication.

21      Q     I understand that, and I think I fully

22 understand that, but I want to make sure -- I want

23 to see where you're coming from.  Who would judge

24 you who?

25      A     This case.

 1    Q    Okay.

 2    A    I just didn't want it to paint me out to

 3  be some worrywart, or you know, some person who is

 4  not mentally stable.  So I told my doctor that I

 5  would get back with him and let him know, but

 6  frankly, to be honest with you, I was a little

 7  terrified, so I'm just praying and muscling through

 8  my emotions, and I'm very religious so I walk and I

 9  talk to God, honestly, and that's what's getting me

10  through my days.

11    Q    All right.  So that does bring me to

12  another thing about your background.  What church

13  are you affiliated with?

14    A    I am a member of Bible Way Church of

15  Atlas Road, but since owning my business, I work on

16  Sundays and now I work for the church on Sundays,

17  so I go to church online.

18    Q    That's good.  And then you teach Sunday

19  School now.

20    A    Right.

21    Q    So you'll be getting religion from

22  different places.

23    A    Yes, sir.

24    Q    I understand.  Are you a member of any

25  professional organizations or fraternal groups,

```
 1   sororities and that kind of thing?
 2        A     No, sir.
 3        Q     And I know this has been difficult, and I
 4   appreciate you being candidate and open with me.   I
 5   may have a question or two as we go along, but I
 6   think we've got a pretty good history.
 7             Was there anything about the nature of
 8   the questions, or just the topics of the questions,
 9   that you feel like we still have to talk about?
10   Was there another doctor, or drug, or something
11   else that you're thinking of that maybe we didn't
12   touch on?
13        A     No, sir.
14        Q     Just because I know we're talking about
15   several years.
16             Has there been any other healthcare
17   entities, or anything like that, that you have seen
18   in the last -- let's go back ten years -- other
19   than the one that you've mentioned?
20        A     The other doctor I do see is my thyroid
21   specialist, but they're all in cahoots with each
22   other so that's it.
23        Q     All right.  So we've got -- I'm gonna
24   bring you to July 16, 2023, and that is the day
25   that you had the interaction with the Richland
```

1    County Sheriff's Deputies.

2        A    Yes, sir.

3        Q    And I assume you recall that day; is that

4    correct?

5        A    Yes, sir.

6        Q    Let's start at the beginning of the day.

7    To the best of your recollection, tell me what you

8    were doing and what your plans were for the day, ad

9    that kind of thing.

10        A    Okay.  I can't remember what I did early

11   that morning, but my plans for that day -- we paid

12   for some tickets to go to R&B Bingo, there was

13   about five of us that were going; and Ms. Ashmon

14   was one of the members, one of my friends that were

15   going, and we had planned to ride together; and

16   since my air conditioner was out on my BMW, I was

17   like, will you just come get me because it's hot,

18   you know; and so she was like, okay, I'll come pick

19   you up.

20        Q    And you said what bingo was this?

21        A    It's called R&B Bingo.

22        Q    Where is that located?

23        A    It's a group that travels around the

24   world, so this was like a pop-up.  They go state to

25   state, and they just happened to come to Columbia.

1    Q    Is that something you had been to before?

2    A    No.  That was my first time.

3    Q    All right.  And Ms. Ashmon, she was a

4  friend of yours at the time?

5    A    Yes, sir.

6    Q    Okay.  How would you describe -- how

7  close a friendship or?

8    A    It started off business.  She was my hair

9  client for about almost four-years now, and then we

10 just got close.

11   Q    How long -- well, let me ask it this way.

12 Approximately, when did you meet her, or when did

13 she first come see you as a client?

14   A    Four-years ago.  I can't remember the

15 month, or anything like that, but I know it was

16 about four-years ago.

17   Q    Around 2020?

18   A    Yes, sir.

19   Q    So by July of 2023, you'd consider

20 yourself close friends?

21   A    Yes, sir.

22   Q    Now, at the time, where did she live in

23 relation to where you lived?

24   A    She lives in Sumter County.

25   Q    Okay.  Has she ever lived in Richland

1    County?

2         A    Not to my knowledge.

3         Q    And you said there were supposed to be

4    five of you that went to Bingo.

5         A    Yeah.

6         Q    Did y'all ever get to Bingo?

7         A    I got there to go inside and get my food

8    and she couldn't -- we both were still worked-up,

9    but my other friends paid for my food so I went and

10   got my stuff and got back in the car and we left.

11   She just couldn't handle it after that situation.

12        Q    Got it.  And what were the names of the

13   other three ladies?

14        A    Sharika Lewis.

15        Q    Do you know if that's, L-E-W-I-S?

16        A    L-E-W-I-S.  Now, these are Sharika's

17   friends.  I just know them as Nikki, and the other

18   girl's name is Kat -- something like that.  I just

19   know it was five of us.

20        Q    I got it.

21        A    Sharika is my friend.

22        Q    All right.  You paid for tickets; you

23   were going to Bingo; your BMW, you said the air

24   conditioning was out; Ms. Ashmon was coming to pick

25   you up.

1      A      Yes, sir.

2      Q      Okay.  So she picked you up and it was

3  just the two of you in your car?

4      A      Yes.

5      Q      Had you ever ridden in her car before?

6      A      I rode with her one time before.  She

7  came to my graduation of me getting my cosmetology

8  license, so she rode with me Charlotte in that same

9  car.

10      Q      All right.  So what was your

11  understanding of what the circumstances were with

12  her having an Alaska plate?

13      A      It's crazy you ask me this because we had

14  a lot of conversations about it.  I remember her

15  telling me her car was about to be paid off soon;

16  and I didn't realize she had an Alaska plate until

17  we went to Charlotte; and I was like, What you

18  doing with this plate, steal the car; you been in

19  South Carolina, you need South Carolina plate; and

20  she was like, I got to 2024 to get my South

21  Carolina plate; and I say, Oh, you know, they give

22  y'all some extra extension; and she was like, Yeah,

23  I got to 2024; so I just thought we were fine, I

24  didn't see an issue with her plate.

25      Q      Okay.  Well, and I'm not judging or --

1    A    Yeah.

2    Q    -- I'm literally just trying to

3 understand.  Did she reside in Alaska, have any

4 connection to Alaska?

5    A    I remember her telling me that they lived

6 in Alaska because her husband was active duty in

7 the military.

8    Q    And he was stationed in Alaska, to your

9 knowledge?

10    A    That's what she told me.  Yeah.  To my

11 knowledge.

12    Q    Did she express to you if there was any

13 sort of preference, or reason why she didn't want

14 to go ahead and just get a South Carolina plate?

15    A    No.  She was like, we got to 2024, and

16 that was it.  Because she travels -- you know, I do

17 hair, so you know hair clients is gonna tell you

18 their weekend and about their life and stuff like

19 that.  She travels to go see her family every

20 weekend, so I just assumed she was okay.  She was

21 always driving, always on the road, so I didn't

22 think it was gonna be an issue that day.

23    Q    Right.  I understand.

24    A    Yeah.

25    Q    And I'm not assuming that you should have

1   thought it was an issue.

2        A     Right.  Yeah.

3        Q     I just want to understand the situation

4   with the plate.

5        A     Okay.  Yeah.

6        Q     Okay.  All right.  So you got in your

7   friend's car.  Y'all were gonna go to Bingo?

8        A     Uh-huh.

9        Q     So tell me what you recall.  What

10  happened next?

11       A     We came out of my neighborhood, my

12  subdivision, and it's like two stop signs.  When we

13  got to the stop sign, you got to make a left to go

14  up to the light to get to Summit Parkway.  We

15  passed the cop, and for us -- for me, I'll just be

16  honest, for my race, you see a cop, it's already

17  like, you know, you're nervous; and I was like,

18  Make sure you're not speeding; she was like, No,

19  I'm not; and I was like, Okay.  We passed the cop.

20            I want to get to this event on time.  So

21  we got to the light, and we saw a cop sitting at

22  the light.  He was coming to make his left to come

23  past us -- like this was him, this was us, he was

24  coming this way.  And so we made our left at the

25  light onto Summit Highway.

1    We riding.  I'm a lipstick girl, so I'm

2  putting on my lipstick, and I put my mirror down

3  and I looked back and I'm like, Oh, there's a cop

4  behind us, but he was so far that I didn't even

5  think -- you know, Summit always have cops, you

6  know, I didn't even think anything of it.

7    And when we got to the red light to turn

8  onto Clemson Road, and I reached down to put some

9  lotion on my legs and I look up and I saw a cop in

10  my rear view mirror, he was driving so fast, and

11  I'm like, Oh, Shauna, they about to go get

12  somebody; and as soon as the light hit green, the

13  car in front of us kind of drove up a little bit,

14  and that cop slammed in front of us and he blocked

15  us in; and then he pulled a gun out on us and told

16  us put our hands out the window; and I was so

17  nervous, you know, I didn't want to do anything

18  wrong because he had the gun on us; and so he told

19  us to put our hands out the window, get out the car

20  and lay on the ground, but when I was -- I had on a

21  skort, but I think he thought I had on a skirt --

22  so it's like a short skirt situation -- and he

23  said, No, never mind, you don't have to lay on the

24  ground, and he put me in the car first; and he made

25  a comment about his hands being shaky, or some type

1   of comment he made about himself being nervous, or

2   something like that, it made me even more afraid,

3   because I'm like, I could have just lost my life in

4   like a second, you know, and I could have just been

5   a hash tag for no reason.

6           But he put me in the car and told me that

7   my friend was driving a stolen car, her tags came

8   back stolen, this is what he said; and then he

9   closed the door, and I sat in that car and I

10  prayed.  I said, God, this just has to be a

11  misunderstanding, I can't believe we're going

12  through this; and I saw them have her against her

13  car.

14          I could -- she wore make-up.  I don't

15  wear foundation, so I could see the tears coming

16  down her face; and she's talking to him, and they

17  just put us both in handcuffs and didn't ask us our

18  names, or anything.  We didn't know what was going

19  on, and I didn't know until he told me -- she still

20  hadn't even known why they pulled her over yet.  He

21  told me her tags were stolen.  He said the tags are

22  stolen, and the car is possibly stolen, too, or

23  something in that nature he was telling me.  I'm

24  not sure.  I'm just trying to remember that

25  conversation, but he told us the tags were stolen,

1    and then they had her handcuffed on the back of the

2    car; and then I guess after a while they went

3    through the car and found both of our pocketbooks;

4    and I think they got one of our IDs out and ran

5    everything and put her in the cop car; and

6    eventually they let us go.

7        Q    You said eventually let you go.

8    Eventually, with that, you were released from your

9    handcuffs?

10       A    Yes, sir.

11       Q    Okay.  In your best estimation, how long

12   were you in handcuffs?

13       A    It felt like a long time.  I don't know

14   how to estimate that.  It felt long.

15       Q    And I understand it felt long.  Do you

16   have any idea, sitting here today, about how long

17   you were handcuffed?

18       A    No.  I don't know.

19       Q    More than 15 minutes?

20       A    It could have been about that.  It could

21   have been about 15 minutes, or maybe 10.  I don't

22   know.

23       Q    So you were in handcuffs, more likely

24   than not, 10 to 15 minutes.

25            MS. DALZELL:  Object to the form.

```
 1   BY MR. GARFIELD:
 2        Q    You can still answer.
 3        A    I'm not sure of the time, so I don't want
 4   to give you guys the wrong time.  I'm not sure.
 5        Q    So let me back you up.  You said you
 6   approached two stop signs leaving the neighborhood.
 7        A    Leaving the neighborhood.
 8        Q    All right.  And then you said you first
 9   saw one police car.
10        A    Pass.  Yes, sir.
11        Q    Can you describe the officer, race and
12   gender?
13        A    No.  I couldn't see the officer.  I just
14   know the car was black.
15        Q    Sure.
16        A    And I just told her to slow down because,
17   you know.
18        Q    Did you, at that time, recognize the
19   police agency?
20        A    No.
21        Q    So you know, obviously, now, that these
22   were all Richland County Sheriff's Department
23   Officers.
24        A    Yes.  Now I know.
25        Q    All right.  Do you know anyone who is
```

1  employed with the Richland County Sheriff's
2  Department?
3       A    No, sir.
4       Q    Have you, at any time, encountered a
5  Richland County Sheriff's Deputy coming out to your
6  house when you lived in Richland County for
7  whatever reason?
8       A    My alarm system went off, and that was
9  the only time; and then some young boy threatened
10 my daughter on the bus and I guess the school
11 picked it up because it was a bus incident, and the
12 cops came to get that information but that's about
13 it.
14      Q    And what school?
15      A    She went to Kelly Mill Middle School.
16      Q    So you think one-time your alarm went off
17 and the sheriff's department came.
18      A    Uh-huh.  They just was checking, making
19 sure we was okay.  It was a new alarm so I couldn't
20 get it off fast enough.
21      Q    It's happened to the best of us, so I
22 understand.  You had a good experience with that
23 officer?
24      A    Yes, sir.
25      Q    And the officer that came as a result of

1 the issue with your daughter, did you actually have

2 interaction with a deputy?

3     A     He just asked me questions.  I had to go

4 to the school with the two deputies there, and they

5 just asked me questions about the incident because

6 I guess the bus camera -- it was like a gun threat,

7 so they take that serious in school, so they just

8 wanted me and my daughter to answer questions about

9 the bus incident.

10     Q     So those deputies took the allegation

11 seriously.

12     A     Yes, sir.

13     Q     And you went to the school and two of

14 them spoke with you and your daughter.

15     A     Yes, sir.

16     Q     All right.  Do you think that they had

17 your best interest in mind trying to understand

18 what happened?

19     A     Yes, sir.  At that time.  Yes, sir.

20     Q     And so your experience with these two

21 deputies at that time was a relatively good

22 experience.

23     A     Yes.

24     Q     Any other interaction or experience with

25 police officers -- let's just kind of expand on

1  this.  This could be any police agency -- City of
2  Columbia, Sumter County, any law enforcement
3  officers --
4        A     No, sir.
5        Q     -- have you personally ever had a bad
6  experience with a police officer?
7        A     No.
8        Q     Okay.  To your knowledge, have your
9  parents or your children or your husband ever had a
10 bad experience with a police officer?
11       A     No.
12       Q     Okay.
13       A     To my knowledge.  I don't know about my
14 dad.
15       Q     But you don't have specific information
16 to tell me.
17       A     No, sir.
18       Q     All right.  And I'm not saying it didn't
19 happen.  I'm just asking you what you know.
20       A     No.
21       Q     Okay.  So when you said -- and I wrote
22 down here -- but this is gonna be more paraphrasing
23 -- something like, you know, when you see a cop you
24 get nervous because -- I don't if you said your
25 race or something.

1      A     Yes.  Naturally.  Always get nervous.

2      Q     Tell me why you, personally, get nervous

3  when you see a police officer.

4      A     Just throughout years and history --

5  especially the climate we live in today -- was

6  never treated fairly.

7      Q     But we know you have always been treated

8  fairly, one-on-one, when you were dealing with law

9  enforcement.

10      A     Yeah.  But it doesn't take away my nerves

11  or how I'm feeling inside.

12      Q     Certainly.  But I'm trying to unpack this

13  and understand where it comes from.

14      A     It's always been there, but of course in

15  the school incident they're talking to my child so

16  I don't think they would, you know, want to treat

17  us unfairly in the bus incident; and of course with

18  my alarm, you know, I was still nervous that he was

19  walking up to my house, I wanted to make sure he

20  knew this was my house.  There's always that fear

21  of it going the wrong way.

22      Q     Did you think you complied with

23  everything that these officers asked you to do when

24  you were at the scene?

25      A     Oh, yeah.  I was nervous.  I kept a smile

1  on my face and I didn't want to display any

2  aggression or attitude or anything to the police,

3  or make anybody, you know, feel like what they're

4  doing was -- you know, I didn't want them to feel

5  like, okay, well, we got some criminals and they're

6  confrontational and insubordinate.  I didn't want

7  any of that; so I put my smile on; yes, sir; I did

8  exactly what he want us to do -- especially the cop

9  that drew the gun; so I didn't want to flinch wrong

10  or do anything wrong, you know, I just wanted to

11  see my family, that's all I could think about, and

12  I was just like I just want to get back to my

13  family so we complied; and we were confused, so we

14  were gonna comply, we didn't understand what was

15  going on.

16      Q    From the time that you said that you saw

17  the officer speed up in your direction, thinking

18  they were going to get someone else --

19      A    I was like, oh, my gosh, he's going to

20  get someone because he was driving so fast you

21  could hear him.  I had to think and I could just

22  hear somebody and I looked in my rear view mirror

23  and I said, oh, they are going to get somebody.  I

24  never thought in a million years -- and I always

25  replay that in my head -- that it was us, like that

1  we were the somebodies.  I never would have ever

2  thought that.  And the cop that was behind us, he

3  was so far.  Normally I feel, you know, my

4  experience is, like a traffic cop, whatever, the

5  cops ride right up on you, they want to get you,

6  you know, they get right up on your car, read your

7  plates or whatever, but he was so far behind I

8  didn't think, you know, anything was wrong, and

9  then when I looked up I realized he had his lights

10  on eventually, and I'm like, oh.

11        You know, when that cop pulled that gun

12  out, everything just went slow motion, and I'm just

13  like, Lord, please don't let me move wrong, don't

14  let me do anything wrong.  I just want to know why

15  he had the gun on us and told us to get out, lay on

16  the ground.  I just want to know what's going on.

17        So when they released us and let us go,

18  they explained about her car, you know.  It was

19  like, I don't know, I just felt it shouldn't have

20  happened.  I just felt like it shouldn't have

21  happened.

22     Q   And I know you said you tried to keep

23  calm out there with a smile, and I also see that

24  throughout this deposition there's been -- you've

25  been upset and a lot of tears.  Were you crying at

1    the scene at all?

2         A    No.  Uh-uh.  No.  I was more in shock.

3    And when I'm really extremely nervous, you're gonna

4    hear me say, okay, a thousand times because I'm

5    literally telling myself that at the same time.  So

6    I put my smile on.  I just didn't want that cop to

7    be agitated, or anything, because he already seemed

8    excited, and then him expressing it to me when he

9    put me in handcuffs that he was nervous, or

10   something he said about his hands shaky, it just

11   solidified -- I'm glad I didn't give any other

12   emotion, but I just smiled and agreed with him and

13   got in the car.

14        I just didn't want to display any other

15   emotion.  I just -- like I said, I just wanted to

16   get back to my kids.

17        Q    Did any of the officers explain why you

18   were stopped, or why the car was stopped?

19        A    He just told me the tags were stolen and

20   the car could possibly be stolen.

21        But at the end there were some black cops

22   that pulled up.  They talked to them, or whatever,

23   and they kind of sent them over to explain to us

24   what happened.

25        But at the moment, Shauna, she was upset,

1    she didn't want to hear it because they kind of --
2    it looked to us -- it came off as, you know, we'll
3    send them to like clean up the situation, but it
4    was just too late.
5        Q    Okay.  Understanding your perception -- I
6    think I understand, now, your perception, but there
7    were officers at the end of this thing --
8        A    Yes.
9        Q    -- when they were -- there were several
10   officers there, right?
11       A    Uh-huh.
12       Q    Is that yes?
13       A    Yes, sir.
14       Q    And at the time that they were
15   un-handcuffing you, there was an explanation
16   offered to you by somebody, whether it was a white
17   cop or a black cop.
18       A    Well, the cop who put me in handcuffs is
19   the one who took me out, and he was like --
20   something about plates, but they all were saying it
21   at the same time.
22           Because by this time, all the cops -- the
23   other two cops that pulled up, walked up, too, so
24   they all were saying the same time at the same
25   time; so because he was closest to me I could hear

1   him, but I don't think she heard him at all, she

2   just heard the two cops with her; but because he

3   was by me, he was saying that the plates on the

4   car, he said South Carolina and Alaska have the

5   same three letters and the same three numbers, if

6   I'm not mistaken that's what he said; and they got

7   it confused, and that the plates were not Alaskan

8   plates, they were South Carolina plates that were

9   listed as stolen, and that they had the wrong

10  plates.

11       Q    So they told you they had the wrong

12  plates.

13       A    Yes.  Eventually everybody explained that

14  they were the wrong plates.

15       Q    So when they said that -- they all

16  basically said that they made a mistake.

17       A    Everybody.

18       Q    Everybody said they made a mistake.  Did

19  they take responsibility for their mistake?

20       A    They said it had to happen like that.

21  Like we had to be put in handcuffs for their

22  mistake.  It was unacceptable.

23       Q    And I understand your feeling on it.  I

24  just want to know what happened.

25       A    That's what happened.

1      Q     So they said they made a mistake.

2      A     Uh-huh.

3      Q     Is that a yes?

4      A     Yes, sir.

5      Q     They admitted to making a mistake.

6      A     Yes, sir.

7      Q     All right.  Did they apologize?  Did any

8  of them apologize to you, or express any regret or

9  apologize to you?

10      A     No.  I don't recall anybody saying that.

11      Q     Would that be important to you, with the

12  seriousness of the stop and everything you been

13  through, and then saying that it was their fault,

14  would it have been important to you to get an

15  apology from them?

16      A     Of course.

17      Q     Why?

18      A     Because it just would have shown

19  humanity, you know, it would have shown empathy,

20  that we truly have made a big mistake, but it

21  didn't come off like that.  It came off like, oh,

22  this is normal and this is just what we have to do,

23  and it came off like we have to understand it,

24  that's how we had to be treated.

25      Q     So it would have been much more

1  meaningful to you to have gotten an apology from

2  someone.

3       A    Of course.

4       Q    After they put away their guns,

5  initially, and they came to you and approached you

6  and put you in handcuffs, were any of them rude to

7  you or ugly or raised their voice to you or

8  anything like that?

9       A    Everybody was talking at the same time,

10 so I just know the cop that put me in handcuffs, he

11 seemed like he was over the situation and he just

12 left, you know.

13      Q    I'm sorry.  I don't understand.

14      A    It seemed like he was over the situation.

15 Like, he seemed bothered and he left.

16      Q    Okay.  Were any of these officers rude to

17 you after they put their guns away and they

18 actually ended up face-to-face talking to you,

19 interacting with you, were they rude to you?

20      A    No.  They weren't rude.

21      Q    Were they raising their voice ad yelling

22 at you?

23      A    No.

24      Q    At that point when they put their guns

25 away, were they being disrespectful to you?

 1      A     No.

 2      Q     So we have you out there, we have your

 3  friend Shauna, we have several sheriff's deputies;

 4  were there any other pedestrians or onlookers that

 5  you know of, or other cars?

 6      A     No.  It was a lot of people, a lot of

 7  cars, because we were at the main Summit

 8  intersection, so it was just humiliating.

 9            And then he said, What are you guys doing

10  in this neighborhood.

11      Q     Who said that?

12      A     The cop.

13      Q     There were several cops, so which one?

14      A     The one that put me in handcuffs.

15      Q     The white male officer?

16      A     Yes.

17      Q     Said, What are you doing in this

18  neighborhood?

19      A     Yes.  I told him that I live here.

20      Q     When he said, what are you doing in this

21  neighborhood, how did you take that?

22      A     Immediately, I was like, I live here.  I

23  didn't know -- I was a little taken back but I

24  wanted to be respectful because I didn't want to

25  agitate the situation.

1    Q    So he put you in the back of a police

2    car.

3    A    Uh-huh.

4    Q    Is that yes?

5    A    Yes, sir.

6    Q    All right.  And did he leave the door

7    open or did he shut the door?

8    A    He shut the door.  He said he was coming

9    back to cut the air on, but he never came back.

10   Q    When you were put in the back of the

11   patrol car, to your knowledge, was the engine on or

12   off?  Was it running or --

13   A    It was running.

14   Q    Okay.  But the air conditioning, you

15   said, was not on.

16   A    No.  He said, I'm coming back to put the

17   air on, and I don't recall him coming back to cut

18   the air on.

19   Q    So describe the condition in the back of

20   the car.

21   A    It was a little warm, but you know, my

22   nerves was so wrecked I'm just looking out the

23   window, trying to figure out what was going on.

24   Q    Since this incident has anybody come up

25   to you -- friend, neighbor, stranger, whatever --

1    and told you that they were there at the time and
2    saw this event?
3         A    No.
4         Q    You understand what I meant by that
5    question?
6         A    Yeah.
7         Q    I know it probably wasn't a great
8    question.
9         A    No.  I understood it.
10        Q    All right.  Like I've already discussed,
11   your attorney filed a lawsuit on your behalf.  You
12   obviously agreed with the filing of the lawsuit.
13        A    Yes, sir.
14        Q    All right.  I don't want to know what you
15   and your lawyer talked about.  I'm not asking that.
16   And if you think I'm asking that, I'm not asking
17   that.
18             All right.  When did you first meet with
19   your lawyer, Ms. Dalzell, approximately?
20        A    A week after, or a few weeks after.
21        Q    Okay.  Tell me about your decision making
22   after this event and you deciding to go pursue a
23   lawyer.  Was this more your decision or Shauna's or
24   both?
25        A    It was both of us.  I looked for a

1  lawyer.  She looked for lawyers.  I'm more busier

2  in the daytime, so I kind of delegated the task to

3  her, and then she was like, I think I found us a

4  great lawyer.

5       Q    Okay.  Did you get anywhere trying to

6  find a lawyer on your own?

7       A    I didn't.  I called a couple of people,

8  but I didn't get a good feeling, or a good lead, or

9  they weren't knowledgeable.

10      Q    Good enough.  So you ultimately met with

11 Dalzell.

12      A    Yes, sir.

13      Q    And that was at her office.

14      A    Yes, sir.

15      Q    All right.  I'm not asking what y'all

16 talked about.  Who was present at that meeting?

17      A    Just me, her, and Ms. Ashmon.

18      Q    Have you had any other meetings with Ms.

19 Dalzell after that one meeting?

20      A    Yeah.  We had one more meeting.

21      Q    And where was that?

22      A    In her office.

23      Q    And who was present at that meeting?

24      A    Same.

25      Q    Okay.  Have you reviewed anything --

1  documents, audio, video, anything to get ready for

2  this deposition?

3      A    We reviewed the videos, finally, because

4  Shauna was asking for the camera footage.

5      Q    Okay.  And you were able to review all of

6  them, or some of them you think?

7      A    Most of them.  Yes, sir.

8      Q    Besides your immediate family and your

9  lawyer and Shauna, who, if anybody, have you talked

10  about this case with?

11      A    Nobody.

12      Q    You say, nobody.  Not even in passing to

13  say --

14      A    No.

15      Q    All right.  Have you ever posted anything

16  on social media about this?

17      A    Oh, no.

18      Q    Other than the individuals I've talked

19  about, have you texted anybody?

20      A    No.

21      Q    Has any doctor, or any medical care

22  person -- I'm going back to this issue -- ever

23  diagnosed you with any type of anxiety related

24  disorder?

25      A    No.  Just other than regular anxiety?

1    Q    Right.

2    A    That's it.  I don't know of any other

3    disorders because that's just all they told me,

4    that I had anxiety.

5    Q    Okay.  Did they tell you that you had a

6    specific diagnosis, like generalized anxiety

7    disorder, or anything like that?

8    A    No.  Never went into anything.

9    Q    Sorry for the intrusiveness of this

10   question, too.  Have you ever attempted suicide or

11   had suicidal ideations or anything like that?

12   A    No, sir.

13   Q    Do you consider yourself, at any other

14   time in your life, having undergone depression?

15   A    Uh-uh.  Just after I had my kids,

16   postpartum.  That's about it.

17   Q    Sure.  Explain when you say anxiety --

18   let me scratch that.

19        The event happened in July.  You said it

20   was uncomfortable living in Columbia from July

21   until the time that you moved in with your parents

22   this past two-months, right?

23   A    Uh-huh.

24   Q    So you lived in Columbia for roughly 11

25   months.

1      A     Uh-huh.

2      Q     Is that yes?

3      A     Yes, sir.

4      Q     All right.  Describe those 11 months for

5   me, as far as the things that have made you

6   anxious.

7      A     It just seemed like it was way more cops

8   in the neighborhood than normal, and I just felt

9   like because of my name -- I don't know, maybe it's

10  just my mind -- because I had a case I just felt --

11  I didn't want to, you know, I don't know.  I wasn't

12  comfortable.

13     Q     Well, like you talked about, you'd agree

14  with me that the Summit neighborhood does have a

15  fairly considerable police presence.

16     A     Yeah.  But it was more than normal.

17  Because I'd been there seven-years, and all of a

18  sudden I just started seeing more and more cops;

19  and I'm just like, what is going on, because it's

20  fairly quiet so I didn't understand why.

21     Q     Did any of them drive up in your driveway

22  or knock on your door?

23     A     No.  They just drive around our

24  neighborhood, and it just seems like a lot of cops.

25            MR. GARFIELD:  Okay.  All right.  I'd

1    like to take a short break.

2                    (Off the record.)

3  BY MR. GARFIELD:

4    Q    All right.  Just a handful of other

5  questions, more clarification, Ms. Drayton.

6          When I asked you before, I said have you

7  talked to anyone, you know, besides your family and

8  that kind of thing about the case.  I'm gonna talk

9  about that day.  That day would consist of being

10 stopped by the police, you being detained, the

11 event, itself.

12         Have you talked to anybody about that

13 day, other than, you know, your mom and dad and

14 that kind of thing?

15   A    My mom and dad and my husband, and of

16 course the friend, Sharika, that was waiting on me,

17 they knew because we were running late, so we had

18 to tell them we had got pulled over by the cops and

19 we had to go to the sheriff's department to report

20 the incident, but I haven't gone into details with

21 her about it.

22   Q    What time did the bingo event start?

23   A    I can't remember.  I can't remember the

24 time.

25   Q    I think the detention was around -- Liz,

1    if I'm wrong on this -- I think it was around

2    4 o'clock p.m.

3        A    So we were late for it so the event had

4    started.  That incident held us up and we were

5    late, because she already ordered my food and my

6    food was wrapped up, so it had already started.

7        Q    Where was the bingo pop-up?

8        A    I don't go on that side of town much, but

9    it was off St. Andrews Road at some type of -- it

10   was a nice building, but I guess like a building

11   you rent out for parties or things of that nature.

12   But yeah, it was at some building off St. Andrews.

13       Q    Okay.  But when did you get there, you

14   saw the other three ladies.

15       A    I saw one of the three ladies.

16       Q    Your friend.

17       A    Yes.

18       Q    The other two weren't there?

19       A    They were with her, but she already had

20   ordered my food, so I got the food.

21            Because we had contemplated on going or

22   staying.  We kind of just waited for a while, and

23   we just sat, because we had to go through our

24   emotions and our thoughts.

25       Q    Did you ever get to play the bingo?

1          A     No.   It wasn't what we thought it was.

2          Q     What did you think it was?

3          A     I thought it was like a regular bingo

4    event.  I didn't know -- the name didn't click to

5    me that it's R&B Bingo, so it's like you play the

6    song and you have to match it, so it wasn't what I

7    thought anyway, but the food was good.

8          Q     The food was good?

9          A     Yeah.

10         Q     What was it?

11         A     It was -- I don't eat meat, so she had

12   got me some -- I eat seafood, of course, but I

13   don't eat like chicken and stuff like that, so she

14   had got me some seafood and some french fries and

15   salad.

16              I couldn't even eat it all.  I just ate a

17   little bit, and I didn't want her to waste her

18   money -- she was like, I already got your food, and

19   I'm like, all right, we'll come, and she was

20   begging us to come inside, but Ms. Ashmon, and, you

21   know, both of us, but her because she was still

22   crying, so I'm trying to console her and so I was

23   like, we can just go home or we can go somewhere

24   else and just sit down and eat and, you know, work

25   your feelings off.

1    Q    But you ate what they got for you.

2    A    Yeah.  I didn't eat it until later, but I

3 eventually ate it.  Yeah.

4    Q    You ate it there.

5    A    No.  No.  I took it to go.

6    Q    And do you know how long you were at the

7 place?

8    A    No, sir.

9    Q    Who did you talk to that evening, other

10 than Shauna and your friend -- did you say Sharika?

11    A    Yeah.  I didn't talk to her that evening.

12 I talked to my husband about it because I was just

13 still in shock, and I was just like, I can't

14 believe that happened.

15    Q    You were handcuffed during this event.

16    A    Yes.

17    Q    And they un-handcuffed you.  Did you ever

18 go to any kind of Doctors Care or any doctor

19 whatever about any problems with your wrists, or

20 anything like that?

21    A    I told my doctor about my wrist because

22 my wrist was sore.  It's been sore even since then.

23 It's been sore now.  I told them about -- I said I

24 had a knot sitting on my wrist, but I never told my

25 doctor about the incident because there's been so

1    much time between, but I've got pictures of it.

2        Q    Oh, you do?

3        A    Yeah.  I have pictures of the indent and

4    the knot on my wrist, and I eventually ended up

5    sharing the pictures with my lawyer, of course.

6            MR. GARFIELD:  Liz, I'm not sure, did you

7        send those?

8            MS. DALZELL:  I'll check.

9    BY MR. GARFIELD:

10        Q    Yeah.  If you could check on that for me.

11    Thank you.

12        A    Because it wasn't on my wrist.  He put

13    them here.  I mean, they wasn't here, they weren't

14    around here.  They were down here, and I didn't

15    understand that and they were tight.  He said he

16    was shaking, so I said maybe he was excited and he

17    wasn't paying attention to how he clamped the cuffs

18    on because he clamped them down so low.  They

19    weren't where my watch is, let's put it like that.

20        Q    Can you point to the hand?

21        A    It was this hand.  It's.

22        Q    Your left hand?

23        A    Yes, sir.  This whole area, and it had a

24    knot and the indent went right across it.

25        Q    So you had a knot and an indention --

1      A      Uh-huh.

2      Q      -- on your -- sort of like your hand

3  area, the middle to the back part of your left

4  hand.

5      A      Yes, sir.

6      Q      Any other superficial, you know, marks to

7  your hands, other than what you've just described?

8      A      No.

9      Q      Okay.  So no bruising, or anything like

10  that.

11     A      No, sir.

12     Q      Okay.  So I want to be clear.  We talk

13  about different officers, different race of

14  officers, you know, people who -- you know, one

15  person who interacted more with you, others that

16  may have interacted more with Shauna, so this is

17  the nature of this question.

18          The individual that you first saw that

19  when they -- well, let me ask it this way.  So one

20  of the police vehicles came and proceeded in front

21  of the car that you were in to sort of stop you; is

22  that correct?

23     A      Yes, sir.

24     Q      Okay.  Who was driving that vehicle?  Who

25  was operating that?  Can you describe that person

 1    for me?  White male?  Black male?
 2         A    It was a white male.  He had black hair,
 3    I believe.
 4         Q    Is that the same officer that ultimately
 5    handcuffed you?
 6         A    Yes.
 7         Q    Is that the same officer that handcuffed
 8    you and placed you in the back of his patrol car?
 9         A    Yes.
10         Q    Is that the same officer that handcuffed
11    you, placed you in the back of his patrol car, and
12    then ultimately took the handcuffs off of you?
13         A    Yes, sir.
14         Q    And that is the only officer of all these
15    deputies that were present -- that was the only
16    officer that you personally interacted with.
17         A    Yes.
18         Q    If I said his name is Tyler Wolfe, would
19    you have any reason to disagree with that?
20         A    I wouldn't because I read the --
21         Q    Was there any other officer or deputy
22    that touched you in any way other than this same
23    officer that I'm asking you about?
24         A    I don't recall.  I just know he let me
25    out of my cuffs.  He was the one that put me in,

1   and he was the one that let me out.

2       Q     If I told you that he was the only

3   officer that made physical contact with you, that

4   touched you in some way, would you have a reason to

5   disagree with that?

6       A     No.  I wouldn't have a reason to disagree

7   with that.

8       Q     White male officer.

9       A     Uh-huh.

10      Q     Is that yes?

11      A     Yes.

12      Q     Did he have a beard?

13      A     I don't recall if he had a beard or not.

14      Q     Okay.  Just one moment.  So the patrol

15  car pulls out in front of the car you were in.

16      A     Uh-huh.  Yes, sir.

17      Q     And you mentioned something about a gun.

18      A     Oh, yeah.  He pulled a gun out.

19      Q     He pulled a gun out while he was in the

20  car or outside the car?

21      A     As soon as he got out the car, there was

22  a gun.

23      Q     So he actually had his whole body out of

24  the car.

25      A     Yeah.

1      Q     And he had a gun.

2      A     Yes.

3      Q     And where was he pointing the gun?

4      A     To both of us, but mostly on my side

5   because that's what he was closest to; and he

6   proceeded to walk to the car and told us to put our

7   hands out the window, and then I heard him say drop

8   your keys on the ground and get out the car and lay

9   on the ground.

10            He did ask us who was in the backseat,

11  and we were so frantic and didn't know what was

12  going on -- clearly we know it was only us two in

13  the car, but we still looking in the backset like

14  nobody is in the backseat, you know, because we

15  just didn't know what was going on; but then he

16  told me to lay on the ground and then he eventually

17  said don't lay on the ground and put me in cuffs.

18     Q     Okay.  So my question is really about the

19  gun.  He gets out of the car and we know that he

20  had a gun.

21     A     Yes.

22     Q     The gun was pointing where?  In other

23  words, saying the end of the gun was pointing --

24     A     At me.

25     Q     At you?

1     A    Yes, sir.

2     Q    Were his arms extended pointing at you?

3     A    Yes, sir.

4     Q    So in other words, if that trigger would

5 have been pulled, it would have hit you.

6     A    Yes.  For sure.

7     Q    Okay.  How long was he pointing the gun

8 at you before holstering the gun?  Could you just

9 describe it in your own way.

10     A    It just felt like a long time because he

11 asked us, like, put your hand out the window, so

12 while he's saying all this, the gun is still

13 pointing at us -- or especially me because I'm on

14 the passenger side, and he's like, drop the keys

15 and stick your hand back out, open the door, get

16 out, and he's like, lay on the ground, and he's

17 walking up with the gun still pointing --

18     Q    Still pointing at you.

19     A    Yes.  Still pointing.  And then he put it

20 in his holster to put me in handcuffs.

21     Q    So he had it pointed on you from the time

22 you were in the car.

23     A    Yes.

24     Q    To the time you stepped out of the car.

25     A    Yes.

1      Q     To the time that you got on the ground.

2      A     Uh-huh.  Well, half-way on the ground.

3      Q     That's right.  And just momentarily

4  before handcuffing you --

5      A     Yes, sir.

6      Q     -- he had it pointing at you.

7      A     Yes, sir.

8      Q     Okay.  Do your children know anything

9  about this event?

10      A     Yes, they do.

11      Q     Which -- your 16-year old or your

12  seven-year old?

13      A     My 16-year old.

14      Q     Okay.  Is that a boy or girl?

15      A     She's a girl.

16      Q     All right.  What have you told her about

17  this event?

18      A     The same thing any other parent would

19  tell their child:  Just to be cooperative.

20            I mean, I'm sorry to get worked up again.

21  I'm trying my best not to.  I was afraid for my

22  life, and it only takes less than a second to get

23  excited and shoot somebody, and I just was letting

24  her know that -- she wants to drive, so I said if

25  you get pulled over just make sure the cop know you

1  reaching for your license and registration.  Just

2  have a cop talk to you, told her to be compliant,

3  stuff like that.

4          MR. GARFIELD:  All right.  Thank you.  I

5      know this has been difficult today, but I

6      enjoyed meeting you.  That's all the questions

7      that I have.  Answer anything your lawyer may

8      have.

9          MS. DALZELL:  I just have a few.

10                        - - -

11                     EXAMINATION

12                        - - -

13  BY MS. DALZELL:

14      Q    Had a doctor ever told you, prior to this

15  day, that you were anxious?

16      A    I believe in 2013 -- or not 2013.

17  Sometime in 2023, I believe, yes, a doctor told me,

18  but it wasn't pushed until 2024, and I was shocked

19  at how they kept pushing it.  I'm like, how are

20  they knowing, or figuring out if we're not having

21  anxiety talks, you know, we were having talks about

22  my stomach and my thyroids; but I guess certain

23  questions they looking for, my doctor kept saying

24  your anxiety numbers are high and they wanted to

25  put me on medication and to see a psychiatrist or

1  psychologist.

2      Q    And describe how your anxiety from before

3  this day changed.  How is it different after this

4  day happened?

5      A    I'm more cautious; I'm just always more

6  cautious.  I'm cautious when I'm driving; I'm

7  cautious when I'm commuting, more so, and of course

8  being at school hasn't helped either; but more so

9  when I'm commuting, telling my kids, sit back; like

10  I'm checking on my T's and crossing all my I's.

11      Q    How often do you think about this day?

12      A    A lot.  And it doesn't help because you

13  see it in social media.  I try to skip past that

14  stuff.  It's just a lot.  I don't know, it seems

15  minor to other people, but not to me, and I didn't

16  think I would have to even go through this type of

17  experience, like, I didn't think it would be me.  I

18  wouldn't have thought that in a million years.

19          MS. DALZELL:  That's all I have.

20                    - - -

21            FURTHER EXAMINATION

22                    - - -

23  BY MR. GARFIELD:

24      Q    Did any of the officers use the word,

25  arrest, that you were under arrest; or in your

1    presence that Shauna was under arrest or being

2    arrested?

3        A    I don't recall them saying arrested but I

4    do remember -- I don't want to put words in

5    anybody's mouth, but I know he said he had to

6    arrest me, or put me in handcuffs first, because he

7    didn't want me to run off with the car and then --

8    you know, that's what he said.

9        Q    Possible he said he had to detain you, or

10   put you in handcuffs, instead of use the word

11   arrest?  But I want to know what you recall.

12       A    Yeah.  I don't recall.  I just know he

13   said he had to put me in the car first.

14       Q    For sure.  Would you have any problem

15   with us pursuing and getting your medical records?

16       A    No.

17       Q    And whatever we get, we would share with

18   your lawyer, and she'd have a chance to go over

19   them with you and all that.

20       A    Okay.

21       Q    So for that purpose -- and we can keep

22   this for purposes of the deposition -- I'm gonna

23   need your date of birth and your Social Security

24   number.

25       A    Okay.

1    Q    What's your date of birth?

2    A    10/16/86.

3    Q    And your social?

4    A    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.

5    Q    And what is your full name?

6    A    Genecia Ladorri Drayton.

7    Q    Have you ever had any last names other

8  than Drayton?

9    A    No.  I didn't change it yet.

10         MR. GARFIELD:  I didn't know if there was

11     something from some other time in your life.

12     Okay.  Thank you.

13         THE WITNESS:  Thank you.

14                    - - -

15     (The deposition concluded at 11:15 a.m.)

16                    - - -

17              (Witness excused.)

18                    - - -

19

20

21

22

23

24

25

1          CERTIFICATE OF REPORTER

2

3          I, Lisa A. Garson, Court Reporter and
Notary Public for the State of South Carolina at
4    Large, do hereby certify:
          That the foregoing deposition was taken
5    before me on the date and at the time and location
stated on page 1 of this transcript; that the
6    deponent was duly sworn to testify to the truth,
the whole truth and nothing but the truth; that the
7    testimony of the deponent and all objections made
at the time of the examination were recorded
8    stenographically by me and were thereafter
transcribed; that the foregoing deposition as typed
9    is a true, accurate, and complete record of the
testimony of the deponent and of all objections
10   made at the time of the examination to the best of
my ability.
11         I further certify that I am neither
related to nor counsel for any party to the cause
12   pending or interested in the events thereof.
Witness my hand, I have hereunto affixed my
13   official seal this 10th day of September, 2024, at
Greenville, Greenville County, South Carolina.

14

15

16

17

18

19   _____
Lisa A. Garson
20   Court Reporter
Notary Public
21   State of South Carolina at Large
My Commission Expires:
22   December 2, 2029

23

24

25

## WORD INDEX

**< 1 >**
**1** 80:*5*
**10** 1:*1* 45:*21, 24*
**10/16/86** 79:*2*
**1055** 13:*25*
**10th** 80:*13*
**11** 63:*24* 64:*4*
**11:15** 1:*1* 79:*15*
**1459** 1:*1*
**15** 45:*19, 21, 24*
**1507** 2:*4*
**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** 79:*4*
**16** 36:*24*
**16-year** 75:*11, 13*
**19** 10:*9*
**1990** 10:*7, 14*
**1990-something**
  10:*18*

**< 2 >**
**2** 80:*22*
**2004** 11:*1*
**2007** 25:*16*
**2011** 26:*22*
**2012** 11:*13, 20*
**2013** 76:*16*
**2018** 16:*4*
**2019** 1:*1* 2:*9*
**2020** 18:*25* 38:*17*
**2021** 18:*25*
**2023** 18:*11, 13*
  20:*12, 13, 25* 22:*6*
  29:*7, 18* 30:*8, 20,*
  *23* 36:*24* 38:*19*
  76:*17*
**2024** 1:*1* 27:*23*
  29:*17, 24* 31:*18*
  33:*7* 34:*7* 40:*20,*
  *23* 41:*15* 76:*18*
  80:*13*
**2026** 12:*25*
**2029** 80:*22*
**24** 8:*15, 19*
**29125** 14:*1*
**29201** 1:*1* 2:*4, 10*
**29202** 1:*1*
**29229** 15:*1* 19:*21*

**< 3 >**
**3:23-CV-05228-SAL-**
**PJG** 1:*1*
**37** 26:*18*
**38** 26:*18*

**< 4 >**
**4** 3:*5* 66:*2*

**< 5 >**
**513** 14:*25*

**< 7 >**
**76** 3:*6*
**77** 3:*8*

**< 8 >**
**80** 3:*9*
**803.929.0008** 2:*5*
**803.999.1225** 2:*10*
**803-212-0012** 1:*1*
**86** 10:*10*

**< 9 >**
**9:27** 1:*1*

**< A >**
**a.m** 1:*1* 79:*15*
**ability** 8:*12* 80:*10*
**able** 62:*5*
**AC** 25:*5*
**accepted** 13:*5*
**accurate** 80:*9*
**actions** 33:*8*
**active** 41:*6*
**actual** 10:*6* 21:*8*
**ad** 37:*8* 57:*21*
**address** 13:*24*
  19:*23*
**admitted** 56:*5*
**adult** 9:*15, 16*
**adviser** 23:*5*
**affect** 8:*12*
**affiliated** 35:*13*
**affixed** 80:*12*
**afraid** 34:*4, 10, 18*
  44:*2* 75:*21*
**age** 26:*17*

**agency** 46:*19* 49:*1*
**ages** 14:*13*
**aggression** 51:*2*
**agitate** 58:*25*
**agitated** 53:*7*
**ago** 15:*24* 38:*14, 16*
**agree** 64:*13*
**agreed** 53:*12* 60:*12*
**ahead** 7:*24* 41:*14*
**aid** 23:*5*
**air** 37:*16* 39:*23*
  59:*9, 14, 17, 18*
**alarm** 47:*8, 16, 19*
  50:*18*
**Alaska** 40:*12, 16*
  41:*3, 4, 6, 8* 55:*4*
**Alaskan** 55:*7*
**allegation** 48:*10*
**Allen** 11:*9, 10, 19*
**allow** 5:*6*
**allowed** 8:*4*
**ALYSSA** 2:*16*
**Andrews** 66:*9, 12*
**annual** 33:*2*
**annuals** 29:*2*
**answer** 5:*14* 6:*3*
  9:*4* 46:*2* 48:*8* 76:*7*
**answering** 7:*16*
**answers** 5:*17*
**anticipate** 12:*23*
**anti-depressants**
  34:*2*
**anxiety** 9:*18* 23:*21*
  27:*13* 32:*2, 17, 25*
  34:*12* 62:*23, 25*
  63:*4, 6, 17* 76:*21,*
  *24* 77:*2*
**anxious** 32:*24* 64:*6*
  76:*15*
**anybody** 7:*19* 8:*4*
  30:*24* 51:*3* 56:*10*
  59:*24* 62:*9, 19*
  65:*12*
**anybody's** 78:*5*
**anyway** 67:*7*
**apologize** 15:*7*
  56:*7, 8, 9*
**apology** 56:*15* 57:*1*
**APPEARANCES**

**2:*1**
**application** 11:*7*
**applied** 16:*7*
**appointment** 26:*3,*
  *4* 27:*22* 31:*15*
**appointments** 33:*1,*
  *11*
**appreciate** 36:*4*
**approached** 46:*6*
  57:*5*
**approximate** 26:*20*
**approximately** 15:*2*
  20:*7* 24:*11, 12, 23*
  25:*14, 17* 26:*14*
  30:*1, 9* 38:*12* 60:*19*
**area** 14:*5* 26:*12*
  69:*23* 70:*3*
**arms** 74:*2*
**arrest** 77:*25* 78:*1,*
  *6, 11*
**arrested** 17:*7* 78:*2,*
  *3*
**Ashmon** 1:*1* 37:*13*
  38:*3* 39:*24* 61:*17*
  67:*20*
**asked** 6:*10* 16:*11*
  32:*5* 34:*16, 17*
  48:*3, 5* 50:*23* 65:*6*
  74:*11*
**asking** 5:*22* 7:*5*
  20:*17* 29:*22* 32:*6*
  49:*19* 60:*15, 16*
  61:*15* 62:*4* 71:*23*
**assistant** 11:*14*
  12:*7, 8*
**assume** 6:*4* 15:*11*
  37:*3*
**assumed** 41:*20*
**assuming** 41:*25*
**ate** 67:*16* 68:*1, 3, 4*
**Atlas** 35:*15*
**attempted** 63:*10*
**attend** 10:*21* 11:*2*
**ATTENDING** 2:*15*
  21:*24*
**attention** 69:*17*
**attitude** 51:*2*
**attorney** 6:*11* 60:*11*
**audio** 62:*1*

authority 22:*23*
Avery 16:*2*

**< B >**
Bachelor 11:*25*
back 14:*23* 30:*2, 7*
33:*18, 19* 35:*5*
36:*18* 39:*10* 43:*3*
44:*8* 45:*1* 46:*5*
51:*12* 53:*16* 58:*23*
59:*1, 9, 10, 16, 17,
19* 62:22 70:*3*
71:*8, 11* 74:*15* 77:9
background 5:*15*
9:*23* 35:*12*
backseat 73:*10, 14*
backset 73:*13*
bad 33:*5* 49:*5, 10*
Bagley 1:*1* 2:*8*
Barnwell 10:*19*
based 33:*2*
basically 55:*16*
beard 72:*12, 13*
BEGAN 1:*1* 20:*6,
13*
begging 67:*20*
beginning 29:*11*
37:*6*
behalf 16:*14, 23*
60:*11*
behavior 12:*4*
believe 44:*11*
68:*14* 71:*3* 76:*16,
17*
best 37:*7* 45:*11*
47:*21* 48:*17* 75:*21*
80:*10*
better 20:*16*
Bible 35:*14*
big 56:*20*
Bingo 37:*12, 20, 21*
39:*4, 6, 23* 42:*7*
65:22 66:*7, 25*
67:*3, 5*
Biology 11:*25*
birth 78:*23* 79:*1*
bit 9:*20, 24* 30:*4*
43:*13* 67:*17*
black 46:*14* 53:*21*

54:*17* 71:*1, 2*
Blackmon 1:*1*
blanks 15:*9*
blocked 43:*14*
blood 17:*20*
blowouts 33:*5*
BMW 37:*16* 39:*23*
body 72:*23*
books 33:*13, 14, 17*
born 9:25 10:*9*
bothered 57:*15*
Box 1:*1*
boy 47:*9* 75:*14*
break 6:25 8:*3*
11:*13, 14* 12:*5, 9*
20:*10* 65:*1*
breaks 20:*11*
bring 35:*11* 36:*24*
brought 16:*14, 18,
24* 17:9 26:*23, 25*
bruising 70:*9*
building 66:*10, 12*
bus 47:*10, 11* 48:*6,
9* 50:*17*
busier 61:*1*
business 35:*15* 38:8
busy 12:*14*
buy 22:*16*

**< C >**
C.A 1:*1*
cahoots 36:*21*
call 7:6 8:*6* 26:9
33:*12, 18*
called 13:8 33:*15*
37:*21* 61:*7*
calm 52:*23*
camera 48:*6* 62:*4*
campus 21:*9, 10, 16*
candidate 36:*4*
capacity 18:*16*
Capella 11:*16* 12:*1*
car 39:*10* 40:*3, 5,
9, 15, 18* 42:*7*
43:*13, 19, 24* 44:*6,
7, 9, 13, 22* 45:*2, 3,
5* 46:*9, 14* 52:*6, 18*
53:*13, 18, 20* 55:*4*
59:*2, 11, 20* 70:*21*
71:*8, 11* 72:*15, 20,*

21, 24 73:*6, 8, 13,
19* 74:22, *24* 78:*7,
13*
care 28:*4* 62:*21*
68:*18*
CAROLINA 1:*1*
2:*4, 10* 10:*5, 11, 14,
20* 11:*18* 14:*1*
15:*1* 17:*17, 21*
18:*5* 19:*21* 40:*19,
21* 41:*14* 55:*4, 8*
80:*3, 13, 21*
cars 58:*5, 7*
case 16:*16* 17:*14*
34:*25* 62:*10* 64:*10*
65:*8*
catch 15:*17*
cause 80:*11*
cautious 77:*5, 6, 7*
Central 11:*17*
12:*17*
Centura 11:*15*
certain 33:*4* 76:22
certainly 12:*14*
20:*6* 50:*12*
Certificate 3:*9* 80:*1*
certification 19:*1*
certified 12:*6*
certify 80:*4, 11*
chance 7:*11* 78:*18*
change 79:*9*
changed 77:*3*
Charles 17:*22*
Charlotte 40:*8, 17*
chart 32:*7*
check 69:*8, 10*
checking 47:*18*
77:*10*
checkout 33:*12*
Chicago 15:*25*
chicken 67:*13*
child 50:*15* 75:*19*
childhood 9:*15*
children 13:*23*
14:*8, 11* 15:*12*
49:*9* 75:*8*
Christopher 1:*1*
Church 13:*9, 10*
35:*12, 14, 16, 17*

circumstances 40:*11*
city 10:*2* 49:*1*
civil 16:*19*
claim 17:*10*
clamped 69:*17, 18*
Clarendon 13:*6*
14:*2, 4*
clarification 6:*9*
65:*5*
class 21:*16*
classes 21:*8, 25*
clean 54:*3*
clear 5:*17* 8:*1*
18:*21* 70:*12*
clearly 73:*12*
Clemson 43:*8*
click 67:*4*
client 16:*19* 38:*9,
13*
clients 41:*17*
climate 50:*5*
close 38:*7, 10, 20*
closed 44:*9*
closer 21:*25*
closest 54:*25* 73:*5*
clunky 30:*5*
coffee 9:*9*
collective 28:*5*
college 10:*19* 11:*2,
3, 8, 15, 17* 12:*17*
22:25 23:*4*
colleges 11:*4*
COLUMBIA 1:*1*
2:*4, 10* 10:*20*
14:25 18:*6* 19:*21*
20:22 21:*2, 18*
22:*7* 23:*11* 37:*25*
49:*2* 63:*20, 24*
come 10:*5* 37:*17,
18, 25* 38:*13* 42:*22*
56:*21* 59:*24* 67:*19,
20*
comes 50:*13*
comfort 33:*6*
comfortable 22:*6*
23:*10* 64:*12*
coming 34:*23*
39:*24* 42:*22, 24*
44:*15* 47:*5* 59:*8,
16, 17*

**comment** 43:*25*
44:*1*
**Commission** 80:*21*
**Communities** 18:*9*
**commuting** 77:*7, 9*
**company** 13:*9*
15:*23*
**compensation** 17:*10*
**complete** 27:*24*
30:*12* 80:*9*
**compliant** 76:*2*
**complied** 50:*22*
51:*13*
**comply** 51:*14*
**concluded** 79:*15*
**condition** 59:*19*
**conditioner** 37:*16*
**conditioning** 39:*24*
59:*14*
**conditions** 9:*14*
**confrontational** 51:*6*
**confused** 51:*13*
55:*7*
**connection** 41:*4*
**consider** 24:*4*
38:*19* 63:*13*
**considerable** 64:*15*
**consist** 65:*9*
**console** 67:*22*
**contact** 72:*3*
**contemplated** 66:*21*
**continuously** 10:*12*
**convenience** 23:*8*
**conversation** 5:*13*
28:*24* 44:*25*
**conversations** 40:*14*
**cooperative** 75:*19*
**cop** 42:*15, 16, 19,
21* 43:*3, 9, 14* 45:*5*
49:*23* 51:*8* 52:*2, 4,
11* 53:*6* 54:*17, 18*
57:*10* 58:*12* 75:*25*
76:*2*
**cops** 43:*5* 47:*12*
52:*5* 53:*21* 54:*22,
23* 55:*2* 58:*13*
64:*7, 18, 24* 65:*18*
**correct** 37:*4* 70:*22*
**cosmetologist** 18:*17,*

*24*
**cosmetology** 40:*7*
**counsel** 80:*11*
**counseling** 30:*22*
31:*4, 5, 6, 8, 11, 12,
17, 21, 22* 32:*12*
33:*22*
**counselor** 31:*24*
33:*9, 13, 16*
**country** 22:*17*
**County** 1:*1* 10:*16,
18* 13:*6* 14:*2, 4*
16:*20* 22:*2* 37:*1*
38:*24* 39:*1* 46:*22*
47:*1, 5, 6* 49:*2*
80:*13*
**couple** 26:*11* 61:*7*
**course** 6:*23* 10:*25*
33:*2* 50:*14, 17*
56:*16* 57:*3* 65:*16*
67:*12* 69:*5* 77:*7*
**COURT** 1:*1* 6:*8*
7:*18* 14:*25* 18:*7*
80:*3, 20*
**Cove** 19:*21*
**Cpl** 1:*1*
**crazy** 40:*13*
**criminals** 51:*5*
**Crohn's** 26:*2*
**crossing** 77:*10*
**Crowe** 1:*1* 2:*8*
**crying** 52:*25* 67:*22*
**cuffs** 69:*17* 71:*25*
73:*17*
**currently** 11:*16*
13:*5* 15:*14*
**cut** 59:*9, 17*

**< D >**
**dad** 22:*21* 23:*20*
49:*14* 65:*13, 15*
**DALZELL** 2:*3* 3:*6*
45:*25* 60:*19* 61:*11,
19* 69:*8* 76:*9, 13*
77:*19*
**DATE** 1:*1* 10:*6*
26:*20* 78:*23* 79:*1*
80:*5*
**daughter** 47:*10*
48:*1, 8, 14*

**day** 9:*24* 13:*20*
36:*24* 37:*3, 6, 8, 11*
41:*22* 65:*9, 13*
76:*15* 77:*3, 4, 11*
80:*13*
**days** 35:*10*
**daytime** 61:*2*
**dealing** 50:*8*
**December** 80:*22*
**deciding** 60:*22*
**decision** 60:*21, 23*
**Defendants** 1:*1*
2:*12*
**degree** 11:*24, 25*
12:*24*
**delegated** 61:*2*
**Department** 1:*1*
16:*20* 46:*22* 47:*2,
17* 65:*19*
**deponent** 80:*6, 7, 9*
**depose** 7:*10*
**DEPOSITION** 1:*1*
4:*23, 25* 5:*4* 6:*23*
7:*7, 17* 8:*12* 16:*12*
52:*24* 62:*2* 78:*22*
79:*15* 80:*4, 8*
**depression** 63:*14*
**Deputies** 37:*1* 48:*4,
10, 21* 58:*3* 71:*15*
**Deputy** 1:*1* 47:*5*
48:*2* 71:*21*
**describe** 23:*25*
38:*6* 46:*11* 59:*19*
64:*4* 70:*25* 74:*9*
77:*2*
**described** 70:*7*
**details** 65:*20*
**detain** 78:*9*
**detained** 65:*10*
**detecting** 32:*5*
**detention** 65:*25*
**diagnosed** 9:*13*
25:*15, 17* 62:*23*
**diagnosis** 63:*6*
**different** 24:*20*
33:*10* 34:*15* 35:*22*
70:*13* 77:*3*
**difficult** 36:*3* 76:*5*
**digestive** 25:*19*

26:*16*
**directed** 9:*3*
**direction** 51:*17*
**directly** 6:*11*
**disagree** 71:*19*
72:*5, 6*
**discovery** 7:*7*
**discussed** 60:*10*
**disease** 26:*2*
**disorder** 62:*24*
63:*7*
**disorders** 63:*3*
**display** 51:*1* 53:*14*
**disrespectful** 57:*25*
**distance** 15:*21*
21:*16*
**DISTRICT** 1:*1*
**DIVISION** 1:*1*
**divorce** 16:*7*
**doctor** 28:*8, 19*
31:*14* 33:*16* 35:*4*
36:*10, 20* 62:*21*
68:*18, 21, 25* 76:*14,
17, 23*
**doctors** 24:*19*
26:*24* 27:*11* 32:*4*
34:*15* 68:*18*
**documents** 62:*1*
**doing** 19:*4* 37:*8*
40:*18* 51:*4* 58:*9,
17, 20*
**door** 44:*9* 59:*6, 7,
8* 64:*22* 74:*15*
**Downtown** 13:*8, 13*
**Drayton** 1:*4:4,
11* 65:*5* 79:*6, 8*
**Draytons** 17:*22*
**drew** 51:*9*
**drink** 6:*19, 24* 9:*9*
**Drive** 13:*25* 15:*16*
21:*12* 64:*21, 23*
75:*24*
**driver** 15:*20* 22:*22*
**driveway** 64:*21*
**driving** 41:*21*
43:*10* 44:*7* 51:*20*
70:*24* 77:*6*
**drop** 73:*7* 74:*14*
**drove** 43:*13*

**drug** 36:*10*
**drugs** 34:*1*
**duly** 4:*5* 80:*6*
**duty** 41:*6*

**< E >**
**earlier** 24:*12* 25:*21*
27:*15*, *23* 29:*19*
32:*8*
**early** 5:*21* 10:*7*
37:*10*
**earn** 11:*24* 12:*20*
**eat** 33:*4* 67:*11*, *12*,
*13*, *16*, *24* 68:*2*
**Edwards** 17:*22*
**either** 9:*7* 77:*8*
**ELIZABETH** 2:*3*
**emergency** 33:*2*
**emotion** 53:*12*, *15*
**emotional** 23:*15*, *16*,
*18*
**emotions** 35:*8*
66:*24*
**empathy** 56:*19*
**employed** 12:*10*
13:*4*, *17* 15:*22*
18:*14* 22:*19*, *24*, *25*
47:*1*
**encountered** 47:*4*
**ENDED** 1:*1* 57:*18*
69:*4*
**enforcement** 49:*2*
50:*9*
**engine** 59:*11*
**enjoyed** 76:*6*
**enrolled** 12:*18*
**enterology** 23:*25*
**entities** 36:*17*
**episodes** 33:*4*
**especially** 50:*5*
51:*8* 74:*13*
**ESQUIRE** 2:*3*, *8*, *9*
**estimate** 45:*14*
**estimation** 45:*11*
**evening** 68:*9*, *11*
**event** 22:*5* 42:*20*
60:*2*, *22* 63:*19*
65:*11*, *22* 66:*3*
67:*4* 68:*15* 75:*9*, *17*
**events** 80:*12*

**eventually** 45:*6*, *7*,
*8* 52:*10* 55:*13*
68:*3* 69:*4* 73:*16*
**everybody** 16:*11*
55:*13*, *17*, *18* 57:*9*
**EVERYWORD** 1:*1*
**exactly** 5:*5* 51:*8*
**exam** 27:*15*, *24*
29:*1*, *6*, *14*, *23*
**EXAMINATION**
3:*4*, *7* 4:*8* 24:*11*
76:*11* 77:*21* 80:*7*,
*10*
**examined** 4:*5*
**excited** 53:*8* 69:*16*
75:*23*
**excused** 79:*17*
**expand** 48:*25*
**experience** 47:*22*
48:*20*, *22*, *24* 49:*6*,
*10* 52:*4* 77:*17*
**experiencing** 26:*15*
**Expires** 80:*21*
**explain** 53:*17*, *23*
63:*17*
**explained** 52:*18*
55:*13*
**explanation** 54:*15*
**express** 41:*12* 56:*8*
**expressing** 53:*8*
**extended** 74:*2*
**extension** 40:*22*
**extra** 40:*22*
**extremely** 53:*3*

**< F >**
**face** 44:*16* 51:*1*
**face-to-face** 57:*18*
**fair** 6:*1*, *6*
**fairly** 50:*6*, *8* 64:*15*,
*20*
**Fall** 20:*8*, *12*, *13*
**familiar** 18:*8*
**family** 20:*5* 41:*19*
51:*11*, *13* 62:*8* 65:*7*
**far** 21:*11* 30:*24*
33:*8* 43:*4* 52:*3*, *7*
64:*5*
**fast** 43:*10* 47:*20*

**51:*20*
**fault** 56:*13*
**fear** 50:*20*
**February** 16:*4*
29:*15*, *16* 30:*9*, *20*
**feel** 28:*3*, *9*, *22*
36:*9* 51:*3*, *4* 52:*3*
**feeling** 32:*24* 50:*11*
55:*23* 61:*8*
**feelings** 67:*25*
**felt** 45:*13*, *14*, *15*
52:*19*, *20* 64:*8*, *10*
74:*10*
**figure** 26:*3* 59:*23*
**figuring** 76:*20*
**filed** 60:*11*
**filing** 60:*12*
**fill** 15:*8*
**finally** 62:*3*
**Financial** 23:*5*, *9*, *16*
**Financially** 22:*12*,
*14*
**find** 32:*10* 61:*6*
**finding** 32:*18*
**fine** 40:*23*
**finish** 21:*13*
**FIRM** 2:*3* 6:*17*
7:*4*
**first** 4:*5* 5:*4* 8:*10*
10:*5* 13:*20* 38:*2*,
*13* 43:*24* 46:*8*
60:*18* 70:*18* 78:*6*,
*13*
**fitness** 24:*6*
**five** 37:*13* 39:*4*, *19*
**five-years** 24:*23*
**Flares** 25:*10*, *22*, *24*
**flinch** 51:*9*
**folks** 17:*16*, *19*
**follows** 4:*6*
**food** 39:*7*, *9* 66:*5*,
*6*, *20* 67:*7*, *8*, *18*
**foods** 33:*4*
**footage** 62:*4*
**foregoing** 80:*4*, *8*
**form** 45:*25*
**found** 45:*3* 61:*3*
**foundation** 44:*15*
**four-years** 38:*9*, *14*,

*16*
**frankly** 35:*6*
**frantic** 73:*11*
**fraternal** 35:*25*
**french** 67:*14*
**friend** 38:*4* 39:*21*
44:*7* 58:*3* 59:*25*
65:*16* 66:*16* 68:*10*
**friends** 37:*14*
38:*20* 39:*9*, *17*
**friend's** 42:*7*
**friendship** 38:*7*
**fries** 67:*14*
**front** 43:*13*, *14*
70:*20* 72:*15*
**full** 18:*21* 19:*6*
27:*23* 30:*12* 79:*5*
**fully** 34:*21*
**FURTHER** 3:*7*
18:*3* 77:*21* 80:*11*

**< G >**
**Gabatin** 25:*4*, *9*, *20*
**Garfield** 1:*1* 2:*8*
3:*5*, *8* 4:*10*, *14*
46:*1* 64:*25* 65:*3*
69:*6*, *9* 76:*4* 77:*23*
79:*10*
**Garson** 1:*1* 80:*3*,
*19*
**gastro** 9:*17* 23:*24*,
*25* 25:*3* 26:*5*, *15*
33:*19*
**Gen** 1:*1*
**gender** 46:*12*
**Genecia** 1:*1* 4:*4*
79:*6*
**general** 24:*7*, *8*
**generalized** 63:*6*
**generally** 19:*7* 24:*1*
**Geneva** 14:*10*
**getting** 33:*6*, *8*
35:*9*, *21* 40:*7* 78:*15*
**girl** 43:*1* 75:*14*, *15*
**girl's** 39:*18*
**give** 7:*20* 8:*12*
17:*19* 26:*20* 29:*9*
32:*21* 40:*21* 46:*4*
53:*11*

given 4:25
glad 53:11
go 7:1, 24 21:15
27:12 28:20 30:21
31:16, 20, 24 32:12
33:11, 19, 22 35:17
36:5, 18 37:12, 24
39:7 41:14, 19
42:7, 13 43:11
45:6, 7 48:3 52:17
60:22 65:19 66:8,
23 67:23 68:5, 18
77:16 78:18
goal 22:17
God 35:9 44:10
goes 17:14
going 4:21 5:3
6:3 11:17 16:12
19:15 26:5, 6 30:2,
7 37:13, 15 39:23
44:11, 18 50:21
51:15, 18, 19, 23
52:16 59:23 62:22
64:19 66:21 73:12,
15
gonna 5:14 9:22
11:3 14:23 16:10
17:12 24:23 36:23
41:17, 22 42:7
49:22 51:14 53:3
65:8 78:22
good 4:11, 12 7:15
9:3 18:20 27:19
28:3 35:18 36:6
47:22 48:21 61:8,
10 67:7, 8
gosh 51:19
gotten 6:18 57:1
graduate 10:23
graduated 11:11,
12, 19
graduating 12:23
graduation 40:7
great 32:18 60:7
61:4
green 43:12
Greenville 80:13
Gregg 13:13, 15

ground 43:20, 24
52:16 73:8, 9, 16,
17 74:16 75:1, 2
group 24:16 27:9
28:3 30:10, 11, 17
33:21 37:23
groups 35:25
guess 19:16 32:11
45:2 47:10 48:6
66:10 76:22
gun 43:15, 18 48:6
51:9 52:11, 15
72:17, 18, 19, 22
73:1, 3, 19, 20, 22,
23 74:7, 8, 12, 17
guns 57:4, 17, 24
guys 4:21 46:4
58:9

< H >
hair 19:6 38:8
41:17 71:2
half-way 75:2
hall 6:25
hand 69:20, 21, 22
70:2, 4 74:11, 15
80:12
handcuffed 45:1, 17
68:15 71:5, 7, 10
handcuffing 75:4
handcuffs 44:17
45:9, 12, 23 53:9
54:18 55:21 57:6,
10 58:14 71:12
74:20 78:6, 10
handful 65:4
handle 39:11
hands 43:16, 19, 25
53:10 70:7 73:7
happen 49:19
55:20
happened 20:24
37:25 42:10 47:21
48:18 52:20, 21
53:24 55:24, 25
63:19 68:14 77:4
Harris 1:1
hash 44:5
Head 7:22 33:21
51:25

health 12:3 24:1
27:3, 19 30:22, 25
31:2, 3, 25
healthcare 36:16
healthy 24:5
hear 51:21, 22
53:4 54:1, 25
heard 55:1, 2 73:7
heart 28:19
held 19:1 66:4
help 77:12
helped 77:8
hereunto 80:12
high 10:21, 22
32:11 76:24
Highway 42:25
history 36:6 50:4
hit 13:1 43:12
74:5
holster 74:20
holstering 74:8
home 16:6 19:8
67:23
honest 19:25 28:9,
24 35:6 42:16
honestly 35:9
hope 20:1
Hospital 24:14
hot 37:17
hour 21:12, 19
hours 8:15, 19
house 14:16, 18
22:16 47:6 50:19,
20
humanity 56:19
humiliating 58:8
hurrying 33:3
husband 15:13
41:6 49:9 65:15
68:12
hypothyroid 9:6
25:1
Hypothyroidism
9:1, 16 23:24

< I >
idea 26:23 45:16
ideations 63:11
IDs 45:4
immediate 62:8

immediately 14:24
29:1 58:22
impair 8:12
important 7:20
28:13 56:11, 14
incident 5:16
18:11 20:23, 24
47:11 48:5, 9
50:15, 17 59:24
65:20 66:4 68:25
indent 69:3, 24
indention 69:25
indicate 32:21
indicated 26:24
individual 16:20
70:18
individuals 62:18
information 17:14
47:12 49:15
initially 57:5
inside 39:7 50:11
67:20
instance 31:11
insubordinate 51:6
interacted 70:15, 16
71:16
interacting 57:19
interaction 36:25
48:2, 24
interest 48:17
interested 80:12
Internal 24:14
33:24 34:6
internists 27:9
intersection 58:8
introduced 4:13
intrusiveness 63:9
I's 77:10
issue 25:15 27:22
40:24 41:22 42:1
48:1 62:22
issues 23:22, 25
26:16 27:12 31:25
32:17, 25

< J >
January 29:15
Jersey 10:1 18:2
Jesus 18:18

**JOANNA** 2:*16*
**job** 7:*16* 11:7 16:*5*
**Johnny** 14:*10*
**judge** 34:*23*
**judged** 34:*19*
**judging** 40:*25*
**July** 20:25 22:6
36:24 38:19 63:*19,*
20
**June** 14:17 18:*11,*
13 21:4
**jury** 17:*13,* 15

**< K >**
**Kat** 39:*18*
**keep** 17:*17* 52:22
78:2*1*
**Kelly** 47:*15*
**kept** 50:25 76:*19,*
23
**keys** 73:8 74:*14*
**kids** 53:*16* 63:15
77:9
**kind** 5:*16* 8:7, 9
9:8, 23 27:19
28:21 31:12, 22
32:6 36:*1* 37:9
43:13 48:25 53:23
54:*1* 61:2 65:8, *14*
66:22 68:*18*
**knew** 50:2*0* 65:*17*
**knock** 64:22
**knot** 68:*24* 69:*4,*
24, 25
**know** 4:22 5:*17,* 22
6:*19* 7:*1, 4, 18* 8:8
9:4 10:6 14:5
18:*18* 19:12 20:*16*
24:*18* 25:*19* 26:*1,*
6, *17* 28:*19* 32:4, *8,*
9, *11,* 19 33:6, *20*
35:*3, 5* 36:*3, 14*
37:18 38:15 39:*15,*
17, *19* 40:2*1* 41:*16,*
17 42:*17* 43:*5, 6,*
17 44:*4, 18, 19*
45:*13, 18,* 22 46:*14,*
17, *21,* 24, 25 49:*13,*
19, *23* 50:7, *16, 18*
51:*3, 4, 10* 52:*3, 6,*

8, *11, 14, 16, 18, 19,*
22 54:2 55:*24*
56:*19* 57:*10,* 12
58:5, *23* 59:*21*
60:7, *14* 63:2 64:*9,*
11 65:7, *13* 67:*4,*
21, *24* 68:6 70:*6,*
14 71:*24* 73:*11, 12,*
14, *15, 19* 75:*8, 24,*
25 76:*5, 21* 77:*14*
78:*5, 8, 11, 12* 79:*10*
**knowing** 76:2*0*
**knowledge** 39:2
41:*9, 11* 49:*8, 13*
59:*11*
**knowledgeable** 61:9
**known** 44:2*0*

**< L >**
**labs** 28:*1, 2* 30:*13*
**LaCosta** 14:*10*
18:*1*
**L-A-C-O-S-T-A**
18:*1*
**ladies** 39:*13* 66:*14,*
15
**Ladorri** 79:6
**LaFave** 1:*1* 2:8
**land** 22:*16*
**Large** 80:*4, 21*
**late** 9:8 54:*4*
65:*17* 66:*3, 5*
**Laurel** 26:9
**LAW** 2:*3* 6:*17*
7:*4* 49:2 50:8
**lawsuit** 7:9 16:*14,*
24 60:*11, 12*
**lawyer** 7:*5, 10* 8:*5,*
8 16:*13* 60:*15, 19,*
23 61:*1, 4, 6* 62:9
69:*5* 76:7 78:*18*
**lawyers** 17:*15* 61:*1*
**lay** 43:*20, 23* 52:*15*
73:*8, 16, 17* 74:*16*
**lead** 61:8
**leave** 28:*12* 59:6
**leaving** 19:*22, 23*
46:*6,* 7
**Lee** 16:2

**left** 39:*10* 42:*13,*
22, *24* 57:*12, 15*
69:22 70:*3*
**legs** 43:*9*
**letters** 55:*5*
**letting** 75:2*3*
**Levothyroxine** 8:2*4*
**Lewis** 39:*14*
**L-E-W-I-S** 39:*15, 16*
**license** 40:8 76:*1*
**licensed** 18:*17, 23*
**life** 9:2*4* 18:*13*
20:2*1* 26:2*1* 41:*18*
44:*3* 63:*14* 75:22
79:*11*
**lifetime** 9:*14* 27:6
**light** 42:*14, 21,* 22,
25 43:7, *12*
**lights** 52:9
**line** 14:*4*
**lined** 33:9
**lipstick** 43:*1,* 2
**Lisa** 1:*1* 80:*3, 19*
**list** 11:*3, 4* 15:*18*
16:*12* 24:*24*
**listed** 55:9
**literally** 41:2 53:*5*
**little** 9:*20, 24* 30:*4*
35:*6* 43:*13* 58:2*3*
59:*21* 67:*17*
**live** 14:*3, 24* 15:*3*
17:2*1* 21:*15* 38:22
50:*5* 58:*19,* 22
**lived** 10:*11, 17*
14:*15* 15:*11* 18:6
19:2*3* 22:2 38:2*3,*
25 41:*5* 47:6 63:2*4*
**lives** 14:7 38:2*4*
**living** 18:*10* 20:22
22:6 23:*10* 63:2*0*
**Liz** 65:25 69:6
**liz@shealeylaw.com**
2:*5*
**LLC** 1:*1* 2:*3,* 8
**located** 37:22
**LOCATION** 1:*1*
15:5 80:*5*
**long** 14:*15* 15:*2, 21*
25:*13* 38:*11* 45:*11,*

13, *14, 15, 16* 68:6
74:7, *10*
**longer** 23:*10*
**look** 43:9
**looked** 43:*3* 51:22
52:9 54:2 60:25
61:*1*
**looking** 59:22
73:*13* 76:2*3*
**Lord** 52:*13*
**lost** 44:*3*
**lot** 6:2*1* 9:2 18:*19*
20:2 21:25 28:*18*
40:*14* 52:25 58:6
64:2*4* 77:*12, 14*
**lotion** 43:*9*
**loud** 7:*16*
**low** 69:*18*
**LPN** 12:2*0*

**< M >**
**main** 27:22 58:7
**make-up** 44:*14*
**making** 47:*18* 56:*5*
60:2*1*
**male** 58:*15* 71:*1, 2*
72:8
**Manning** 10:22
**March** 29:2*1, 23*
31:*18* 33:7
**marked** 3:*12*
**marks** 70:6
**marriage** 17:*5, 20*
**married** 15:*15*
16:*3* 17:*4*
**master's** 11:*16*
12:*1, 3*
**match** 67:6
**McDUFFIE** 2:*16*
**McKnights** 17:22
**McMAHON** 2:*16*
**MD** 1:*1*
**mean** 24:*2, 3* 31:*9,*
10 69:*13* 75:2*0*
**meaningful** 57:*1*
**meant** 60:*4*
**meat** 67:*11*
**media** 62:*16* 77:*13*

**medical** 8:*17* 9:*14* 11:*14* 12:7, 8 30:*25* 62:*21* 78:*15*
**medication** 8:*11* 25:7, *18* 30:*17* 34:*14*, *20* 76:*25*
**medications** 8:*15* 24:*24*
**medicine** 9:*6* 24:*14* 25:*21* 33:*24* 34:*11*, *18*
**medicines** 8:*21*, *23* 25:*6*
**meet** 38:*12* 60:*18*
**meeting** 61:*16*, *19*, 20, 23 76:*6*
**meetings** 61:*18*
**member** 35:*14*, *24*
**members** 37:*14*
**mental** 9:*3* 27:*3* 30:*22* 31:2, *3*
**mentally** 35:*4*
**mentioned** 25:*1* 36:*19* 72:*17*
**met** 7:5 61:*10*
**Middle** 13:*25* 47:*15* 70:*3*
**milestones** 13:*3*
**military** 41:7
**Mill** 47:*15*
**million** 51:*24* 77:*18*
**mind** 17:*17* 33:5 43:*23* 48:*17* 64:*10*
**minor** 77:*15*
**minutes** 21:*17* 45:*19*, *21*, *24*
**mirror** 43:2, *10* 51:*22*
**mistake** 55:*16*, *18*, *19*, 22 56:*1*, 5, 20
**mistaken** 55:*6*
**misunderstanding** 44:*11*
**mom** 12:*12* 23:*20* 65:*13*, 15
**moment** 20:*18*, *19* 23:*22* 53:*25* 72:*14*
**momentarily** 75:*3*
**money** 67:*18*

**month** 15:*24* 38:*15*
**months** 63:*25* 64:*4*
**morning** 4:*11*, *12* 5:*21* 9:7, *10* 37:*11*
**Morris** 22:*25* 23:*3*
**mother** 18:*3*, *4* 22:*24*
**motion** 52:*12*
**mouth** 78:*5*
**move** 10:*15* 52:*13*
**moved** 10:*14* 14:*19* 21:2 22:*10* 23:7 63:*21*
**moving** 19:*24*
**muscling** 35:7

**< N >**
**name** 13:7, *10* 16:*1* 17:*25* 24:*18* 39:*18* 64:*9* 67:*4* 71:*18* 79:*5*
**names** 14:*9* 15:*24* 17:*19*, 20 39:*12* 44:*18* 79:7
**Naturally** 50:*1*
**nature** 36:7 44:*23* 66:*11* 70:*17*
**need** 5:*17* 6:9, *10* 10:6 40:*19* 78:*23*
**needed** 20:5
**neighbor** 59:*25*
**neighborhood** 18:8 42:*11* 46:6, 7 58:*10*, *18*, *21* 64:8, *14*, *24*
**neither** 80:*11*
**nerves** 50:*10* 59:*22*
**nervous** 42:*17* 43:*17* 44:*1* 49:*24* 50:*1*, 2, *18*, *25* 53:*3*, 9
**never** 7:5, *17* 16:*25* 17:*3* 32:8 33:*13*, *18*, 25 43:*23* 50:6 51:*24* 52:*1* 59:9 63:8 68:*24*
**New** 10:*1* 12:*12* 15:*23* 18:2 47:*19*
**Newark** 10:*1*, 4

**N-E-W-A-R-K** 10:*3*
**nice** 66:*10*
**nicer** 6:*21*
**night** 9:8, 9
**Nikki** 39:*17*
**normal** 32:6 56:*22* 64:8, *16*
**Normally** 33:*1* 52:*3*
**Notary** 80:*3*, 20
**number** 23:9, *10* 32:*10* 78:*24*
**numbers** 32:*11* 55:5 76:*24*
**nurse** 28:8
**nurses** 27:*11*
**nursing** 11:*18* 20:*3*, 6, 14 21:6, *24*

**< O >**
**oath** 5:8
**Object** 45:*25*
**objections** 80:7, 9
**obviously** 46:*21* 60:*12*
**o'clock** 66:2
**October** 26:*3*
**odd** 17:*12*
**offered** 6:*19*, 20 54:*16*
**office** 31:*24* 33:*23*, 24 61:*13*, 22
**officer** 46:*11*, *13* 47:*23*, 25 49:6, *10* 50:*3* 51:*17* 58:*15* 71:*4*, 7, *10*, *14*, *16*, 21, 23 72:*3*, 8
**officers** 16:*21* 46:*23* 48:*25* 49:*3* 50:*23* 53:*17* 54:7, *10* 57:*16* 70:*13*, *14* 77:*24*
**official** 80:*13*
**Oh** 9:*16* 10:*4*, 7 18:*17* 21:*14* 25:*11* 40:*21* 43:*3*, *11* 50:*25* 51:*19*, 23 52:*10* 56:*21* 62:*17* 69:*2* 72:*18*
**old** 10:8 13:9

**26:*14* 75:*11*, *12*, 13
**Once** 32:*19*
**one-on-one** 50:8
**one-time** 47:*16*
**online** 35:*17*
**onlookers** 58:*4*
**open** 28:9 36:*4* 59:7 74:*15*
**operating** 70:*25*
**operation** 19:*17*
**ordered** 66:*5*, 20
**organizations** 35:*25*
**originally** 18:2
**outside** 72:*20*
**over-the-counter** 8:*15*
**over-the-road** 15:*20*
**owning** 35:*15*

**< P >**
**p.m** 66:2
**P.O** 1:*1*
**PAGE** 3:*3* 80:5
**paid** 37:*11* 39:9, 22 40:*15*
**painful** 20:*21*
**paint** 35:2
**palpitations** 28:*20*
**paraphrasing** 49:*22*
**parent** 75:*18*
**parents** 14:8, 9, *18* 17:*24* 19:*24* 22:*3*, *11*, 19 23:7 49:9 63:*21*
**Park** 1:*1* 2:9
**Parkway** 42:*14*
**part** 7:9 70:*3*
**participated** 7:*17*
**particular** 30:*16*
**parties** 66:*11*
**parts** 17:*16*
**party** 80:*11*
**Pass** 46:*10*
**passed** 42:*15*, *19*
**passenger** 74:*14*
**passing** 62:*12*
**patrol** 59:*11* 71:8, 11 72:*14*
**Paxville** 14:*4*

paying 69:*17*
pedestrians 58:*4*
pending 80:*12*
people 7:*10* 28:*18*
58:*6* 61:*7* 70:*14*
77:*15*
Pepcid 25:*5*
perception 54:*5, 6*
period 20:*21*
person 8:*17* 24:*5*
28:*10* 35:*3* 62:*22*
70:*15, 25*
personal 15:*7*
27:*19*
personally 49:*5*
50:*2* 71:*16*
phlebotomy 11:*15*
12:*6*
phone 8:*6*
physical 24:*1, 5, 11*
27:*15, 24* 29:*6* 72:*3*
physician 24:*13*
pick 37:*18* 39:*24*
picked 40:*2* 47:*11*
picking 17:*15*
pictures 69:*1, 3, 5*
Pinewood 13:*25*
place 9:*4* 68:*7*
placed 33:*12, 14, 17*
71:*8, 11*
places 13:*1* 35:*22*
Plaintiffs 1:*1* 2:*6*
planned 37:*15*
plans 37:*8, 11*
plate 40:*12, 16, 18,*
*19, 21, 24* 41:*14*
42:*4*
plates 52:*7* 54:*20*
55:*3, 7, 8, 10, 12, 14*
play 66:*25* 67:*5*
please 52:*13*
pocketbooks 45:*3*
point 26:*21* 29:*10*
57:*24* 69:*20*
pointed 74:*21*
pointing 73:*3, 22,*
*23* 74:*2, 7, 13, 17,*
*18, 19* 75:*6*
police 46:*9, 19*
48:*25* 49:*1, 6, 10*

50:*3* 51:*2* 59:*1*
64:*15* 65:*10* 70:*20*
pool 17:*15* 24:*16*
pop-up 37:*24* 66:*7*
positive 26:*10*
Possible 78:*9*
possibly 26:*25*
44:*22* 53:*20*
posted 62:*15*
postpartum 63:*16*
practice 24:*13, 15*
practitioner 28:*8*
prayed 44:*10*
praying 35:*7*
preference 41:*13*
prescribe 25:*9*
34:*10*
prescribed 8:*17, 25*
24:*25* 33:*25*
prescribes 30:*17*
prescription 8:*14*
25:*18* 34:*4*
prescriptions 8:*18*
presence 64:*15*
78:*1*
present 9:*24* 13:*24*
17:*5* 61:*16, 23*
71:*15*
presently 13:*4*
presuppose 31:*9*
pretty 36:*6*
Prilosec 25:*4*
prior 76:*14*
private 24:*15*
probably 60:*7*
problem 78:*14*
problems 9:*17*
68:*19*
proceeded 70:*20*
73:*6*
professional 27:*3*
30:*25* 31:*1* 35:*25*
prompt 7:*23*
protocol 5:*4*
proximity 23:*8*
psychiatrist 76:*25*
psychological 31:*5,*
*7*
psychologist 77:*1*
psychotropic 34:*1*

public 12:*3* 80:*3,*
*20*
pulled 43:*15* 44:*20*
52:*11* 53:*22* 54:*23*
65:*18* 72:*18, 19*
74:*5* 75:*25*
pulls 72:*15*
punishment 7:*3*
purpose 4:*17, 20*
9:*5* 78:*21*
purposes 78:*22*
pursue 60:*22*
pursuing 78:*15*
pushed 76:*18*
pushing 76:*19*
put 43:*2, 8, 16, 19,*
*24* 44:*6, 17* 45:*5*
51:*7* 53:*6, 9* 54:*18*
55:*21* 57:*4, 6, 10,*
*17, 24* 58:*14* 59:*1,*
*10, 16* 69:*12, 19*
71:*25* 73:*6, 17*
74:*11, 19, 20* 76:*25*
78:*4, 6, 10, 13*
putting 43:*2*

< Q >
question 5:*14, 20,*
*22, 23, 25* 6:*3, 9, 10*
17:*13, 18* 19:*15*
20:*20* 21:*13* 25:*24*
36:*5* 60:*5, 8* 63:*10*
70:*17* 73:*18*
questions 5:*7, 15*
7:*6, 10, 16* 9:*2, 4*
15:*8* 16:*11* 18:*19*
28:*16* 32:*6, 10*
36:*8* 48:*3, 5, 8*
65:*5* 76:*6, 23*
quiet 64:*20*

< R >
R&B 37:*12, 21*
67:*5*
race 42:*16* 46:*11*
49:*25* 70:*13*
raised 57:*7*
raising 57:*21*
ran 45:*4*

reached 43:*8*
reaching 76:*1*
read 52:*6* 71:*20*
ready 62:*1*
realize 40:*16*
realized 52:*9*
really 7:*15* 8:*4*
9:*14* 17:*13* 53:*3*
73:*18*
rear 43:*10* 51:*22*
reason 5:*19* 8:*21*
19:*22* 21:*23* 28:*12*
32:*23* 41:*13* 44:*5*
47:*7* 71:*19* 72:*4, 6*
reasons 20:*2* 21:*5*
22:*10* 23:*7, 9, 13*
recall 37:*3* 42:*9*
56:*10* 59:*17* 71:*24*
72:*13* 78:*3, 11, 12*
receiving 12:*24*
34:*19*
recognize 46:*18*
recollection 37:*7*
recommend 30:*21*
recommended 31:*1*
record 7:*1* 18:*22*
65:*2* 80:*9*
recorded 80:*7*
records 78:*15*
red 43:*7*
referral 26:*8* 33:*19*
referred 31:*2, 4*
registration 76:*1*
regret 56:*8*
regular 62:*25* 67:*3*
related 17:*20*
25:*18* 27:*12* 30:*25*
31:*25* 32:*25* 62:*23*
80:*11*
relation 38:*23*
relatively 48:*21*
released 45:*8* 52:*17*
religion 35:*21*
religious 31:*10*
35:*8*
remember 37:*10*
38:*14* 40:*14* 41:*5*
44:*24* 65:*23* 78:*4*
rent 66:*11*

**rephrase** 5:*23*
**replay** 51:*25*
**report** 65:*19*
**REPORTED** 1:*1*
**Reporter** 1:*1* 3:*9*
7:*18* 80:*1, 3, 20*
**Representing** 2:*6,*
*12*
**reside** 41:*3*
**residence** 14:*7, 16*
**residency** 24:*21*
**respectful** 58:*24*
**responses** 7:*20*
**responsibility** 55:*19*
**restrooms** 6:*24*
**result** 47:*25*
**review** 62:*5*
**reviewed** 61:*25*
62:*3*
**Rexton** 14:*25* 18:*7*
**Richland** 1:*1* 2:*4*
16:*19* 24:*14* 36:*25*
38:*25* 46:*22* 47:*1,*
*5, 6*
**ridden** 40:*5*
**ride** 37:*15* 52:*5*
**Ridge** 18:*9*
**riding** 43:*1*
**right** 5:*3, 5* 6:*25*
7:*15, 18* 9:*22*
11:*19* 13:*1, 14*
14:*5, 15* 15:*10*
16:*10* 22:*3* 26:*14*
27:*2, 9* 28:*17* 29:*1,*
*13* 30:*10, 12* 35:*11,*
*20* 36:*23* 38:*3*
39:*22* 40:*10* 41:*23*
42:*2, 6* 46:*8, 25*
48:*16* 49:*18* 52:*5,*
*6* 54:*10* 56:*7* 59:*6*
60:*10, 14, 18* 61:*15*
62:*15* 63:*1, 22*
64:*4, 25* 65:*4*
67:*19* 69:*24* 75:*3,*
*16* 76:*4*
**RN** 12:*21, 22*
**road** 28:*21* 35:*15*
41:*21* 43:*8* 66:*9*
**Rob** 4:*14*
**Robert** 1:*1* 2:*8*

robert@crowelafave.
com 2:*11*
**rode** 40:*6, 8*
**room** 7:*19* 28:*7*
**roughly** 63:*24*
**routine** 28:*16*
**rude** 57:*6, 16, 19, 20*
**rules** 6:*8*
**run** 78:*7*
**running** 59:*12, 13*
65:*17*

**< S >**
**salad** 67:*15*
**sat** 44:*9* 66:*23*
**saw** 42:*21* 43:*9*
44:*12* 46:*9* 51:*16*
60:*2* 66:*14, 15*
70:*18*
**saying** 13:*17* 49:*18*
54:*20, 24* 55:*3*
56:*10, 13* 73:*23*
74:*12* 76:*23* 78:*3*
**says** 7:*19*
**scary** 20:*22*
**scene** 50:*24* 53:*1*
**scheduled** 31:*23*
**school** 10:*21* 13:*2,*
*11, 22* 20:*3, 6, 14*
21:*6, 24* 22:*18*
23:*8* 35:*19* 47:*10,*
*14, 15* 48:*4, 7, 13*
50:*15* 77:*8*
**schooling** 12:*10*
**science** 11:*25* 12:*4*
**scratch** 63:*18*
**seafood** 67:*12, 14*
**seal** 80:*13*
**second** 25:*7* 44:*4*
75:*22*
**Security** 78:*23*
**see** 24:*19* 26:*5, 7*
31:*24* 33:*16, 22*
34:*23* 36:*20* 38:*13*
40:*24* 41:*19* 42:*16*
44:*15* 46:*13* 49:*23*
50:*3* 51:*11* 52:*23*
76:*25* 77:*13*
**seeing** 64:*18*

**seen** 27:*2, 9* 28:*23*
36:*17*
**Self-employed**
18:*15, 16* 19:*4*
**send** 54:*3* 69:*7*
**sent** 26:*8* 53:*23*
**separated** 16:*7*
**September** 1:*1*
80:*13*
**series** 5:*7* 16:*11*
**serious** 48:*7*
**seriously** 48:*11*
**seriousness** 56:*12*
**session** 5:*14*
**setting** 22:*17*
**seven** 14:*14* 15:*4, 6*
18:*7* 19:*24*
**seven-year** 75:*12*
**seven-years** 64:*17*
**shakes** 7:*22*
**shaking** 69:*16*
**shaky** 43:*25* 53:*10*
**share** 78:*17*
**Sharika** 39:*14, 21*
65:*16* 68:*10*
**Sharika's** 39:*16*
**sharing** 69:*5*
**Shauna** 1:*1* 43:*11*
53:*25* 58:*3* 62:*4, 9*
68:*10* 70:*16* 78:*1*
**Shauna's** 60:*23*
**SHEALEY** 2:*3*
**she'd** 78:*18*
**Sheriff's** 1:*1* 16:*20*
37:*1* 46:*22* 47:*1, 5,*
*17* 58:*3* 65:*19*
**shock** 53:*2* 68:*13*
**shocked** 76:*18*
**shoot** 75:*23*
**short** 43:*22* 65:*1*
**shown** 56:*18, 19*
**shut** 59:*7, 8*
**side** 4:*20* 5:*6* 66:*8*
73:*4* 74:*14*
**sign** 42:*13*
**signs** 42:*12* 46:*6*
**sir** 4:*15* 5:*2, 9* 6:*2*
10:*13, 24* 11:*11, 23*
13:*16* 14:*22* 15:*16*
16:*9, 17, 22* 18:*12*

19:*3* 20:*15* 21:*22*
22:*8, 20* 27:*10, 17,*
*25* 28:*15, 25* 29:*5,*
*25* 31:*19* 35:*23*
36:*2, 13* 37:*2, 5*
38:*5, 18, 21* 40:*1*
45:*10* 46:*10* 47:*3,*
*24* 48:*12, 15, 19*
49:*4, 17* 51:*7*
54:*13* 56:*4, 6* 59:*5*
60:*13* 61:*12, 14*
62:*7* 63:*12* 64:*3*
68:*8* 69:*23* 70:*5,*
*11, 23* 71:*13* 72:*16*
74:*1, 3* 75:*5, 7*
**sit** 67:*24* 77:*9*
**sitting** 6:*12* 42:*21*
45:*16* 68:*24*
**situation** 39:*11*
42:*3* 43:*22* 54:*3*
57:*11, 14* 58:*25*
**Sixteen** 14:*14*
**six-years** 10:*8*
**skip** 77:*13*
**skipped** 18:*18*
**skirt** 43:*21, 22*
**skort** 43:*21*
**slammed** 43:*14*
**slight** 26:*1*
**slow** 46:*16* 52:*12*
**small** 28:*7*
**smile** 50:*25* 51:*7*
52:*23* 53:*6*
**smiled** 53:*12*
**social** 12:*4* 62:*16*
77:*13* 78:*23* 79:*3*
**solar** 13:*9*
**solidified** 53:*11*
**somebodies** 52:*1*
**somebody** 43:*12*
51:*22, 23* 54:*16*
75:*23*
**song** 67:*6*
**soon** 40:*15* 43:*12*
72:*21*
**sore** 68:*22, 23*
**sororities** 36:*1*
**sorry** 19:*12* 20:*8*
21:*14* 25:*5, 23*

30:*4* 34:*16* 57:*13* 63:9 75:*20*

**sort** 28:*16* 34:*1* 41:*13* 70:2, *21*

**sound** 11:6 17:*12*

**SOUTH** 1:*1* 2:*4*, *10* 10:*5*, *11*, *14*, 20 11:*17* 13:25 14:25 17:*17*, 21 18:5 19:*21* 40:*19*, 20 41:*14* 55:*4*, 8 80:*3*, 13, 21

**special** 32:*4*

**specialist** 31:2, *3* 36:*21*

**specialization** 12:*4*

**specialized** 12:*10*

**specific** 34:*13* 49:*15* 63:6

**specifically** 32:*16*

**speed** 51:*17*

**speeding** 42:*18*

**spell** 10:2

**spoke** 48:*14*

**SPREEUWERS** 2:*9*

**Spring** 12:25

**St** 66:*9*, *12*

**stable** 35:*4*

**start** 25:*21* 37:6 65:22

**started** 4:*13* 6:*18* 13:7, *19* 15:*23* 25:*18* 26:*15* 38:8 64:*18* 66:*4*, 6

**starting** 5:2*1*

**starts** 25:5

**state** 16:6 17:*16* 37:*24*, 25 80:*3*, 21

**stated** 80:5

**STATES** 1:*1*

**stationed** 41:*8*

**staying** 66:22

**steal** 40:*18*

**stenographically** 80:8

**stepped** 74:2*4*

**steve@crowelafave.c om** 2:*11*

**STEVEN** 2:*9*

**stick** 74:*15*

**stolen** 44:*7*, *8*, *21*, 22, 25 53:*19*, *20* 55:*9*

**stomach** 25:6 27:*21*, 22 32:22 33:6 76:22

**stop** 42:*12*, *13* 46:6 56:*12* 70:*21*

**stopped** 53:*18* 65:*10*

**story** 4:*21* 5:6

**strange** 7:*4*

**stranger** 28:*23* 59:25

**Street** 1:*1* 2:*4*, *9* 13:*13*, *15* 26:*9*

**stuff** 8:*7* 30:*13* 39:*10* 41:*18* 67:*13* 76:*3* 77:*14*

**subdivision** 42:*12*

**subject** 12:2 20:2*1*

**substitute** 13:6

**sudden** 64:*18*

**sued** 17:*1*

**suggest** 30:2*1* 34:*11*

**suggested** 31:*1*, *13*, *14*, 16, 20, 24 32:*12* 33:*16*

**suicidal** 63:*11*

**suicide** 63:*10*

**suite** 19:*9*, *20*

**Summit** 18:*9* 42:*14*, 25 43:*5* 58:*7* 64:*14*

**Sumter** 10:*16*, *18* 11:*17* 14:*2*, *3* 18:5 21:*10* 22:2 23:*1* 38:2*4* 49:2

**Sunday** 13:*8*, *11*, *19*, 22 35:*18*

**Sundays** 35:*16*

**superficial** 70:6

**support** 20:*5* 22:*13* 23:*14*, *15*, *18*

**supposed** 7:*3*, *12* 8:*20* 31:*23* 33:*16*, 22 39:*3*

**Sure** 4:*22* 9:*3* 18:2*1* 24:*17* 34:22

42:*18* 44:2*4* 46:*3*, *4*, *15* 47:*19* 50:*19* 63:*17* 69:6 74:6 75:25 78:*14*

**swelling** 26:2

**sworn** 4:*5* 5:*10* 80:6

**system** 25:*19* 47:8

**< T >**

**tag** 44:*5*

**tags** 44:*7*, *21*, 25 53:*19*

**take** 7:*18* 8:*3* 9:*7*, *8*, *23* 11:6 20:*9*, *10*, *18* 28:*1* 34:*4*, *11*, *17*, *18* 48:*7* 50:*10* 55:*19* 58:2*1* 65:*1*

**TAKEN** 1:*1* 8:*14*, *18* 33:8 34:*1* 58:*23* 80:*4*

**takes** 28:*3* 75:22

**talk** 8:*4*, *5*, 8 22:*9* 23:2*1* 34:*13* 35:*9* 36:*9* 65:8 68:*9*, *11* 70:*12* 76:2

**talked** 8:*9* 29:*14* 30:2*1* 53:22 60:*15* 61:*16* 62:*9*, *18* 64:*13* 65:*7*, *12* 68:*12*

**talking** 13:*14* 24:*5*, *6* 25:2*4* 28:6 32:2*1* 36:*14* 44:*16* 50:*15* 57:*9*, *18*

**talks** 76:2*1*

**task** 61:2

**teach** 13:22 35:*18*

**teacher** 13:6

**tears** 44:*15* 52:25

**Technical** 11:*17* 12:*17*

**technically** 14:*3*

**tell** 4:*20* 5:*4*, *5*, *11* 22:*15* 28:*19* 31:*12* 32:*19*, 24 37:*7* 41:*17* 42:*9* 49:*16* 50:2 60:2*1* 63:*5* 65:*18* 75:*19*

**telling** 9:*12* 40:*15* 41:*5* 44:*23* 53:*5* 77:*9*

**ten** 36:*18*

**terrible** 5:22

**terrified** 35:*7*

**testified** 4:*6*

**testify** 80:6

**testimony** 8:*5* 80:*7*, 9

**text** 8:6

**texted** 62:*19*

**thank** 9:*12* 69:*11* 76:*4* 79:*12*, *13*

**thereabouts** 10:*15* 22:*3*

**thereof** 80:*12*

**thing** 28:2*1* 35:*12* 36:*1* 37:*9* 54:*7* 65:8, *14* 75:*18*

**things** 5:*16* 8:*10* 28:*13* 64:*5* 66:*11*

**think** 6:8 10:*7* 24:*16* 26:*9* 27:*20* 34:2*1* 36:6 41:22 43:*5*, *6*, *21* 45:*4* 47:*16* 48:*16* 50:*16*, 22 51:*11*, *21* 52:8 54:6 55:*1* 60:*16* 61:*3* 62:6 65:25 66:*1* 67:2 77:*11*, *16*, *17*

**thinking** 36:*11* 51:*17*

**Thirty-seven** 26:*19*

**thought** 30:8 40:2*3* 42:*1* 43:2*1* 51:2*4* 52:2 67:*1*, *3*, 7 77:*18*

**thoughts** 66:2*4*

**thousand** 53:*4*

**threat** 48:6

**threatened** 47:*9*

**three** 23:6, *10* 39:*13* 55:5 66:*14*, 15

**thyroid** 25:*8*, *15* 30:*15* 36:20

**thyroids** 32:22

76:22
thyroxine 25:7
tickets 37:12 39:22
tight 69:15
TIME 1:1 10:12
12:13 18:13 19:6,
19, 20 20:9, 17
24:10 26:21 29:9,
25 30:1, 24 33:11
38:2, 4, 22 40:6
42:20 45:13 46:3,
4, 18 47:4, 9 48:19,
21 51:16 53:5
54:14, 21, 22, 24, 25
57:9 60:1 63:14,
21 65:22, 24 69:1
74:10, 21, 24 75:1
79:11 80:5, 7, 10
times 33:10 53:4
today 4:16, 17 5:8
45:16 50:5 76:5
told 17:24 27:11
32:15, 16 35:4
41:10 43:15, 18
44:6, 19, 21, 25
46:16 52:15 53:19
55:11 58:19 60:1
63:3 68:21, 23, 24
72:2 73:6, 16
75:16 76:2, 14, 17
top 23:16 33:21
topics 36:8
totally 9:11
touch 36:12
touched 71:22 72:4
town 11:10 13:14
66:8
traffic 52:4
transcribed 80:8
transcript 80:5
transferred 11:8
travels 37:23
41:16, 19
treat 50:16
treated 50:6, 7
56:24
trial 17:14
tried 33:10 34:3, 9
52:22
trigger 74:4

truck 15:16, 20
22:22
true 80:9
truly 56:20
truth 5:11 80:6
try 19:16 34:10
77:13
trying 12:20 26:2
27:19 33:17 41:2
44:24 48:17 50:12
59:23 61:5 67:22
75:21
T's 77:10
Tuesday 1:1
turn 6:14 43:7
Twenty 21:17
two 14:12 22:5
23:9 25:6 33:10
34:15 36:5 40:3
42:12 46:6 48:4,
13, 20 54:23 55:2
66:18 73:12
two-months 63:22
Tyler 1:1 71:18
type 32:10 43:25
62:23 66:9 77:16
typed 80:8

< U >
ugly 7:12 57:7
Uh-huh 5:18 7:22
11:5, 21 14:20
16:15 21:20 25:2
26:13 29:3 34:8
42:8 47:18 54:11
56:2 59:3 63:23
64:1 70:1 72:9, 16
75:2
uh-uh 7:22 53:2
63:15
ultimately 61:10
71:4, 12
unacceptable 55:22
uncomfortable
25:23 63:20
undergone 63:14
understand 4:16
5:10, 19 9:11
16:13, 21 20:9
30:16 32:13 33:7

34:21, 22 35:24
41:3, 23 42:3
45:15 47:22 48:17
50:13 51:14 54:6
55:23 56:23 57:13
60:4 64:20 69:15
understanding
40:11 54:5
understood 6:4
60:9
unfairly 50:17
un-handcuffed
68:17
un-handcuffing
54:15
UNITED 1:1
University 11:9, 10,
16
unpack 50:12
upset 52:25 53:25
Uptown 13:9
use 77:24 78:10

< V >
various 17:16
vehicle 70:24
vehicles 70:20
verbal 7:20
video 62:1
videos 62:3
view 43:10 51:22
visit 31:14, 18
32:20 34:7
voice 57:7, 21
volunteer 13:18
Voorhees 11:3, 8
vs 1:1

< W >
waited 66:22
waiting 65:16
walk 14:23 35:8
73:6
walked 54:23
walking 50:19
74:17
want 9:9 19:25
20:17, 18 22:16
28:19, 20 34:19, 22
35:2 41:13 42:3,

20 43:17 46:3
50:16 51:1, 4, 6, 8,
9, 12 52:5, 14, 16
53:6, 14 54:1
55:24 58:24 60:14
64:11 67:17 70:12
78:4, 7, 11
wanted 8:1 48:8
50:19 51:10 53:15
58:24 76:24
wants 75:24
warm 59:21
waste 67:17
watch 69:19
way 8:10 15:8
20:16 25:14 32:4,
7, 18 35:14 38:11
42:24 50:21 64:7
70:19 71:22 72:4
74:9
wear 44:15
week 60:20
weekend 41:18, 20
weeks 60:20
Weight 27:1
Well 6:21 22:22
25:13 27:8 31:9,
16 38:11 40:25
51:5 54:18 64:13
70:19 75:2
went 10:19 13:2
39:4, 9 40:17 45:2
47:8, 15, 16 48:13
52:12 63:8 69:24
We're 5:21 7:9
32:21 36:14 44:11
76:20
we've 6:17 20:10
23:6 36:6, 23
white 54:16 58:15
71:1, 2 72:8
window 43:16, 19
59:23 73:7 74:11
Windsor 19:21
wise 22:12, 15
WITNESS 79:13,
17 80:12
Wolfe 1:1 71:18
word 77:24 78:10

**words** 8:*20* 16:*18*
28:*7* 73:*23* 74:*4*
78:*4*
**wore** 44:*14*
**work** 13:*7, 10*
22:*21* 24:2 27:*18*
35:*15, 16* 67:*24*
**worked** 75:*20*
**worked-up** 39:*8*
**workers** 17:*9*
**working** 13:*8*
**works** 22:*22*
**workup** 30:*12*
**work-up** 27:*24*
**world** 37:*24*
**worrywart** 35:*3*
**wrapped** 66:*6*
**wrecked** 59:*22*
**wrist** 68:*21, 22, 24*
69:*4, 12*
**wrists** 68:*19*
**wrong** 43:*18* 46:*4*
50:*21* 51:9, *10*
52:*8, 13, 14* 55:*9,*
*11, 14* 66:*1*
**wrote** 49:*21*

**< Y >**
**y'all** 8:*9* 16:*3, 6*
28:*24* 39:6 40:*22*
42:*7* 61:*15*
**Yeah** 4:*24* 6:*20, 22*
13:*19* 14:6 15:*13,*
*16* 18:20 19:*20*
24:*9* 26:*11* 28:*2, 5*
30:*14* 32:*14* 39:*5*
40:22 41:*1, 10, 24*
42:2, *5* 50:*10, 25*
60:6 61:*20* 64:*16*
66:*12* 67:9 68:*2, 3,*
*11* 69:*3, 10* 72:*18,*
*25* 78:*12*
**year** 10:*25* 11:*12*
14:*17* 21:4 24:*12*
25:*21* 27:*16* 29:*10,*
*12, 19, 23* 31:*16*
32:*8, 12* 33:*11* 34:*3*
**yearly** 27:*21*
**years** 12:*14* 15:*4, 6*
18:*7* 19:*24* 36:*15,*

*18* 50:*4* 51:*24*
77:*18*
**yelling** 57:*21*
**young** 10:*8* 47:*9*

**< Z >**
**Zalenski** 1:*1*