UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Shauna Ashmon and Genecia Drayton,          C/A No.: 3:23-cv-05228-SAL-PJG

           Plaintiffs,

   vs.

Cpl. Zalewski, M.D. Tyler Wolfe, Gen. Robert
Harris,  Deputy Christopher Blackmon, and
Richland County Sheriff's Department.

          Defendants.

_____

# EXHIBIT B
# Deposition of Shauna Ashmon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

- - -

Shauna Ashmon and Genecia Drayton,

   Plaintiffs,

           C.A. NO.:
  vs.       3:23-CV-05228-SAL-PJG

Cpl. Zalenski, MD; Tyler Wolfe;
Gen. Robert Harris; Deputy
Christopher Blackmon; and
Richland County Sheriff's
Department,

   Defendants.

_____

DEPOSITION OF SHAUNA ASHMON
_____

DATE TAKEN:  Tuesday, September 10, 2024

TIME BEGAN:  11:27 a.m.

TIME ENDED:  1:18 p.m.

LOCATION:   Crowe LaFave Garfield & Bagley, LLC
       2019 Park Street
       Columbia, South Carolina 29201

REPORTED BY:  Lisa Garson, Court Reporter
       EVERYWORD, INC.
       P.O. Box 1459
       Columbia, South Carolina 29202
       803-212-0012

APPEARANCES:


      THE SHEALEY LAW FIRM, LLC
      BY:  ELIZABETH DALZELL, ESQUIRE
      1507 Richland Street
      Columbia, South Carolina 29201
      803.929.0008
      liz@shealeylaw.com
      Representing the Plaintiffs


      CROWE LaFAVE GARFIELD & BAGLEY, LLC
      BY:  ROBERT D. GARFIELD, ESQUIRE
           STEVEN R. SPREEUWERS, ESQUIRE
      2019 Park Street
      Columbia, South Carolina 29201
      803.999.1225
      robert@crowelafave.com
      steve@crowelafave.com
      Representing the Defendants



ALSO ATTENDING:

      ALYSSA McMAHON

1                          I N D E X

2

3                                                    PAGE

4   EXAMINATION

5        By Mr. Spreeuwers                            4

6   Certificate of Reporter                          69

7

8                      E X H I B I T S

9   ASHMON EXHIBIT    DESCRIPTION                    PAGE

10  1     Richland County Sheriff's Department       62
          Complaint Form
11        Bates ASHMON-A-001 - 003

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          - - -

2                  P R O C E E D I N G S

3                          - - -

4                  SHAUNA ASHMON, after having

5              been first duly sworn, was examined and

6              testified as follows:

7                          - - -

8                      EXAMINATION

9                          - - -

10   BY MR. SPREEUWERS:

11        Q     Ms. Ashmon, my name is Steve Spreeuwers.

12   We met briefly, just a few minutes ago, but I'm a

13   lawyer and I represent the defendants in this cases

14   that your lawyer has brought on your behalf.  Okay?

15        A     Okay.

16        Q     Have you ever given your deposition

17   before?

18        A     No.

19        Q     Okay.  It's just a question and answer

20   session for me to find out a little bit about you,

21   find out what you went through, what you remember,

22   who you are, that kind of thing; and as you can

23   see, we've got a court reporter here with us, and

24   she's gonna be taking down every word that we say,

25   and that makes a couple of things important.

1   First of all, like we do in a social

2   setting, you're nodding your head, and I can

3   remember what your answer is now, but as soon as I

4   leave here I'm gonna forget; so I'm gonna need you

5   to make sure you give a verbal answer, a yes or a

6   no, instead of a head nod or something like that.

7       A    Okay.

8       Q    If I prompt you to say, is that a yes,

9   it's just so I make sure that it makes it into the

10  transcript correctly and we get what your actual

11  answer was.  Okay?

12      A    Okay.

13      Q    Also, because we've got a court reporter,

14  we've got to make sure we don't talk over each

15  other; so I'm gonna do my best to let you finish

16  your answer before I start my next question; and

17  likewise, if you would let me finish my question

18  before you start to answer, even if you know what

19  I'm gonna ask.  Okay?

20      A    Okay.

21      Q    All right.  And if you need any a break

22  at any point.  Just let me know.  I'm happy to take

23  one as often as you need.  We have drinks, coffee,

24  water, soda, tea, all that kind of stuff, and

25  there's a bathroom down the hall, so if you need a

1  break for any reason, just let me know.

2     A     Okay.

3     Q     And this is not intended to be a memory

4  contest, so if I ask you a question and you don't

5  know or you don't recall, those are fine answers as

6  long as they're the truth.

7     A     Okay.

8     Q     All right.  If you don't understand a

9  question that I ask -- sometimes I ramble on and I

10 clarify my train of thought mid-question, so if you

11 don't understand, or my question doesn't make

12 sense, just ask me to repeat or rephrase or

13 explain.  Otherwise, if you answer, I'm gonna

14 assume you understood what I asked; is that fair?

15    A     Yes.

16    Q     All right.  Last thing is, during the

17 course of the deposition, you're not permitted to

18 talk to your lawyer about the substance of your

19 testimony, so if we take a break or anything, and

20 she's not talking to you, that will be why.  Okay?

21    A     Okay.

22    Q     Are you on any medication today?

23    A     I am.  Yes.

24    Q     Okay.  What kind of medication?

25    A     I'm on high blood pressure pill,

1  Losartan, and Carvedilol.

2      Q    And what was the second one?

3      A    Carvedilol.

4      Q    All right.  I'm terrible with medication

5  names.  What is that for?

6      A    It is for heart and for blood pressure.

7      Q    And specifically, what to do with your

8  heart?

9      A    It's just for -- it's just for, like, the

10 speed of it, and it will regulate the flow.  It's a

11 blood pressure medicine.

12     Q    Okay.  So to regulate the heart rate and

13 stuff like that?

14     A    Uh-huh.

15     Q    Is that a yes?

16     A    Yes.

17     Q    All right.  How long have you been on

18 those medications?

19     A    Losartan since last summer, and

20 Carvedilol since 2020.

21     Q    All right.  And again, I'm bad with

22 medication names.  So the blood pressure

23 medication, which one is that?

24     A    Both of them are used for blood pressure.

25     Q    Okay.  But you said Losartan.

1      A    Losartan is for blood pressure.

2   Carvedilol is for blood pressure also.  It'll

3   regulate the speed of the heart.

4      Q    So the heart one you've been on since

5   2020, and then the blood pressure one is since last

6   summer; is that correct?

7      A    Yeah.

8      Q    Okay.  Do either of those medications

9   interfere with your ability to hear, understand,

10  and truthfully answer my questions?

11     A    No.

12     Q    Okay.  Do you regularly take any

13  medication that you did not take today?

14     A    No.

15     Q    Okay.  Are you under the influence of any

16  other kind of drugs or alcohol that would affect

17  your ability to participate today?

18     A    No.

19     Q    Okay.  Do you have a primary care doctor?

20     A    I do.

21     Q    Who is that?

22     A    Anna Gaymon.

23     Q    Can you spell that last name for me.

24     A    G-A-Y-M-O-N.

25     Q    And which practice is Dr. Gaymon with?

1     A    She's over at Prisma Health Tuomey.

2     Q    All right.  In the last five years, or

3 so, have you seen any other physicians other than

4 Dr. Gaymon?

5     A    Yes.

6     Q    Okay.  Can you tell me the names and

7 practices.

8     A    Dr. Leonard -- I don't know his first

9 name, but he was at Colonial Health.

10     Q    And where is Colonial Health located?

11     A    It's in Sumter, South Carolina.

12     Q    Any other doctors in the last five years

13 that you've seen?

14     A    I saw -- can you rephrase that question?

15 When you say, doctors, do you mean primary care

16 physician, or do you mean specialists?

17     Q    Just any kind of physician of any kind.

18     A    I saw Dr. Steven -- I don't remember his

19 last name.  He was at Prisma Health Tuomey -- last

20 summer.  But he's a specialist.

21     Q    What is he a specialist in?

22     A    I had a spot on my breast, so I'm

23 assuming he's -- I don't know.  I don't know what

24 kind of doctor.

25     Q    I understand.  I know these are invasive

1   questions, and sometimes I've got to ask the

2   question even if it's personal, or something like

3   that.

4           Any other doctors other than:

5   Dr. Gaymon; Dr. Leonard; Dr. Steven; of any kind,

6   that you've seen in the last five-years, to the

7   best of your recollection?

8       A    I saw a therapist.

9       Q    Okay.  Who's your therapist?

10      A    I don't remember her name.

11      Q    And when did you see that therapist, or

12  which period of time?

13      A    Last summer.  It was actually after this

14  incident took place.

15      Q    How many times, about, did you see that

16  therapist?

17      A    Two.

18      Q    All right.  And you said it was after

19  this incident, and so we're on the same page, this

20  incident refers to when you were interacted with

21  law enforcement officers on July 16, 2023; does

22  that sound right?

23      A    Yes, sir.

24      Q    So when we talk about this incident,

25  that's what we're referring to.

1      A     Yes.

2      Q     All right.  So you saw her after this

3  incident.  Was it because of this incident?

4      A     Yes, it was.

5      Q     Okay.  Is her name Camille?

6      A     Yes.

7      Q     Camille Wood?

8      A     Yes.

9      Q     Okay.  So you've seen her two times last

10  summer; is that right?

11      A     Yes.

12      Q     And have you seen her since?

13      A     No.

14      Q     Okay.  Did you see her in person?

15      A     It was through Zoom.

16      Q     How did you find -- is she a doctor?

17      A     I found her through my primary care

18  physician, Dr. Anna Gaymon.

19      Q     All right.  Did Ms. or Dr. Wood prescribe

20  you any medication?

21      A     No.

22      Q     Okay.  And tell me about what sort of

23  appointments or interaction you had with Ms. or

24  Dr. Wood during those two appointments.

25      A     You want to know what we talked about?

1    Q    Yeah.  Sure.

2    A    We just talked about this incident and

3  how it had -- the incident that took place on

4  July 17, 2023, and how it affected me.  That's what

5  we talked about.

6    Q    Okay.  And other than your two

7  appointments with her through Zoom last summer, you

8  have not seen her again, right?

9    A    No.

10    Q    And do you have any plans to?

11    A    No.  Not as of now.

12    Q    What about any other therapy or

13  counseling that you have planned?

14    A    No.

15    MR. SPREEUWERS:  All right.  And this can

16    be off the record, but if we need to get your

17    medical record I need your date of birth and

18    social, please.

19              (Off the record.)

20  BY MR. GARFIELD:

21    Q    So other than the blood pressure and the

22  heart rate regulation that we've talked about, have

23  you had any other medical conditions that you've

24  dealt with over the last 10 years?

25    A    I recently was diagnosed with diabetes;

1  recently had anxiety; recently PTSD.

2       Q    And which doctors -- we'll take those

3  conditions one at a time.

4            Which doctor diagnosed you with, or do

5  you see, for diabetes?

6       A    Anna Gaymon.

7       Q    Okay.  And which doctor diagnosed you

8  with anxiety?

9       A    Anna Gaymon.

10      Q    And she would be the doctor that you see

11 for anything related to anxiety.

12      A    Yes.

13      Q    Okay.  And which doctor diagnosed you

14 with PTSD?

15      A    Anna Gaymon.

16      Q    All right.  And the same question even

17 though I might know the answer.  Is she the doctor

18 that you see for anything to do with PTSD?

19      A    Yes.

20      Q    Okay.  Do you know when that diagnosis of

21 PTSD was made?

22      A    July 18, 2023.

23      Q    All right.  So I think I understood that

24 this event took place on July 16, 2023.  Does that

25 sound right?

1    A    It sounds right.

2    Q    Okay.  So she would have made that

3  diagnosis --

4    A    I went to the doctor the following day,

5  so that would be July 17.

6    Q    So I want to make sure I'm clear on this.

7  Dr. Gaymon diagnosed you with PTSD the day after

8  this event.

9    A    Yes.

10    Q    What information did you provide to

11  Dr. Gaymon about any symptoms, or anything like

12  that?

13    A    I told her the actions that had

14  transpired from the event that took place, the

15  incident that took place on July 16.  Because after

16  that event I couldn't sleep, so I went to the

17  doctor and I told her about what happened.

18        She did an assessment on me, and that's

19  what she determined.

20    Q    All right.  Other than not being able to

21  sleep, is there any other symptoms that you recall

22  you were having?

23    A    Fear.  Fear of being stopped by police;

24  fear of being -- just treated by police or anything

25  like that, so it was fear; and not being able to

1   sleep; being paranoid, thinking that even if I saw

2   a cop car, I was gonna be stopped for no reason.

3        Q    And I'm not trying to minimize, I'm just

4   trying to understand.  So between July 16 when this

5   incident happened, and July 17 when you saw

6   Dr. Gaymon for the first time after this incident,

7   you would have not been able to sleep that night,

8   just the one night, right?

9        A    Yes.

10       Q    Okay.  All right.  Did Dr. Gaymon

11  prescribe you any medication for the PTSD

12  diagnosis?

13       A    She prescribed me some medicine.  I'm not

14  sure what it was, but yes she did.

15            But she told me to only take it for --

16  she prescribed it for 15-days, and if I didn't need

17  it don't take it.

18       Q    Did you ever take it?

19       A    I did take it.

20       Q    And how long did you take it?

21       A    I took it for the 15-days, and then she

22  prescribed me another medicine for sleeping --

23  Trazodone for sleeping.

24       Q    Was that another 15-day or 30-day course?

25       A    I'm still taking that.  I still take that

1    as needed.  I stopped taking it, and then she

2    re-prescribed it not long ago for me.

3         Q    And when you say, not long ago, give me

4    your best estimation as to when that was.

5         A    Probably like two-months ago.

6         Q    So do I understand you correctly that you

7    had a brief course of sleeping medicine in the

8    aftermath of this incident, and then sort of

9    re-upped that medicine in the last two months or

10   so?

11        A    Yes.

12        Q    Okay.  And are you still taking that

13   medication?

14        A    Yes.

15        Q    When was the last time you took it?

16        A    Last week.

17        Q    All right.  So the same thing for the

18   anxiety diagnosis.  Do you know when you were

19   diagnosed with that, approximately, by Dr. Gaymon?

20        A    Around the same time, approximately.

21        Q    When you say, same time, do you mean that

22   July 17 visit?

23        A    Yes.

24        Q    Okay.  And did Dr. Gaymon prescribe you

25   any different medication for the anxiety than what

1    was prescribed for the PTSD?

2        A    No.

3        Q    Okay.  Other than your visits with

4    Dr. Gaymon following this incident in about July of

5    2023, have you ever been diagnosed with anxiety

6    before?

7        A    Yes.

8        Q    Okay.  Tell me about that.

9        A    My kids were leaving for college, my

10   husband was deployed, and I was home by myself; so

11   that's a stressful event with your husband being

12   deployed in a war zone, so that was one time.  Yes.

13       Q    Okay.  When was that?

14       A    I'm not sure.

15       Q    All right.  Well, let's go through --

16   tell me how many kids do you have?

17       A    Two.

18       Q    And what are their ages?

19       A    Twenty-five and 22.

20       Q    All right.  And the 22-year old, what's

21   his or her name?

22       A    His name is Savion, S-A-V-I-O-N.  Same

23   last name as me, Ashmon, A-S-H-M-O-N.

24       Q    And you said Savion.

25       A    Yes.

1    Q    And then your 25-year old, is that a male

2  or a female?

3    A    Female.

4    Q    What's her name?

5    A    Natiya, N-A-T-I-Y-A.

6    Q    So which kid, or which child, was going

7  to college that got involved with the anxiety

8  diagnosis?

9    A    Natiya.

10   Q    Okay.  When did she go to college?

11   A    2017.

12   Q    Where did she go off to?

13   A    She went to Spelman College in Atlanta.

14   Q    All right.  So would that have been

15 around 2017, when she was going off to Spelman,

16 that your husband was also deployed, or

17 thereabouts?

18   A    Around that same time.

19   Q    Okay.  Did she graduate?

20   A    She graduated 2021.

21   Q    Did she move back home?

22   A    She moved back home.

23   Q    Good.  Did that help with any feelings of

24 empty nest, or anything like that?

25   A    It did help.  It helped, yes.

1    Q    And what about your son, did he go off to
2  school?

3    A    He did.

4    Q    Where did he go?

5    A    He went to USC Columbia.

6    Q    Good.  So he stayed relatively in the
7  same area.

8    A    Yes.

9    Q    Okay.  What years was he at USC?

10   A    2020 through 2024.

11   Q    All right.  A couple more about your
12 kids.  Is Natiya employed?

13   A    She is.

14   Q    Where at?

15   A    She works at GM in Roswell, Georgia.

16   Q    All right.  What about Savion, is he
17 employed in South Carolina?

18   A    No.

19   Q    Did he just graduate in May?

20   A    Yes.

21   Q    Okay.  Do you know if he's looking for
22 work?

23   A    Yes.

24   Q    I just want to understand what kind of --
25 like is he going to engineering or what kind of

1  employment is he looking for?

2      A    He said he wants to get his master's

3  degree, so I'm not sure if he's gonna start working

4  right away.

5      Q    All right.  I skipped over this, but tell

6  me your home address.

7      A    150 Decoy, D-E-C-O-Y, Court, Sumter,

8  South Carolina 29154.

9      Q    Who lives with you at the Decoy Court

10 address?

11     A    My husband Naiwatha, N-A-I-W-A-T-H-A,

12 Ashmon, A-S-H-M-O-N.

13     Q    All right.  Anybody else live with you at

14 Decoy Court?

15     A    No.

16     Q    All right.  What's your husband's age?

17     A    Forty-five.

18     Q    And he was in the military, obviously.

19     A    Yes.

20     Q    Roughly, what years?

21     A    He retired 2022, so from '97 to 2022.

22     Q    And which branch of the military was he

23 in?

24     A    The Air Force.

25     Q    And you said he was deployed to a war

1    zone; which one was that?

2         A    He went to Kuwait.  His deployments were:

3    Kuwait; Iraq; Korea.

4         Q    All right.  What does your husband do for

5    work now?

6         A    He's retired now.

7         Q    And you said he retired in 2022, right?

8         A    Yes.

9         Q    Do you remember which time of year or

10   month?

11        A    It was the summertime.

12        Q    Where was he stationed when he retired?

13        A    Korea.

14        Q    All right.  How long have you lived at

15   the Decoy Court address?

16        A    Two-years.

17        Q    So would that have been after his

18   retirement, or as part of his retirement?

19        A    Yes.

20        Q    I skipped over this before, too, but do

21   you have a South Carolina driver's license?

22        A    I do.

23        Q    Do you know that number?

24        A    1-0-6-4-0-7-4 -- wait.  I'm sorry.

25   1-0-6-4-0-7-2-4-6.

1    Q    And does that license have the Decoy

2  Court address on it?

3    A    It does now, but it didn't have it.

4    Q    It did not have it at the time of this

5  incident?

6    A    Yes.

7    Q    Okay.  What address would it have had on

8  it at the time of this incident?

9    A    We lived on base so it was, 7770 Hickory

10  Street, Shaw Air Force Base, South Carolina, 29152.

11    Q    And that's where you lived prior to your

12  husband's retirement?

13    A    Yes.

14    Q    Okay.  So you still had the old address

15  on there at the time of this incident, right?

16    A    I'm not sure, actually.  It was either

17  that address, or if I had the updated one it was

18  that one.

19    Q    All right.  So just running backwards

20  through your addresses over the years, you lived at

21  150 Decoy Court for about two-years, so far, right?

22    A    Yes.

23    Q    And then before that was your immediate

24  previous address 7770 Hickory Street on base?

25    A    Yes.

1     Q    Okay.  How long did you live on Shaw Air

2  Force Base?

3     A    For eight-years.

4     Q    All right.  Where did you live before the

5  Hickory Street address?

6     A    I lived in Alaska, so I don't remember

7  the address, but I lived in Alaska and I lived on

8  base.

9     Q    In Alaska as well?

10     A    Uh-huh.  I lived in Anchorage.  It was --

11  JBER was actually the address.  It was a Joint

12  Base, Elmendorf-Richardson, Air Force and Army base

13  together.

14     Q    All right.  Where are you from?  Where

15  did you grow up?

16     A    I grew up in Georgia.

17     Q    Where did you go to high school?

18     A    I went to high school at Macon County

19  High School in Montezuma, Georgia.

20     Q    What year did you graduate?

21     A    2001.

22     Q    Did you pursue any education beyond high

23  school?

24     A    I did.  I have a certification in

25  phlebotomy.

1    Q    Where did you get that certification?

2    A    Alaska.  Alaska Career Academy, that's

3    it.

4    Q    Other than Alaska Career Academy, have

5    you pursued any education beyond high school?

6    A    I have a child development associate, but

7    other than that no.

8    Q    Where did you get the child development

9    associates at?

10   A    Through my job.  I work on base at a

11   child development center.

12   Q    Is that a degree or a certification?

13   A    That's a certification.

14   Q    Okay.  Any other licenses or

15   certifications that you have?

16   A    No.

17   Q    And starting with just high school and

18   beyond, tell me what kind of work history you've

19   had.

20   A    I have worked as a pharmacist technician;

21   I have worked as a child care provider; and I

22   worked as a phlebotomist; and then I went back to

23   child development, and I've been doing that since.

24   Q    Okay.  Now when you say, child care

25   provider, was that in the home for your children or

1    --

2         A    In home for my kids and for other kids.

3    I did like a home daycare on base.

4         Q    Got you.  Okay.  Any other kinds of jobs

5    that you've had?

6         A    Right now I'm an office automation clerk,

7    but it's still at the Child Development Center.

8         Q    I'm sorry.  You may have told me this,

9    but the Child Development Center, is that on Shaw

10   Air Force Base?

11        A    It is.

12        Q    Okay.  All right.  Have you ever been

13   married, other than your current marriage?

14        A    No.

15        Q    What was your maiden name?

16        A    Tookes, T-O-O-K-E-S.

17        Q    Any other names that you've gone by,

18   other than Ashmon and Tookes?

19        A    No.

20        Q    Okay.  How would you consider your health

21   to have been over the last five-years or so:  Good

22   health; bad health; excellent?

23        A    Not excellent.  Okay, minus a couple

24   scares that I had but okay.

25        Q    Have you had any hospitalizations over

1   the last 10 years?

2       A     Yes.

3       Q     All right.  Tell me about those.

4       A     I had a hysterectomy, so I stayed in the

5   hospital for that; and I had a panniculectomy.

6       Q     And I don't have a clue what that is.

7       A     So a hysterectomy is a surgery --

8       Q     Well, I know that one.

9       A     So the panniculectomy is when they take

10  some fat from your abdomen -- your pannus is what

11  they call it -- and then they remove it.

12      Q     Okay.  All right.  Have you ever been

13  arrested before?

14      A     Never.

15      Q     And other than this incident that we're

16  here to talk about today, have you ever been placed

17  in handcuffs by a law enforcement officer?

18      A     Never.

19      Q     Have you ever had any criminal charges

20  filed against you?

21      A     No.

22      Q     Okay.  Have you ever filed a lawsuit?

23      A     No.

24      Q     Have you ever had a lawsuit filed against

25  you?

1     A     I'm not sure.

2     Q     When you say you're not sure is there any

3 incident that you're thinking of, in particular,

4 that you're just not sure if it resulted in a

5 lawsuit?

6     A     I'm trying to remember, like, maybe a

7 credit card.  I'm not sure.

8     Q     Okay.  Any other incidents that may have

9 resulted in a lawsuit but you're not sure?

10     A     No.

11     Q     Have you ever filed an injury claim with

12 any person or business?

13     A     How long ago?

14     Q     At all.

15     A     Other than having a car accident, no.

16     Q     When was the car accident, roughly?

17     A     2001.

18     Q     And did you get hurt in that car

19 accident?

20     A     I did.

21     Q     Okay.  Did you file a claim for

22 compensation for that?

23     A     I did.

24     Q     Tell me either about the injuries or --

25     A     Well, I was driving down the street and a

1    person ran the stop sign and pushed me into a

2    hardware store -- pushed my car into the glass.

3         Q    Like into the store?

4         A    Into the store.

5         Q    Goodness.  All right.  What kind of

6    injuries did you have?

7         A    I only had minor injuries, but like the

8    airbag came out and hit my face, so I had scratches

9    on my face, so other than that, it was.

10        Q    Got you.  Any other claims that you filed

11   for injuries?

12        A    No.

13        Q    Any prior workers' compensation claims?

14        A    No.

15        Q    Are you a member of any church?

16        A    No.

17        Q    Have you ever regularly attended any

18   church?

19        A    Yes.

20        Q    All right.  Which one?

21        A    Newbirth End-Time Word Ministries.

22        Q    Where is that located?

23        A    It's in Fort Valley, Georgia.

24        Q    All right.  Any other churches that you

25   regularly attended?

1    A    Yes.  Forward City in Columbia.

2    Q    Forward City?

3    A    Uh-huh.

4    Q    And where is that located?

5    A    Its off Two Notch where the old Best Buy

6  used to be.

7    Q    And roughly, when did you attend that

8  church?  What years?

9    A    Last year.  That's when I started.

10    Q    Before or after this incident?

11    A    It was after.

12    Q    And how long did you attend that church?

13    A    I still attend.  I just do it online.

14  They have online services and they have in-person

15  services.

16    Q    So you regularly attend, you just don't

17  consider yourself a member?

18    A    I'm not a member.

19    Q    Okay.  Are you a member of any fraternal

20  or civic organizations?

21    A    No.

22    Q    And I forgot to ask you this.  What was

23  your husband's rank at retirement?

24    A    E-6.

25    Q    And what would that have correlated to as

1  the --

2      A    The rank?

3      Q    Yes, ma'am.

4      A    Technical sergeant.

5      Q    All right.  I want to move to this event

6  that we're here to talk about today from July 16,

7  2023.

8           Do you want a break before we shift

9  gears, or are you good?

10     A    We can start.

11     Q    Okay.  Why don't you just walk me through

12 what happened on July 16, 2023.

13     A    I talked to Genecia on the phone; we were

14 scheduled to go out to a bingo event; I picked her

15 up from her subdivision which was -- I forgot the

16 name of her subdivision, but anyway I picked her up

17 and we were driving; and we noticed that the police

18 was following us, so when we got to the stoplight

19 she was like, damn, the police, they're really

20 following somebody, they're trying to get somebody.

21          By the time we got to the stoplight, it

22 was a cop behind me, and it was a cop that pulled

23 up in front of us and pointed a gun, and said,

24 Hands up; windows down; put your hand out the

25 window, drop the keys; is there anybody in the

1    backseat.

2            So we looked at each other.  I'm like,

3    wait a minute, is there anybody in the backseat?

4    We had to question ourselves, like, is there

5    anybody in the backseat because I knew wasn't

6    nobody in the backseat.  So Genecia got out of the

7    car.  The cop handcuffed her first.  I got out of

8    the car on the passenger side, and I was told,

9    first, get on the ground and then don't get on the

10   ground, stand there.

11           I wasn't told why I was being stopped.  I

12   wasn't even asked for my license, my registration,

13   or any of that.  It was hot -- the Summit is the

14   name of her subdivision.  I was outside; Genecia

15   was in the car, the cop was talking to her.  I'm

16   still waiting, scared.  I ain't never been stopped,

17   and a gun has never been pointed at me.  So I

18   wasn't speeding, it was no reason to pull me over.

19           So I got outside the car and the cop that

20   was behind me came from behind, and he said to me

21   that he was gonna put handcuffs on me and just stay

22   where I was at; and then the other cop came over,

23   the one that was pointing the gun, he came over and

24   said something to that other cop that put the

25   handcuffs on me, if I recall correctly.

 1    The cop behind me said that it was -- the

 2  reason why I was being stopped was because of

 3  something about a tag; and I was like, okay.  I was

 4  calm as possible because in this climate, as a

 5  black woman, a person of color, period, you have to

 6  remain calm at all times, so I was calm.

 7    I was put inside the back of the -- I was

 8  handcuffed, I had to stay behind my car at first

 9  because that's where they told me to stand, and

10  then I was put inside of another car.  By that

11  time, like, three other officers had pulled over.

12  I was put in the back of the car, and then the cop

13  with the gun, cop one, asked me did I have a purse

14  with my license, after the fact.

15    He went inside my purse; he pulled my

16  military ID out first; and then that's when he

17  asked me, are you military?  I told him, yeah, I'm

18  military, my husband had recently retired, which he

19  did, and I was still in the back of the car.

20    Then they took my license and did

21  whatever they did with those license -- I'm not

22  sure, I guess they ran my license then.  After

23  that -- I'm not sure how long it was, but it felt

24  like forever, being handcuffed, being stopped,

25  being with a gun pointed at you for no reason, you

1    don't know how long it is.  It feels like forever.

2           And then when I was -- when I did get --

3    the cop said to me, are you military and I said, oh

4    yeah; and then like not long after that they went

5    back to Genecia and took the cuffs off of her, and

6    then after that I got released from handcuffs.

7           The officer who pointed the gun never

8    came and said why I had been handcuffed and put in

9    the back of the car.  First of all, it was outside

10   in the heat for, I don't know how long, and there

11   were people driving by us, driving by us several

12   times, and it was -- the whole experience was

13   embarrassing.

14          When I was released from the handcuffs, I

15   asked the cop behind me -- I told him that I needed

16   their badge number and the names of everybody that

17   was there because I was treated unfairly.  He then

18   sent another cop over to me that kind of looked

19   like me -- and when I say, looked like me, I mean

20   he was a person of color -- and tried to talk to

21   me, and he was like, well, the reason we was

22   stopped was because of my tag -- there was a stolen

23   car from South Carolina that had the same letters

24   and number as my tag had.

25          I don't have a South Carolina tag.  I had

1    an Alaska Veteran's tag on the back of my car --

2    excuse me.

3        Q    Take your time.

4        A    So I said to him I didn't want to talk to

5    him because what could have been done was -- why

6    wasn't I asked for my license, my registration, or

7    even my tag being ran from behind me, instead of

8    being handcuffed and humiliated.

9            In this climate, like I say, as a person

10   of color, especially a black person, if my son

11   would have been driving my car it could have turned

12   out totally different; if my husband would have

13   been driving my car, it could have turned out

14   totally different.

15           I was spared from that, but I was also

16   humiliated when it could have been a simple, ma'am,

17   I'm stopping you, I'm sorry, we're looking for a

18   car, if it's your car.  You didn't even have to

19   explain it, just pull me over and say can I have

20   your license and registration, and then explain to

21   me what was happening.

22           But instead I was treated like a criminal

23   and for a wrong tag; and that was not fair because

24   had it been my son, like I said, driving the car,

25   what if he did not act like I did, or my husband.

1    My son probably would have been scared, but what if

2    my husband would have been driving, you know, so it

3    was very traumatic experience for me, and it still

4    is traumatic for me.

5           They have never -- he never apologized

6    like I said.  He sent somebody that they thought I

7    could identify with to try to talk to me, to try to

8    smooth it over.  The cop that pointed the gun, he

9    never apologized.  He got in his car and left.

10          Q    All right.  What happened next?

11          A    Immediately after that, after we was

12   released, I went to Richland County Sheriff's

13   Department and filed a complaint.

14          Q    You went to the headquarters, or do you

15   know which station you went to?

16          A    I'm not sure which one it was, but it was

17   a big one, I can tell you that.  It was a big

18   station.  It wasn't far from where I was at.

19          Q    Tell me what happened when you went to

20   file the complaint.

21          A    When I went inside the -- I don't know if

22   they were dispatchers, and the officers were there,

23   and I told them I needed to file a complaint.  They

24   gave me the paperwork to do it, and they was like,

25   are you sure it was Richland County.  I said it was

 1  Richland County, and this is what happened to me.
 2  So I filed the complaint -- myself and Genecia
 3  also.
 4      Q    And when you say, filed the complaint,
 5  did you actually fill out a written complaint form?
 6      A    I did.
 7      Q    Okay.  And did you do that while you were
 8  at the headquarters that day?
 9      A    I did.
10      Q    So you asked for, and were provided, a
11  written complaint form, right?
12      A    Yes.
13      Q    And you filled that out at the same time
14  without leaving, or anything like that.
15      A    Yes.
16      Q    Okay.  So this was within maybe
17  30-minutes or an hour of this stop.
18      A    From the time the stop initially
19  happened?
20      Q    Yes, ma'am.
21      A    As soon as I was released, so yes, 30
22  minutes.  I don't know.  I'm not sure about time,
23  but soon as I was released I went to the station.
24      Q    So you went straight there.
25      A    I went straight there.

1    Q    So however long it took you to get from
2  where the stop was to the headquarters is how long
3  the complaint was.
4    A    That's how long it took, yeah.  I'm not
5  sure about the form.
6    Q    And the actual complaint process, did you
7  feel like you were provided everything that you
8  needed to file that complaint?
9    A    To file the complaint, yeah.
10    Q    All right.  So I want to go back through
11  this a little bit now.  You said there was a cop
12  behind you and a cop that pulled up right in front
13  of you, right?
14    A    Yes.
15    Q    I just want to see if I can identify
16  everybody in order as best we can.
17         The cop that pulled up in front of you,
18  was that a male or female?
19    A    Male.  They were all male.
20    Q    Okay.  The cop that pulled up in front of
21  you that was a male, was he white or black?
22    A    He was white.
23    Q    All right.  And I think you referred to
24  him as cop one, right?
25    A    Yes.

1    Q    Okay.  And I assume you didn't know
2  anybody's name at the time, right?
3    A    I did not.
4    Q    Do you know cop one's name now?
5    A    I'm not sure.
6    Q    Okay.  All right.  And then the cop that
7  was behind you -- same thing, white male?
8    A    White male.
9    Q    And that would be cop two.
10    A    Cop two.  Yes.
11    Q    And do you know cop two's name?
12    A    I don't.
13    Q    All right.  And then you said there was a
14  black male at some point.
15    A    He looked like me, so we're the same
16  color.  I don't know if he's black, but he looked
17  like me.  That's cop three.
18    Q    And is that the one that came and spoke
19  to you after you were removed from handcuffs?
20    A    Yes.
21    Q    Okay.  Did you interact with any of the
22  other police officers on the scene?
23    A    The cop two that was behind me, he was
24  the one that wrote the names down and gave it to
25  me.

1     Q   All right.  So we've talked about cops

2 one, two and three, but were there other police

3 officers on scene?

4     A   There were.  It was another one.  I don't

5 know what he was doing there, but he was there.

6     Q   Was he a black male, or a darker-skin

7 male?

8     A   I don't remember.

9     Q   All right.  But did you interact with

10 that fourth cop, at all?

11     A   No.  Uh-uh.

12     Q   Okay.  All right.  So now we've

13 identified cops one, two and three as the three

14 primarily that you interacted with, right?

15     A   Yes.

16     Q   Okay.  You said somebody pulled a gun.

17 Which of those three officers was that?

18     A   That was cop one.

19     Q   That had stopped in front of your

20 vehicle.

21     A   Yes.

22     Q   Okay.  And describe for me any motions

23 cop one made with the gun.

24     A   He let his window down, and he had it

25 pointed out the window to us.  He said, Put your

1    hands up; and then he said, Put your keys out of

2    the window; and then he said, Get out of the car;

3    and he pointed the gun the whole time.

4         Q    Where was the gun pointed?

5         A    At us.  In the car.

6         Q    And when you say us --

7         A    Myself and Genecia.

8         Q    Okay.  So the cop was pointing the gun

9    straight at you.

10        A    Yes.

11        Q    Okay.  It was not down toward the

12   pavement.

13        A    It was not.

14        Q    I know you said it was hard to know how

15   longer this was going on because it felt like

16   forever, but what's your best estimate of how long

17   this whole event lasted?

18        A    Maybe 15 minutes.  Maybe.  I'm not sure.

19        Q    All right.  Using that as your best guess

20   about this whole event, how long was the gun

21   pointed at you?

22        A    I don't know.  I'm not sure.

23        Q    Was it just the first few seconds until

24   the handcuffs started, or was it longer than that?

25        A    However long it took him to point the gun

1    at us; make us have our hands up; make us drop the

2    keys and get out the car; and then for him to put

3    handcuffs on Genecia.

4         Q    Did you see any other officer with their

5    gun out after Genecia was placed in cuffs?

6         A    No.

7         Q    So it would have been confined to

8    whatever amount of time until Genecia was

9    handcuffed.

10        A    Yes.

11        Q    Did you see any other officers with their

12   weapon out, other than cop number one, the white

13   male that stopped in front of your vehicle?

14        A    No.

15        Q    So is it fair to say, as far as you're

16   aware, the only officer that drew a weapon was cop

17   number one?

18        A    Yes.

19        Q    Okay.  And I think you said earlier that

20   you got out on the passenger side, but you were the

21   driver of the vehicle, right?

22        A    No.  I didn't get out on the passenger

23   side.

24        Q    Okay.  I misunderstood you.  You were the

25   driver of the vehicle.

```
 1        A     I was the driver of the vehicle.
 2        Q     Okay.  So you got out from the driver's
 3   side.
 4        A     From the driver's side.
 5        Q     Okay.  Did you interact, at all, during
 6   this first portion of the stop, with cop number one
 7   after he told you to get out, and all that, throw
 8   your keys out and all that?
 9        A     Did I interact with him?
10        Q     Yes, ma'am.
11        A     Yes.  He asked me where my purse was and
12   he took my ID out of my purse in the backseat of my
13   car.
14        Q     Okay.  So I just want to make sure I get
15   the sequence right.  Cop one is the one who pulls
16   in front of you and tells you to get out of the
17   car, throw your keys, and all that stuff; and then
18   cop one goes and handcuffs Genecia; is that right?
19        A     Yes.
20        Q     Okay.  And then puts Genecia in his
21   patrol vehicle.
22        A     Yes.
23        Q     Okay.  And then he comes back to interact
24   with you about your license and stuff like that.
25        A     After I was inside the cop car.
```

1    Q    Okay.  Which officer put you in

2 handcuffs?

3    A    Cop two.

4    Q    And this will sound like a silly

5 question, but other than handcuffing you, did cop

6 number two touch you at all?

7    A    No.

8    Q    He didn't use any kind of force other

9 than the handcuffs, right?

10   A    Right.

11   Q    Okay.  And was it cop two that placed you

12 in a patrol vehicle?

13   A    Yes.

14   Q    So up to the point when you were first

15 placed in the patrol vehicle, tell me anything that

16 you remember about what you were told as to why any

17 of this was going on.

18   A    I don't remember being told anything.  I

19 just remember that when cop two put me in

20 handcuffs -- I don't remember what he said, if he

21 said anything to me.  He probably did, but I don't

22 remember him saying anything.

23   Q    I think you mentioned before that one of

24 the cops said something about a stolen tag.

25   A    That was the black man.  That was after

1    the fact and then -- wait.  Can you rephrase that?

2        Q    So at some point one of the officers

3    mentioned something about a stolen tag or a stolen

4    vehicle, or something like that; is that right?

5        A    Yes.

6        Q    Do you know if that was before, or after,

7    you were placed in the patrol vehicle?

8        A    That was after.

9        Q    Okay.  So the only time a stolen tag or a

10   stolen vehicle, or anything like that, was

11   mentioned, was after you were already out of

12   handcuffs; is that correct?

13       A    To my recall, yes.

14       Q    Okay.  So you interacted with -- and I'll

15   do my best to keep this in sequence.

16            After Genecia is in handcuffs, and she's

17   in the back of the car, you interacted with -- at

18   the rear of your vehicle, getting your purse and

19   all that stuff, you interacted with cop one and cop

20   two; is that right?

21       A    Yes.

22       Q    So you were handcuffed at the rear of the

23   vehicle at that point?

24       A    Yes.

25       Q    Okay.  Other than handcuffing you, did

1  any of the officers use any kind of force against

2  you?

3        A     No.

4        Q     Did you know any of these police

5  officers?

6        A     No.

7        Q     Had you ever seen them before?

8        A     No.

9        Q     Had you ever had any interactions with

10  the Richland County Sheriff's Department?

11        A     No.

12        Q     Have you since?

13        A     No.

14        Q     To your knowledge, other than this

15  incident in July of 2023, have you ever interacted

16  in any way with a Richland County Sheriff's Deputy?

17        A     No.

18        Q     Do you remember being told why you were

19  being put in the vehicle?

20        A     No.

21        Q     And you didn't actually get on the ground

22  at any point, did you?

23        A     No.

24        Q     All right.  Again, using your earlier

25  best estimate of the whole event being about 15

1   minutes, how long of that period of time would you

2   say you were in the back of the patrol vehicle?

3       A    I don't know.  Maybe -- I don't know.

4       Q    Do you think it was more, or less, than

5   five minutes?

6       A    Probably about five minutes.

7       Q    Okay.  So roughly about a third of the

8   whole incident you were in the back of that

9   vehicle?

10      A    Yes.

11      Q    Was the engine running, as far as you

12  knew?

13      A    The engine was running, but there was no

14  air on.

15      Q    All right.  So tell me about your

16  interaction -- I think you mentioned possibly his

17  name was Blackmon was cop number three.  Does that

18  sound right?

19      A    I think that's his name.

20      Q    But he was the darker-skin black male.

21      A    Yeah.

22      Q    Tell me about your conversation with cop

23  three, or Blackmon, as best you can recall.

24      A    Well, he came up -- well, once I was

25  released from handcuffs, I had asked for cops to

1  give me their badge numbers and names of everybody,

2  and they sent him over to me and was asking me --

3  was telling -- he was the one that said to me the

4  reason why I was pulled over was because it was a

5  stolen tag, and that the tag was stolen and the car

6  was stolen, and that was the reason why.  It was an

7  accident.  It was a South Carolina tag that they

8  were looking for, and he had tried to apologize,

9  and I told him, no, I don't want to talk to you

10  because this could have been handled differently.

11          I have an Alaska tag on the back my car,

12  for starters.  It's red, white and blue.  Alaska

13  starts with an A, not a S, so for you to say it was

14  a South Carolina tag, but yet I was pulled over

15  with an Alaska and Veteran's tag makes no sense,

16  and I also said to him well -- and he went on to

17  try to explain some other stuff, and I was like, so

18  they couldn't ask me for my license and

19  registration, I had to be put in handcuffs and

20  humiliated first.

21          And then they could have ran my tag from

22  the back of me -- like they could have ran my tag

23  in their car while they was driving and I was

24  driving, and then pulled me over to say something.

25  None of that happened.

1      Q     All right.  And this was officer three
2  that you were talking to, right?
3      A     Yes.
4      Q     And for the record, that's Blackmon,
5  B-L-A-C-K-M-O-N.  I'm not referring to him as black
6  man.  His last name is Blackmon.  I just wanted
7  that -- because it sounded earlier like I called
8  him black man.
9      A     As far as I know, that's his last name.
10  I'm not sure.  That's why I said cop one and two.
11      Q     That's okay.  All right.  Did you have
12  any questions for any of the officers on the scene,
13  other than what we've already talked about?
14      A     No.
15      Q     All right.  Did you ask for any
16  additional information that they didn't provide
17  you?
18      A     No.
19      Q     All right.  Cop number two, do you
20  remember if he had any kind of accent?
21      A     No.  I do know that he was an older white
22  male.
23      Q     Okay.  And cop number one, was he older
24  or younger?
25      A     He was younger.

1      Q     Okay.  So you mentioned earlier being

2    treat unfairly, and I assume I know the answer but

3    I'm gonna ask you anyway for the record.

4            Tell me what you mean by that.

5      A     When I say, being treated unfairly, like

6    I said, I have been stopped before by a cop.  The

7    first thing they did to me was ask me for my

8    license and my registration; so when I say I was

9    being treated unfairly, I wasn't asked for

10   anything, I was automatically handcuffed and

11   treated like a criminal.  A gun was pulled on me --

12   pulled and pointed to me, and my friend, so that

13   right there is unfair treatment, just for not

14   being -- just for not even being asked for my

15   license and registration; just assuming that I was

16   a criminal and I was in a stolen vehicle; so that's

17   what I mean by being treated unfairly, being left

18   in the hot sun with people coming by both sides of

19   the street, and that's a busy street, and from her

20   subdivision that's a busy street; so we outside in

21   handcuffs; I'm standing outside of my looking like

22   a criminal; she's in the backseat of a cop car

23   looking like a criminal; and that's not okay.

24     Q     All right.  How many times do you think

25   you've been pulled over by a police officer before?

1    A    Before then, maybe two, three times.

2    Q    All right.  Let's go through those

3  previous times, maybe two or three, that you'd been

4  pulled over by a police officer.  On those previous

5  occasions, were you the driver?

6    A    I was.

7    Q    And were you pulled over for minor

8  traffic infractions?

9    A    Yes.

10   Q    Speeding, turn signal, that kind of

11 thing?

12   A    Uh-huh.

13   Q    Is that a yes?

14   A    Yes.

15   Q    Okay.  All right.  Have you ever been

16 pulled over when you were the passenger of a

17 vehicle?

18   A    Yes.

19   Q    All right.  And do you know what the

20 suspected infraction was at that interaction?

21   A    Speeding.

22   Q    Okay.  All right.  So is it fair to say

23 you've never been pulled over for anything other

24 than a minor traffic infraction?

25   A    Yes.

1     Q    Okay.  As far as you're aware, have any

2 of those prior stops with law enforcement officers

3 had any involvement with any kind of felony

4 allegations?

5     A    No.

6     Q    Okay.  So when you mentioned being

7 treated unfairly, that's based on your prior

8 interactions with law enforcement when you were

9 either a driver or passenger of somebody suspected

10 of minor traffic infractions; is that right?

11     A    Yes.

12     Q    Okay.  All right.  As we went through

13 your address history, I don't recall, have you ever

14 lived in Richland County?

15     A    No.

16     Q    Do you know anybody in Richland County

17 that lives here?

18     A    Not anymore.

19     Q    Okay.  And is the only person you knew in

20 Richland, was that Ms. Genecia?

21     A    Yes.

22     Q    Okay.  You don't know anybody else in

23 Richland County?

24     A    No.

25     Q    No friends; no family; no acquaintances?

```
 1        A      No.  My son graduated, so no.
 2        Q      And I skipped over this before, but if
 3   this case goes to trial and we have to pick a jury,
 4   I need to know any relatives that you have by blood
 5   or by marriage in the State of South Carolina.  And
 6   just last names is fine.
 7        A      Demetrius Jefferson, he is my cousin.
 8        Q      And where does he live?
 9        A      He lives in Blackwood.
10        Q      Okay.  All right.  Any other relatives by
11   blood or marriage in South Carolina that are over
12   the age of 18?
13        A      No.
14        Q      Okay.
15        A      Oh, my husband.  I forgot about him.
16             MR. SPREEUWERS:  All right.  I won't tell
17        him you forgot.
18             All right.  We've been going about an
19        hour.  Let's take a quick break, and we'll
20        maybe take five or ten minutes.)
21                   (Off the record.)
22   BY MR. SPREEUWERS:
23        Q      All right.  Are you good to proceed?
24        A      Yes.
25        Q      All right.  I don't have long left, but I
```

1    do have a couple of clean-up questions for you.

2          So I think we talked about the two or

3    three times, maybe, you've been pulled over for

4    minor traffic infractions, or as a passenger.

5          Have you had any interactions with law

6    enforcement officers other than those two or three

7    traffic infractions, and this incident that we're

8    here to talk about today?

9      A    As far as like speaking to them, or

10   something like that?

11     Q    Yeah.  Any sort of, like, getting in

12   trouble kind of context.

13     A    No.

14     Q    Have you ever had any negative

15   interactions with a law enforcement officer, other

16   than what we're here to talk about today?

17     A    No.

18     Q    What about like your immediate family,

19   have they had any kind of negative interactions

20   with law enforcement officers?

21     A    Not to my knowledge.

22     Q    Okay.  Like your son and your husband?

23     A    My son and my daughter, no.  My husband,

24   I'm not sure.  Not to my knowledge.

25     Q    All right.  Are you claiming any medical

1  bills as a result of this incident?

2      A    Medical bills, no.  I have Tricare.  My

3  husband served in the military, so we have Tricare.

4  I have a co-pay.  I wasn't aware that I should.

5      Q    And that's okay.  I'm just curious.  And

6  you're not claiming that you lost any time from

7  work for this incident, right?

8      A    No.

9      Q    Okay.  Are you claiming any physical

10  injuries from this incident?

11      A    Other than the indentation that was on my

12  wrist from the cuffs being too tight, no.

13      Q    Okay.  Tell me about that.

14      A    So the cuffs were tight when they placed

15  them on my wrist.  They were really tight, so when

16  they took them off there was an indention left on

17  my wrist.  There was a mark on there.

18      Q    And how long did that last?

19      A    I'm not sure.

20      Q    Did you mention to anybody that the cuffs

21  were too tight?

22      A    I was scared.  No, I did not.

23      Q    You did not?

24      A    No, I didn't.

25      Q    All right.  After this event, and after

1  you filled out your complaint at the sheriff's

2  department, where did you go after that?

3      A    After that we were scheduled to go to

4  bingo, but we drove there -- Genecia got out of the

5  car.  She had a friend in there and she went and

6  talked to her friend.  I never got out of the car

7  because from that event, I was just distraught, but

8  we were supposed to meet people there that Genecia

9  knew, but I didn't know them.  So she went to talk

10 to them and I stayed in the car; and I dropped her

11 back off at home and I went home.

12     Q    What happened when you went home?

13     A    I told my husband -- well, he knew about

14 it because I called him on the way -- well, after

15 it happened I called him, and I talked to my

16 husband and had told him what happened and I tried

17 to decompress, I laid down, I cried, I didn't go to

18 sleep, like I said, I was up all night just from

19 thinking, like, wait, Sandra Bland and all the

20 other black people that this happened to, my life

21 could have been -- I could have been a hash tag

22 also, so all that was on my mind, and then having

23 my son who was in school here, in Richland County,

24 that was in the front of my mind, too, because like

25 I said, he's here, he was a black male, and

1  anything like that could have happened to him being

2  like it did to me, even though he didn't do

3  anything wrong.

4      Q    Do you know if your son had any

5  interactions with the Richland County Sheriff's

6  Department during his time at USC?

7      A    No.

8      Q    You don't know, or he didn't?

9      A    He didn't tell me, and I'm saying no

10 because he would have called.

11     Q    All right.  And I don't want to know what

12 you talked about with your lawyer, but when did you

13 first speak with a lawyer after this event?

14     A    I'm not sure.  It wasn't long after this

15 event happened.  Maybe like, I don't know, a week.

16 Maybe two weeks.  I was looking for one.

17     Q    All right.  How did you find a lawyer?

18     A    I actually found her through somebody

19 else.  I don't remember.

20     Q    All right.  So I think you've told me

21 about talking to your husband and son.  Obviously

22 you've spoken to --

23     A    Well, I didn't even tell my son right

24 away.  I only told my husband and then I didn't

25 tell my kids right away because I didn't want them

 1    to be worried, so I didn't tell them right away.

 2          I told them months later.  I told my son

 3    way months later, and I told my daughter -- I told

 4    her before I told him, but I didn't tell my kids

 5    about it at all.

 6          Q    But you have since told them?

 7          A    I have since told them.  Yes.

 8          Q    All right.  What did your husband say

 9    when you talked to him on the day of this incident?

10          A    He actually called to the sheriff's

11    department and said that something had happened to

12    his wife and that she was gonna come in and make a

13    complaint; so when I came in, they were already

14    expecting me to come in.

15          Q    All right.  What did you and your husband

16    talk about, about this event, the day it happened?

17          A    Just that I was pulled over, and I told

18    him the events that took place, like we were

19    stopped, they said our tag was stolen on the back

20    of the car, we even called Alaska where our car was

21    registered at, to make sure, like, hey, is anything

22    going on with the car.  It wasn't.

23          So there was nothing in the DMV system

24    for Alaska for the events to take place because we

25    didn't want it to happen again.

```
1        Q     All right.  I think when we went through

2   your address history, you had not lived in Alaska

3   for about eight-years before this incident

4   happened; is that correct?

5        A     So being military -- and that's my

6   husband's state that he claimed -- when you

7   purchase a car, if that's your home state --

8   because I had Alaska license until my birthday came

9   February of that year.  So being that we're

10  military, when you're military you can register

11  your car wherever because you're military; so we

12  done had that tag since we had that car, and at

13  that time we were residents of Alaska.

14       Q     Okay.  In 2023, you were residents of

15  Alaska?

16       A     Uh-uh.  When we purchased the car we

17  were.

18       Q     All right.  But you had not lived in the

19  State of Alaska for about eight-years when this

20  incident happened?

21       A     But that still was our home state.  Does

22  that make sense?  Like, we were legal residents of

23  Alaska.

24       Q     Okay.  Did you have an address in Alaska

25  in 2023?
```

1      A      No.

2      Q      Okay.  How did you get your mail about

3  the vehicle, and stuff like that?

4      A      Well, it was sent to our address, 150

5  Decoy Court.  I'm trying to explain it to the best

6  I can to people that's not military.

7             So when you're military, you can pick a

8  state.  If you're living in a state and that state

9  is your home state, that's where you voted and

10  that's -- well, I voted there but because I work in

11  South Carolina, however, if you're military, that's

12  your state, you got license there, you would have

13  just gone because of the military, so that's why we

14  still had Alaska tag.

15      Q      All right.  And your husband was retired

16  from the military in 2022?

17      A      That's when he started his retirement

18  leave and I think he was -- yeah.  By the end of

19  the year.

20      Q      By the end of 2022?

21      A      Uh-huh.

22      Q      Is that yes?

23      A      Yes.

24      Q      So as of July of 2023, he was no longer

25  in the military, right?

1      A    Right.

2      Q    Okay.  And how many vehicles did you have

3   in 2023?

4      A    Three.

5      Q    Okay.  Describe what those vehicles were;

6   what make and model, that kind of thing.

7      A    We have a 2001 Chevrolet Silverado; and

8   we have the 2018 Camry; and we had a Nissan Ultima

9   that we bought for our daughter but it's registered

10  in my name, but it has a South Carolina tag.

11     Q    And she lives in Georgia?

12     A    Yes.  But that car is here in South

13  Carolina.

14     Q    All right.  So in July of 2023, when you

15  were living on Decoy Court, did you have any intent

16  to return to Alaska to live?

17     A    The only reason why we were still here

18  was because my son was in college, so we were

19  waiting for him to graduate before we decide what

20  to do.

21     Q    Okay.  And have you decided where you

22  want to live?

23     A    Not yet.  I'm still trying to decide.

24  Our lease is up -- whenever our lease is up on our

25  house, I guess that's when we'll decide what we're

1    gonna do.

2         Q    Okay.  Are you gonna go back to Alaska?

3         A    Probably so.

4         Q    Is that why your vehicles are still

5    registered in Alaska?

6         A    Yes.  My husband had said, like, when he

7    retired he wanted to go back to Alaska because he

8    liked it there, so that's why we just in limbo

9    right now.

10        Q    Okay.  So the 2001 Silverado that's in

11   the parking lot, a black Chevy, still has the

12   Alaska plate?

13        A    Yes.

14        Q    Okay.  And it has a 2025 sticker on it?

15        A    Yes.

16        Q    Okay.  Are you aware of a state law that

17   requires you to register your vehicle within 45 day

18   of moving to the state?

19        A    It doesn't apply to military people.

20        Q    Okay.  So your understanding is that you

21   just never have to register your car in any state

22   because your husband was formerly in the military?

23        A    Well, whenever our tag expires, then we

24   can register it, if we're not gonna go back to that

25   state.

1      Q     All right.

2      A     But from my understanding -- let me

3  answer your question:  From my understanding, yes.

4      Q     All right.  Other than your lawyer,

5  Ms. Genecia, your husband, your son, and your

6  daughter -- so those that we've already talked

7  about -- tell me who else you can recall talking to

8  about this event.

9      A     My doctor, my counselor, and that's it.

10  I don't talk it about because it's traumatic.

11      Q     Okay.  So when you said, you know, before

12  that it was embarrassing, and things like that, or

13  humiliating, you haven't actually talked to anybody

14  else that knows what happened, other than those

15  people we've already discussed, right?

16      A     Correct.

17           (Ashmon Exhibit 1, Richland County

18      Sheriff's Department Complaint Form, Bates

19      ASHMON-A-001 - 003, marked for

20      identification.)

21  BY MR. SPREEUWERS:

22      Q     Okay.  I'll hand you what's been marked

23  Exhibit Number 1 to this deposition, and just give

24  you a chance to review it.

25           Do you recognize that document?

1      A    I do.

2      Q    And is that the form you filled out --

3  the Complaint Form at the Richland County Sheriff's

4  Department?

5      A    It is.

6      Q    Is that your handwriting on the document?

7      A    It is.

8      Q    And you were sworn under oath in

9  connection with this statement that you made?

10     A    Yes.

11     Q    It's notarized on the front there?

12     A    Yes.

13     Q    And this was the same day of the

14  incident, and it looks like the time there is

15  16:54, which is at 4:54 p.m.

16     A    Yes.

17     Q    Okay.  So that was very shortly after

18  this incident, just like you testified before,

19  right?

20     A    Yes.

21     Q    Okay.  All right.  So you wanted to

22  convey truthful and accurate information to the

23  sheriff's department about what had happened,

24  right?

25     A    Yes.

1    Q    Okay.  All right.  Turn to page two of

2   your written statement.  In the middle there it

3   says, "I will have PTSD from this experience."  So

4   that was roughly within an hour of the incident,

5   itself, right?

6    A    Right.

7    Q    Okay.  And tell me how you -- it may be

8   an obvious question, but tell me how you thought

9   you would have PTSD within one-hour of the

10  incident.

11   A    So from writing this, and looking back on

12  it, it was from the experience.  Like, if you have

13  something traumatic like this happen to you, I know

14  that it is post-traumatic stress disorder.

15        With this happening to me, I was very

16  fearful.  I knew I was gonna be afraid of cops ever

17  since then, because, like I said, I was pulled

18  over, not asked for my registration, immediately

19  handcuffed and a gun pointed to my face; so that's

20  why I said I would have post-traumatic stress

21  disorder.

22   Q    What was your familiarity with the

23  symptoms of post-traumatic stress disorder in July

24  of 2023?

25   A    Well, I didn't know any.  Like I said, I

1  haven't had anything happen to me in my life that

2  was this traumatic, ever, and I hope I don't ever

3  have anything this traumatic happen to me again.

4        I use that term, post-traumatic, because

5  it's after something that has -- it's after a

6  traumatic event had happened to you, so I knew that

7  I was -- I'm gonna be forever fearful of cops from

8  now on.  That's how it is.  Even if I see cops

9  driving now, or get behind me and run my tag --

10  because I know that they do that, they get behind

11  you and they run your tag.  I know they do it in

12  Georgia, but even then, I am nervous.

13      Q    Okay.  So you mentioned earlier Sandra

14  Bland, and you mentioned the term hash tag, and I

15  think Genecia also mentioned the term hash tag.

16        It would be fair to say that, at least

17  since 2020, you've been aware of, you know, issues

18  and specific stories of people involved with

19  police; is that correct?

20      A    That's correct.

21      Q    Okay.  Did you have any concern, or fear,

22  about police before this event happened?

23      A    Not -- the type of person I am, unless

24  something like that happens to me, then I would

25  think that as an officer of the law they would

1  uphold whatever they're sworn to do to serve and

2  protect, not to pull a gun on you and accuse you of

3  doing stuff that you have never done.

4      Q    Did anybody actually accuse you of

5  stealing a vehicle?

6      A    I was in handcuffs for it.  They put me

7  in the back of a car and said that my tags was

8  stolen and if the tags was stolen -- they said it

9  to Genecia that if my tags was stolen, then most

10 likely my car was stolen.

11     Q    Okay.  And they didn't know who you were,

12 right?

13     A    No.  They didn't know who I was.

14     Q    Okay.  So did anybody point at you, or

15 talk to you and accuse you of having stolen the

16 vehicle or the tag; or did they just tell you

17 that's what they were investigating?

18     A    They said that they were -- I don't know

19 if anybody ever told me about a tag.  I know after

20 the fact they said that it was a stolen tag and it

21 was a mix-up.

22     Q    Okay.  So they never actually accused you

23 of stealing anything.

24     A    Well, if I'm in handcuffs and they stop

25 my car and put me in handcuffs, I'm accused of

1   stealing something.

2       Q    Well, handcuffs are actions, right?

3           I'm more concerned about the actual words

4   that anybody used while you were interacting with

5   them.

6       A    Only after the fact that the tag was

7   stolen, so if the tag, itself, is stolen, and I'm

8   driving the car and it's my car, am I being accused

9   of being a thief?  I'm just asking the question.

10      Q    So after the fact when you're being told

11  that it's a mix-up, or a mistake, or whatever term

12  they used, that would be the opposite of accusing

13  you, right?

14      A    But I was handcuffed, first, so I'm

15  accused of a crime because I'm in cuffs and I'm in

16  the back of a police car.

17      Q    All right.  So what I want to understand

18  is, focus specifically on the words that were used

19  as best as you can recall.  We're sitting here now

20  a little over a year later, so did anyone use the

21  words that led you to believe that they thought you

22  had stolen something?  And I'm only talk about

23  words.

24      A    To me?

25      Q    Right.

1     A     I don't remember.

2     Q     Okay.  And in fact, you were explained to

3  by Officer Blackmon after the fact that it was the

4  opposite of that, which it was a mistake or a

5  mix-up, or whatever term he used, right?

6     A     Right.

7     Q     Okay.  Were you ever told that you were

8  under arrest?

9     A     No.

10     Q     Okay.  What's your understanding, as we

11  sit here today, about the symptoms of PTSD and how

12  long they have to exist before that's the proper

13  diagnosis?

14     A     I'm not sure.  I just told my doctor my

15  symptoms, and she diagnosed me.

16          MR. SPREEUWERS:  Okay.  All right.

17     Ms. Ashmon, I don't have any other questions.

18     I appreciate your time.  Please answer any

19     questions your lawyer has.

20          MS. DALZELL:  I don't have any questions.

21          THE COURT REPORTER:  Liz, do you need

22     copies of both?

23          MS. DALZELL:  That would be great.

24                          - - -

25     (The deposition concluded at 1:18 p.m.)

1       CERTIFICATE OF REPORTER

2

3           I, Lisa A. Garson, Court Reporter and
Notary Public for the State of South Carolina at
4   Large, do hereby certify:
            That the foregoing deposition was taken
5   before me on the date and at the time and location
stated on page 1 of this transcript; that the
6   deponent was duly sworn to testify to the truth,
the whole truth and nothing but the truth; that the
7   testimony of the deponent and all objections made
at the time of the examination were recorded
8   stenographically by me and were thereafter
transcribed; that the foregoing deposition as typed
9   is a true, accurate, and complete record of the
testimony of the deponent and of all objections
10  made at the time of the examination to the best of
my ability.
11          I further certify that I am neither
related to nor counsel for any party to the cause
12  pending or interested in the events thereof.
Witness my hand, I have hereunto affixed my
13  official seal this 10th day of September, 2024, at
Greenville, Greenville County, South Carolina.

14

15

16

17

18
            _____
19          Lisa A. Garson
            Court Reporter
20          Notary Public
            State of South Carolina at Large
21          My Commission Expires:
            December 2, 2029
22

23

24

25

**WORD INDEX**

**< 0 >**
**003** 3:*11* 62:*19*

**< 1 >**
**1** 3:*10* 62:*17, 23*
 69:*5*
**1:18** 1:*1* 68:*25*
**10** 1:*1* 12:*24* 26:*1*
**1-0-6-4-0-7-2-4-6**
 21:*25*
**1-0-6-4-0-7-4** 21:*24*
**10th** 69:*13*
**11:27** 1:*1*
**1459** 1:*1*
**15** 40:*18* 45:*25*
**150** 20:*7* 22:*21*
 59:*4*
**1507** 2:*4*
**15-day** 15:*24*
**15-days** 15:*16, 21*
**16** 10:*21* 13:*24*
 14:*15* 15:*4* 30:*6, 12*
**16:54** 63:*15*
**17** 12:*4* 14:*5* 15:*5*
 16:*22*
**18** 13:*22* 52:*12*

**< 2 >**
**2** 69:*22*
**2001** 23:*21* 27:*17*
 60:*7* 61:*10*
**2017** 18:*11, 15*
**2018** 60:*8*
**2019** 1:*1* 2:*9*
**2020** 7:*20* 8:*5*
 19:*10* 65:*17*
**2021** 18:*20*
**2022** 20:*21* 21:*7*
 59:*16, 20*
**2023** 10:*21* 12:*4*
 13:*22, 24* 17:*5*
 30:*7, 12* 45:*15*
 58:*14, 25* 59:*24*
 60:*3, 14* 64:*24*
**2024** 1:*1* 19:*10*
 69:*13*
**2025** 61:*14*

**2029** 69:*22*
**22** 17:*19*
**22-year** 17:*20*
**25-year** 18:*1*
**29152** 22:*10*
**29154** 20:*8*
**29201** 1:*1* 2:*4, 10*
**29202** 1:*1*

**< 3 >**
**3:23-CV-05228-SAL-**
 **PJG** 1:*1*
**30** 36:*21*
**30-day** 15:*24*
**30-minutes** 36:*17*

**< 4 >**
**4** 3:*5*
**4:54** 63:*15*
**45** 61:*17*

**< 6 >**
**62** 3:*10*
**69** 3:*6*

**< 7 >**
**7770** 22:*9, 24*

**< 8 >**
**803.929.0008** 2:*5*
**803.999.1225** 2:*10*
**803-212-0012** 1:*1*

**< 9 >**
**97** 20:*21*

**< A >**
**a.m** 1:*1*
**abdomen** 26:*10*
**ability** 8:*9, 17*
 69:*10*
**able** 14:*20, 25* 15:*7*
**Academy** 24:*2, 4*
**accent** 48:*20*
**accident** 27:*15, 16,*
 *19* 47:*7*
**accurate** 63:*22*
 69:*9*
**accuse** 66:*2, 4, 15*

**accused** 66:*22, 25*
 67:*8, 15*
**accusing** 67:*12*
**acquaintances** 51:*25*
**act** 34:*25*
**actions** 14:*13* 67:*2*
**actual** 5:*10* 37:*6*
 67:*3*
**additional** 48:*16*
**address** 20:*6, 10*
 21:*15* 22:*2, 7, 14,*
 *17, 24* 23:*5, 7, 11*
 51:*13* 58:*2, 24* 59:*4*
**addresses** 22:*20*
**affect** 8:*16*
**affixed** 69:*12*
**afraid** 64:*16*
**aftermath** 16:*8*
**age** 20:*16* 52:*12*
**ages** 17:*18*
**ago** 4:*12* 16:*2, 3, 5*
 27:*13*
**ain't** 31:*16*
**Air** 20:*24* 22:*10*
 23:*1, 12* 25:*10*
 46:*14*
**airbag** 28:*8*
**Alaska** 23:*6, 7, 9*
 24:*2, 4* 34:*1* 47:*11,*
 *12, 15* 57:*20, 24*
 58:*2, 8, 13, 15, 19,*
 *23, 24* 59:*14* 60:*16*
 61:*2, 5, 7, 12*
**alcohol** 8:*16*
**allegations** 51:*4*
**ALYSSA** 2:*16*
**amount** 41:*8*
**Anchorage** 23:*10*
**Anna** 8:*22* 11:*18*
 13:*6, 9, 15*
**answer** 4:*19* 5:*3, 5,*
 *11, 16, 18* 6:*13*
 8:*10* 13:*17* 49:*2*
 62:*3* 68:*18*
**answers** 6:*5*
**anxiety** 13:*1, 8, 11*
 16:*18, 25* 17:*5* 18:*7*
**Anybody** 20:*13*
 30:*25* 31:*3, 5*
 51:*16, 22* 54:*20*

**accused** 62:*13* 66:*4, 14, 19*
 67:*4*
**anybody's** 38:*2*
**anymore** 51:*18*
**anyway** 30:*16* 49:*3*
**apologize** 47:*8*
**apologized** 35:*5, 9*
**APPEARANCES**
 2:*1*
**apply** 61:*19*
**appointments** 11:*23,*
 *24* 12:*7*
**appreciate** 68:*18*
**approximately**
 16:*19, 20*
**area** 19:*7*
**Army** 23:*12*
**arrest** 68:*8*
**arrested** 26:*13*
**Ashmon** 1:*1* 3:*9*
 4:*4, 11* 17:*23*
 20:*12* 25:*18* 62:*17*
 68:*17*
**A-S-H-M-O-N**
 17:*23* 20:*12*
**ASHMON-A-001**
 3:*11* 62:*19*
**asked** 6:*14* 31:*12*
 32:*13, 17* 33:*15*
 34:*6* 36:*10* 42:*11*
 46:*25* 49:*9, 14*
 64:*18*
**asking** 47:*2* 67:*9*
**assessment** 14:*18*
**associate** 24:*6*
**associates** 24:*9*
**assume** 6:*14* 38:*1*
 49:*2*
**assuming** 9:*23*
 49:*15*
**Atlanta** 18:*13*
**attend** 29:*7, 12, 13,*
 *16*
**attended** 28:*17, 25*
**ATTENDING** 2:*15*
**automatically** 49:*10*
**automation** 25:*6*
**aware** 41:*16* 51:*1*
 54:*4* 61:*16* 65:*17*

**< B >**
**back** 18:*21, 22*
   24:22 32:7, *12, 19*
   33:*5, 9* 34:*1* 37:*10*
   42:*23* 44:*17* 46:2,
   *8* 47:*11, 22* 55:11
   57:*19* 61:2, *7, 24*
   64:*11* 66:7 67:*16*
**backseat** 31:*1, 3, 5,*
   *6* 42:*12* 49:22
**backwards** 22:*19*
**bad** 7:*21* 25:22
**badge** 33:*16* 41:*1*
**Bagley** 1:*1* 2:*8*
**base** 22:*9, 10, 24*
   23:2, *8, 12* 24:*10*
   25:*3, 10*
**based** 51:7
**Bates** 3:*11* 62:18
**bathroom** 5:*25*
**BEGAN** 1:*1*
**behalf** 4:*14*
**believe** 67:*21*
**best** 5:*15* 10:7
   16:*4* 29:*5* 37:*16*
   40:*16, 19* 44:*15*
   45:*25* 46:*23* 59:*5*
   67:*19* 69:*10*
**beyond** 23:22 24:*5,*
   *18*
**big** 35:*17*
**bills** 54:*1, 2*
**bingo** 30:*14* 55:*4*
**birth** 12:*17*
**birthday** 58:*8*
**bit** 4:*20* 37:*11*
**black** 32:5 34:*10*
   37:*21* 38:*14, 16*
   39:*6* 43:*25* 46:*20*
   48:*5, 8* 55:*20, 25*
   61:*11*
**Blackmon** 1:*1*
   46:*17, 23* 48:*4, 6*
   68:*3*
**B-L-A-C-K-M-O-N**
   48:*5*
**Blackwood** 52:*9*
**Bland** 55:*19* 65:*14*

**blood** 6:*25* 7:*6, 11,*
   *22, 24* 8:*1, 2, 5*
   12:*21* 52:*4, 11*
**blue** 47:*12*
**bought** 60:*9*
**Box** 1:*1*
**branch** 20:*22*
**break** 5:*21* 6:*1, 19*
   30:*8* 52:*19*
**breast** 9:*22*
**brief** 16:*7*
**briefly** 4:*12*
**brought** 4:*14*
**business** 27:*12*
**busy** 49:*19, 20*
**Buy** 29:*5*

**< C >**
**C.A** 1:*1*
**call** 26:*11*
**called** 48:7 55:*14,*
   *15* 56:*10* 57:*10, 20*
**calm** 32:*4, 6*
**Camille** 11:*5, 7*
**Camry** 60:*8*
**car** 15:2 27:*15, 16,*
   *18* 28:2 31:*7, 8, 15,*
   *19* 32:*8, 10, 12, 19*
   33:*9, 23* 34:*1, 11,*
   *13, 18, 24* 35:9
   40:*2, 5* 41:2 42:*13,*
   *17, 25* 44:*17* 47:*5,*
   *11, 23* 49:22 55:*5,*
   *6, 10* 57:*20, 22*
   58:*7, 11, 12, 16*
   60:*12* 61:*21* 66:*7,*
   *10, 25* 67:*8, 16*
**card** 27:*7*
**care** 8:*19* 9:*15*
   11:*17* 24:*21, 24*
**Career** 24:*2, 4*
**CAROLINA** 1:*1*
   2:*4, 10* 9:*11* 19:*17*
   20:*8* 21:*21* 22:*10*
   33:*23, 25* 47:*7, 14*
   52:*5, 11* 59:*11*
   60:*10, 13* 69:*3, 13,*
   *21*
**Carvedilol** 7:*1, 3,*

*20* 8:*2*
**case** 52:*3*
**cases** 4:*13*
**cause** 69:*11*
**center** 24:*11* 25:*7,*
   *9*
**Certificate** 3:*6* 69:*1*
**certification** 23:*24*
   24:*1, 12, 13*
**certifications** 24:*15*
**certify** 69:*4, 11*
**chance** 62:*24*
**charges** 26:*19*
**Chevrolet** 60:*7*
**Chevy** 61:*11*
**child** 18:6 24:*6, 8,*
   *11, 21, 23, 24* 25:*7, 9*
**children** 24:*25*
**Christopher** 1:*1*
**church** 28:*15, 18*
   29:*8, 12*
**churches** 28:*24*
**City** 29:*1, 2*
**civic** 29:*20*
**claim** 27:*11, 21*
**claimed** 58:*6*
**claiming** 53:*25*
   54:*6, 9*
**claims** 28:*10, 13*
**clarify** 6:*10*
**clean-up** 53:*1*
**clear** 14:*6*
**clerk** 25:*6*
**climate** 32:4 34:*9*
**clue** 26:*6*
**coffee** 5:*23*
**college** 17:*9* 18:*7,*
   *10, 13* 60:*18*
**Colonial** 9:*9, 10*
**color** 32:5 33:*20*
   34:*10* 38:*16*
**COLUMBIA** 1:*1*
   2:*4, 10* 19:*5* 29:*1*
**come** 57:*12, 14*
**comes** 42:*23*
**coming** 49:*18*
**Commission** 69:*21*
**compensation**
   27:22 28:*13*

**Complaint** 3:*10*
   35:*13, 20, 23* 36:2,
   *4, 5, 11* 37:*3, 6, 8, 9*
   55:*1* 57:*13* 62:*18*
   63:*3*
**complete** 69:*9*
**concern** 65:*21*
**concerned** 67:*3*
**concluded** 68:*25*
**conditions** 12:*23*
   13:*3*
**confined** 41:*7*
**connection** 63:*9*
**consider** 25:*20*
   29:*17*
**contest** 6:*4*
**context** 53:*12*
**conversation** 46:*22*
**convey** 63:*22*
**cop** 15:2 30:*22*
   31:*7, 15, 19, 22, 24*
   32:*1, 12, 13* 33:*3,*
   *15, 18* 35:8 37:*11,*
   *12, 17, 20, 24* 38:*4,*
   *6, 9, 10, 11, 17, 23*
   39:*10, 18, 23* 40:*8*
   41:*12, 16* 42:*6, 15,*
   *18, 25* 43:*3, 5, 11,*
   *19* 44:*19* 46:*17, 22*
   48:*10, 19, 23* 49:*6,*
   *22*
**co-pay** 54:*4*
**copies** 68:*22*
**cops** 39:*1, 13*
   43:*24* 46:*25* 64:*16*
   65:*7, 8*
**correct** 8:*6* 44:*12*
   58:*4* 62:*16* 65:*19,*
   *20*
**correctly** 5:*10* 16:*6*
   31:*25*
**correlated** 29:*25*
**counsel** 69:*11*
**counseling** 12:*13*
**counselor** 62:*9*
**County** 1:*1* 3:*10*
   23:*18* 35:*12, 25*
   36:*1* 45:*10, 16*
   51:*14, 16, 23* 55:*23*

56:5  62:17  63:3
69:13
**couple**  4:25  19:11
25:23  53:1
**course**  6:17  15:24
16:7
**COURT**  1:1  4:23
5:13  20:7, 9, 14
21:15  22:2, 21
59:5  60:15  68:21
69:3, 20
**cousin**  52:7
**Cpl**  1:1
**credit**  27:7
**cried**  55:17
**crime**  67:15
**criminal**  26:19
34:22  49:11, 16, 22,
23
**Crowe**  1:1  2:8
**cuffs**  33:5  41:5
54:12, 14, 20  67:15
**curious**  54:5
**current**  25:13

< D >
**DALZELL**  2:3
68:20, 23
**damn**  30:19
**darker-skin**  39:6
46:20
**DATE**  1:1  12:17
69:5
**daughter**  53:23
57:3  60:9  62:6
**day**  14:4, 7  36:8
57:9, 16  61:17
63:13  69:13
**daycare**  25:3
**dealt**  12:24
**December**  69:22
**decide**  60:19, 23, 25
**decided**  60:21
**decompress**  55:17
**Decoy**  20:7, 9, 14
21:15  22:1, 21
59:5  60:15
**D-E-C-O-Y**  20:7
**Defendants**  1:1

2:12  4:13
**degree**  20:3  24:12
**Demetrius**  52:7
**Department**  1:1
3:10  35:13  45:10
55:2  56:6  57:11
62:18  63:4, 23
**deployed**  17:10, 12
18:16  20:25
**deployments**  21:2
**deponent**  69:6, 7, 9
**DEPOSITION**  1:1
4:16  6:17  62:23
68:25  69:4, 8
**Deputy**  1:1  45:16
**describe**  39:22  60:5
**DESCRIPTION**  3:9
**determined**  14:19
**development**  24:6,
8, 11, 23  25:7, 9
**diabetes**  12:25  13:5
**diagnosed**  12:25
13:4, 7, 13  14:7
16:19  17:5  68:15
**diagnosis**  13:20
14:3  15:12  16:18
18:8  68:13
**different**  16:25
34:12, 14
**differently**  47:10
**discussed**  62:15
**disorder**  64:14, 21,
23
**dispatchers**  35:22
**distraught**  55:7
**DISTRICT**  1:1
**DIVISION**  1:1
**DMV**  57:23
**doctor**  8:19  9:24
11:16  13:4, 7, 10,
13, 17  14:4, 17
62:9  68:14
**doctors**  9:12, 15
10:4  13:2
**document**  62:25
63:6
**doing**  24:23  39:5
66:3
**Dr**  8:25  9:4, 8, 18
10:5  11:18, 19, 24

14:7, 11  15:6, 10
16:19, 24  17:4
**Drayton**  1:1
**drew**  41:16
**drinks**  5:23
**driver**  41:21, 25
42:1  50:5  51:9
**driver's**  21:21  42:2,
4
**driving**  27:25
30:17  33:11  34:11,
13, 24  35:2  47:23,
24  65:9  67:8
**drop**  30:25  41:1
**dropped**  55:10
**drove**  55:4
**drugs**  8:16
**duly**  4:5  69:6

< E >
**E-6**  29:24
**earlier**  41:19  45:24
48:7  49:1  65:13
**education**  23:22
24:5
**eight-years**  23:3
58:3, 19
**either**  8:8  22:16
27:24  51:9
**ELIZABETH**  2:3
**Elmendorf-
Richardson**  23:12
**embarrassing**  33:13
62:12
**employed**  19:12, 17
**employment**  20:1
**empty**  18:24
**ENDED**  1:1
**End-Time**  28:21
**enforcement**  10:21
26:17  51:2, 8  53:6,
15, 20
**engine**  46:11, 13
**engineering**  19:25
**especially**  34:10
**ESQUIRE**  2:3, 8, 9
**estimate**  40:16
45:25
**estimation**  16:4

**event**  13:24  14:8,
14, 16  17:11  30:5,
14  40:17, 20  45:25
54:25  55:7  56:13,
15  57:16  62:8
65:6, 22
**events**  57:18, 24
69:12
**everybody**  33:16
37:16  47:1
**EVERYWORD**  1:1
**EXAMINATION**
3:4  4:8  69:7, 10
**examined**  4:5
**excellent**  25:22, 23
**excuse**  34:2
**EXHIBIT**  3:9
62:17, 23
**exist**  68:12
**expecting**  57:14
**experience**  33:12
35:3  64:3, 12
**expires**  61:23  69:21
**explain**  6:13  34:19,
20  47:17  59:5
**explained**  68:2

< F >
**face**  28:8, 9  64:19
**fact**  32:14  44:1
66:20  67:6, 10
68:2, 3
**fair**  6:14  34:23
41:15  50:22  65:16
**familiarity**  64:22
**family**  51:25  53:18
**far**  22:21  35:18
41:15  46:11  48:9
51:1  53:9
**fat**  26:10
**Fear**  14:23, 24, 25
65:21
**fearful**  64:16  65:7
**February**  58:9
**feel**  37:7
**feelings**  18:23
**feels**  33:1
**felony**  51:3
**felt**  32:23  40:15

**female** 18:2, *3*
37:*18*
**file** 27:*21* 35:*20, 23*
37:8, *9*
**filed** 26:*20, 22, 24*
27:*11* 28:*10* 35:*13*
36:*2, 4*
**fill** 36:*5*
**filled** 36:*13* 55:*1*
63:*2*
**find** 4:*20, 21* 11:*16*
56:*17*
**fine** 6:*5* 52:*6*
**finish** 5:*15, 17*
**FIRM** 2:*3*
**first** 4:*5* 5:*1* 9:*8*
15:*6* 31:*7, 9* 32:8,
*16* 33:*9* 40:*23*
42:*6* 43:*14* 47:*20*
49:*7* 56:*13* 67:*14*
**five** 9:*2, 12* 46:*5, 6*
52:*20*
**five-years** 10:*6*
25:*21*
**flow** 7:*10*
**focus** 67:*18*
**following** 14:*4*
17:*4* 30:*18, 20*
**follows** 4:*6*
**Force** 20:*24* 22:*10*
23:*2, 12* 25:*10*
43:*8* 45:*1*
**foregoing** 69:*4, 8*
**forever** 32:*24* 33:*1*
40:*16* 65:*7*
**forget** 5:*4*
**forgot** 29:*22* 30:*15*
52:*15, 17*
**Form** 3:*10* 36:*5,*
*11* 37:*5* 62:*18*
63:*2, 3*
**formerly** 61:*22*
**Fort** 28:*23*
**Forty-five** 20:*17*
**Forward** 29:*1, 2*
**found** 11:*17* 56:*18*
**fourth** 39:*10*
**fraternal** 29:*19*
**friend** 49:*12* 55:*5,*

*6*
**friends** 51:*25*
**front** 30:*23* 37:*12,*
*17, 20* 39:*19* 41:*13*
42:*16* 55:*24* 63:*11*
**further** 69:*11*

**< G >**
**Garfield** 1:*1* 2:*8*
12:*20*
**Garson** 1:*1* 69:*3,*
*19*
**Gaymon** 8:*22, 25*
9:*4* 10:*5* 11:*18*
13:*6, 9, 15* 14:*7, 11*
15:*6, 10* 16:*19, 24*
17:*4*
**G-A-Y-M-O-N** 8:*24*
**gears** 30:*9*
**Gen** 1:*1*
**Genecia** 1:*1* 30:*13*
31:*6, 14* 33:*5* 36:*2*
40:*7* 41:*3, 5, 8*
42:*18, 20* 44:*16*
51:*20* 55:*4, 8* 62:*5*
65:*15* 66:*9*
**Georgia** 19:*15*
23:*16, 19* 28:*23*
60:*11* 65:*12*
**getting** 44:*18* 53:*11*
**give** 5:*5* 16:*3* 47:*1*
62:*23*
**given** 4:*16*
**glass** 28:*2*
**GM** 19:*15*
**go** 17:*15* 18:*10, 12*
19:*1, 4* 23:*17*
30:*14* 37:*10* 50:*2*
55:*2, 3, 17* 61:*2, 7,*
*24*
**goes** 42:*18* 52:*3*
**going** 18:*6, 15*
19:*25* 40:*15* 43:*17*
52:*18* 57:*22*
**gonna** 4:*24* 5:*4, 15,*
*19* 6:*13* 15:*2* 20:*3*
31:*21* 49:*3* 57:*12*
61:*1, 2, 24* 64:*16*
65:*7*

**Good** 18:*23* 19:*6*
25:*21* 30:*9* 52:*23*
**Goodness** 28:*5*
**graduate** 18:*19*
19:*19* 23:*20* 60:*19*
**graduated** 18:*20*
52:*1*
**great** 68:*23*
**Greenville** 69:*13*
**grew** 23:*16*
**ground** 31:*9, 10*
45:*21*
**grow** 23:*15*
**guess** 32:*22* 40:*19*
60:*25*
**gun** 30:*23* 31:*17,*
*23* 32:*13, 25* 33:*7*
35:*8* 39:*16, 23*
40:*3, 4, 8, 20, 25*
41:*5* 49:*11* 64:*19*
66:*2*

**< H >**
**hall** 5:*25*
**hand** 30:*24* 62:*22*
69:*12*
**handcuffed** 31:*7*
32:8, *24* 33:*8* 34:*8*
41:*9* 44:*22* 49:*10*
64:*19* 67:*14*
**handcuffing** 43:*5*
44:*25*
**handcuffs** 26:*17*
31:*21, 25* 33:*6, 14*
38:*19* 40:*24* 41:*3*
42:*18* 43:*2, 9, 20*
44:*12, 16* 46:*25*
47:*19* 49:*21* 66:*6,*
*24, 25* 67:*2*
**handled** 47:*10*
**Hands** 30:*24* 40:*1*
41:*1*
**handwriting** 63:*6*
**happen** 57:*25*
64:*13* 65:*1, 3*
**happened** 14:*17*
15:*5* 30:*12* 35:*10,*
*19* 36:*1, 19* 47:*25*
55:*12, 15, 16, 20*
56:*1, 15* 57:*11, 16*

58:*4, 20* 62:*14*
63:*23* 65:*6, 22*
**happening** 34:*21*
64:*15*
**happens** 65:*24*
**happy** 5:*22*
**hard** 40:*14*
**hardware** 28:*2*
**Harris** 1:*1*
**hash** 55:*21* 65:*14,*
*15*
**head** 5:*2, 6*
**headquarters** 35:*14*
36:8 37:*2*
**Health** 9:*1, 9, 10,*
*19* 25:*20, 22*
**hear** 8:*9*
**heart** 7:*6, 8, 12* 8:*3,*
*4* 12:*22*
**heat** 33:*10*
**help** 18:*23, 25*
**helped** 18:*25*
**hereunto** 69:*12*
**hey** 57:*21*
**Hickory** 22:*9, 24*
23:*5*
**high** 6:*25* 23:*17,*
*18, 19, 22* 24:*5, 17*
**history** 24:*18*
51:*13* 58:*2*
**hit** 28:*8*
**home** 17:*10* 18:*21,*
*22* 20:*6* 24:*25*
25:*2, 3* 55:*11, 12*
58:*7, 21* 59:*9*
**hope** 65:*2*
**hospital** 26:*5*
**hospitalizations**
25:*25*
**hot** 31:*13* 49:*18*
**hour** 36:*17* 52:*19*
64:*4*
**house** 60:*25*
**humiliated** 34:*8, 16*
47:*20*
**humiliating** 62:*13*
**hurt** 27:*18*
**husband** 17:*10, 11*
18:*16* 20:*11* 21:*4*
32:*18* 34:*12, 25*

35:2 52:15 53:22,
23 54:3 55:13, 16
56:21, 24 57:8, 15
59:15 61:6, 22 62:5
**husband's** 20:16
22:12 29:23 58:6
**hysterectomy** 26:4,
7

< I >
**ID** 32:16 42:12
**identification** 62:20
**identified** 39:13
**identify** 35:7 37:15
**immediate** 22:23
53:18
**Immediately** 35:11
64:18
**important** 4:25
**incident** 10:14, 19,
20, 24 11:3 12:2, 3
14:15 15:5, 6 16:8
17:4 22:5, 8, 15
26:15 27:3 29:10
45:15 46:8 53:7
54:1, 7, 10 57:9
58:3, 20 63:14, 18
64:4, 10
**incidents** 27:8
**indentation** 54:11
**indention** 54:16
**influence** 8:15
**information** 14:10
48:16 63:22
**infraction** 50:20, 24
**infractions** 50:8
51:10 53:4, 7
**initially** 36:18
**injuries** 27:24 28:6,
7, 11 54:10
**injury** 27:11
**in-person** 29:14
**inside** 32:7, 10, 15
35:21 42:25
**intended** 6:3
**intent** 60:15
**interact** 38:21 39:9
42:5, 9, 23

**interacted** 10:20
39:14 44:14, 17, 19
45:15
**interacting** 67:4
**interaction** 11:23
46:16 50:20
**interactions** 45:9
51:8 53:5, 15, 19
56:5
**interested** 69:12
**interfere** 8:9
**invasive** 9:25
**investigating** 66:17
**involved** 18:7
65:18
**involvement** 51:3
**Iraq** 21:3
**issues** 65:17
**It'll** 8:2
**Its** 29:5

< J >
**JBER** 23:11
**Jefferson** 52:7
**job** 24:10
**jobs** 25:4
**Joint** 23:11
**July** 10:21 12:4
13:22, 24 14:5, 15
15:4, 5 16:22 17:4
30:6, 12 45:15
59:24 60:14 64:23
**jury** 52:3

< K >
**keep** 44:15
**keys** 30:25 40:1
41:2 42:8, 17
**kid** 18:6
**kids** 17:9, 16 19:12
25:2 56:25 57:4
**kind** 4:22 5:24
6:24 8:16 9:17, 24
10:5 19:24, 25
24:18 28:5 33:18
43:8 45:1 48:20
50:10 51:3 53:12,
19 60:6
**kinds** 25:4

**knew** 31:5 46:12
51:19 55:9, 13
64:16 65:6
**know** 5:18, 22 6:1,
5 9:8, 23, 25 11:25
13:17, 20 16:18
19:21 21:23 26:8
33:1, 10 35:2, 15,
21 36:22 38:1, 4,
11, 16 39:5 40:14,
22 44:6 45:4 46:3
48:9, 21 49:2
50:19 51:16, 22
52:4 55:9 56:4, 8,
11, 15 62:11 64:13,
25 65:10, 11, 17
66:11, 13, 18, 19
**knowledge** 45:14
53:21, 24
**knows** 62:14
**Korea** 21:3, 13
**Kuwait** 21:2, 3

< L >
**LaFave** 1:1 2:8
**laid** 55:17
**Large** 69:4, 21
**lasted** 40:17
**LAW** 2:3 10:21
26:17 51:2, 8 53:5,
15, 20 61:16 65:25
**lawsuit** 26:22, 24
27:5, 9
**lawyer** 4:13, 14
6:18 56:12, 13, 17
62:4 68:19
**lease** 60:24
**leave** 5:4 59:18
**leaving** 17:9 36:14
**led** 67:21
**left** 35:9 49:17
52:25 54:16
**legal** 58:22
**Leonard** 9:8 10:5
**letters** 33:23
**license** 21:21 22:1
31:12 32:14, 20, 21,
22 34:6, 20 42:24
47:18 49:8, 15

58:8 59:12
**licenses** 24:14
**life** 55:20 65:1
**liked** 61:8
**likewise** 5:17
**limbo** 61:8
**Lisa** 1:1 69:3, 19
**little** 4:20 37:11
67:20
**live** 20:13 23:1, 4
52:8 60:16, 22
**lived** 21:14 22:9,
11, 20 23:6, 7, 10
51:14 58:2, 18
**lives** 20:9 51:17
52:9 60:11
**living** 59:8 60:15
**Liz** 68:21
**liz@shealeylaw.com**
2:5
**LLC** 1:1 2:3, 8
**located** 9:10 28:22
29:4
**LOCATION** 1:1
69:5
**long** 6:6 7:17
15:20 16:2, 3
21:14 23:1 27:13
29:12 32:23 33:1,
4, 10 37:1, 2, 4
40:16, 20, 25 46:1
52:25 54:18 56:14
68:12
**longer** 40:15, 24
59:24
**looked** 31:2 33:18,
19 38:15, 16
**looking** 19:21 20:1
34:17 47:8 49:21,
23 56:16 64:11
**looks** 63:14
**Losartan** 7:1, 19,
25 8:1
**lost** 54:6
**lot** 61:11

< M >
**ma'am** 30:3 34:16
36:20 42:10

Macon 23:*18*
maiden 25:*15*
mail 59:2
male 18:*1* 37:*18,
19, 21* 38:*7, 8, 14*
39:*6, 7* 41:*13*
46:20 48:22 55:25
man 43:*25* 48:*6, 8*
mark 54:*17*
marked 62:*19, 22*
marriage 25:*13*
52:*5, 11*
married 25:*13*
master's 20:2
McMAHON 2:*16*
MD 1:*1*
mean 9:*15, 16*
16:*21* 33:*19* 49:*4,
17*
medical 12:*17, 23*
53:*25* 54:2
medication 6:*22, 24*
7:*4, 22, 23* 8:*13*
11:*20* 15:*11* 16:*13,
25*
medications 7:*18*
8:8
medicine 7:*11*
15:*13, 22* 16:*7, 9*
meet 55:8
member 28:*15*
29:*17, 18, 19*
memory 6:3
mention 54:*20*
mentioned 43:*23*
44:*3, 11* 46:*16*
49:*1* 51:*6* 65:*13,
14, 15*
met 4:*12*
middle 64:2
mid-question 6:*10*
military 20:*18, 22*
32:*16, 17, 18* 33:*3*
54:*3* 58:*5, 10, 11*
59:*6, 7, 11, 13, 16,
25* 61:*19, 22*
mind 55:*22, 24*
minimize 15:*3*
Ministries 28:*21*

minor 28:7 50:*7,
24* 51:*10* 53:*4*
minus 25:*23*
minute 31:*3*
minutes 4:*12*
36:*22* 40:*18* 46:*1,
5, 6* 52:*20*
mistake 67:*11* 68:*4*
misunderstood
41:*24*
mix-up 66:*21*
67:*11* 68:*5*
model 60:*6*
Montezuma 23:*19*
month 21:*10*
months 16:*9* 57:*2,
3*
motions 39:*22*
move 18:*21* 30:*5*
moved 18:*22*
moving 61:*18*

< N >
Naiwatha 20:*11*
N-A-I-W-A-T-H-A
20:*11*
name 4:*11* 8:*23*
9:*9, 19* 10:*10* 11:*5*
17:*21, 22, 23* 18:*4*
25:*15* 30:*16* 31:*14*
38:*2, 4, 11* 46:*17,
19* 48:*6, 9* 60:*10*
names 7:*5, 22* 9:*6*
25:*17* 33:*16* 38:*24*
47:*1* 52:*6*
Natiya 18:*5, 9*
19:*12*
N-A-T-I-Y-A 18:*5*
need 5:*4, 21, 23, 25*
12:*16, 17* 15:*16*
52:*4* 68:*21*
needed 16:*1* 33:*15*
35:*23* 37:*8*
negative 53:*14, 19*
neither 69:*11*
nervous 65:*12*
nest 18:*24*
Never 26:*14, 18*
31:*16, 17* 33:*7*

35:*5, 9* 50:*23* 55:*6*
61:*21* 66:*3, 22*
Newbirth 28:*21*
night 15:*7, 8* 55:*18*
Nissan 60:*8*
nod 5:*6*
nodding 5:*2*
notarized 63:*11*
Notary 69:*3, 20*
Notch 29:*5*
noticed 30:*17*
number 21:*23*
33:*16, 24* 41:*12, 17*
42:*6* 43:*6* 46:*17*
48:*19, 23* 62:*23*
numbers 47:*1*

< O >
oath 63:*8*
objections 69:*7, 9*
obvious 64:*8*
obviously 20:*18*
56:*21*
occasions 50:*5*
office 25:*6*
officer 26:*17* 33:*7*
41:*4, 16* 43:*1* 48:*1*
49:*25* 50:*4* 53:*15*
65:*25* 68:*3*
officers 10:*21*
32:*11* 35:*22* 38:*22*
39:*3, 17* 41:*11*
44:*2* 45:*1, 5* 48:*12*
51:*2* 53:*6, 20*
official 69:*13*
oh 33:*3* 52:*15*
old 17:*20* 18:*1*
22:*14* 29:*5*
older 48:*21, 23*
once 46:*24*
one-hour 64:*9*
one's 38:*4*
online 29:*13, 14*
opposite 67:*12* 68:*4*
order 37:*16*
organizations 29:*20*
outside 31:*14, 19*
33:*9* 49:*20, 21*

< P >

p.m 1:*1* 63:*15*
68:*25*
P.O 1:*1*
PAGE 3:*3, 9* 10:*19*
64:*1* 69:*5*
panniculectomy
26:*5, 9*
pannus 26:*10*
paperwork 35:*24*
paranoid 15:*1*
Park 1:*1* 2:*9*
parking 61:*11*
part 21:*18*
participate 8:*17*
particular 27:*3*
party 69:*11*
passenger 31:*8*
41:*20, 22* 50:*16*
51:*9* 53:*4*
patrol 42:*21* 43:*12,
15* 44:*7* 46:*2*
pavement 40:*12*
pending 69:*12*
people 33:*11* 49:*18*
55:*8, 20* 59:*6*
61:*19* 62:*15* 65:*18*
period 10:*12* 32:*5*
46:*1*
permitted 6:*17*
person 11:*14*
27:*12* 28:*1* 32:*5*
33:*20* 34:*9, 10*
51:*19* 65:*23*
personal 10:*2*
pharmacist 24:*20*
phlebotomist 24:*22*
phlebotomy 23:*25*
phone 30:*13*
physical 54:*9*
physician 9:*16, 17*
11:*18*
physicians 9:*3*
pick 52:*3* 59:*7*
picked 30:*14, 16*
pill 6:*25*
place 10:*14* 12:*3*
13:*24* 14:*14, 15*
57:*18, 24*

**placed** 26:*16* 41:*5* 43:*11*, *15* 44:7 54:*14*

**Plaintiffs** 1:*1* 2:6

**planned** 12:*13*

**plans** 12:*10*

**plate** 61:*12*

**please** 12:*18* 68:*18*

**point** 5:22 38:*14* 40:*25* 43:*14* 44:2, 23 45:22 66:*14*

**pointed** 30:*23* 31:*17* 32:*25* 33:7 35:8 39:*25* 40:*3*, *4*, 21 49:*12* 64:*19*

**pointing** 31:*23* 40:8

**police** 14:*23*, 24 30:*17*, *19* 38:22 39:*2* 45:4 49:*25* 50:*4* 65:*19*, 22 67:*16*

**portion** 42:6

**possible** 32:4

**possibly** 46:*16*

**post-traumatic** 64:*14*, *20*, *23* 65:4

**practice** 8:*25*

**practices** 9:7

**prescribe** 11:*19* 15:*11* 16:24

**prescribed** 15:*13*, 16, 22 17:*1*

**pressure** 6:*25* 7:6, *11*, 22, 24 8:*1*, 2, 5 12:*21*

**previous** 22:*24* 50:*3*, *4*

**primarily** 39:*14*

**primary** 8:*19* 9:*15* 11:*17*

**prior** 22:*11* 28:*13* 51:2, 7

**Prisma** 9:*1*, *19*

**Probably** 16:5 35:*1* 43:*21* 46:6 61:*3*

**proceed** 52:*23*

**process** 37:6

**prompt** 5:8

**proper** 68:*12*

**protect** 66:2

**provide** 14:*10* 48:*16*

**provided** 36:*10* 37:7

**provider** 24:*21*, 25

**PTSD** 13:*1*, *14*, *18*, *21* 14:7 15:*11* 17:*1* 64:*3*, *9* 68:*11*

**Public** 69:*3*, 20

**pull** 31:*18* 34:*19* 66:2

**pulled** 30:22 32:*11*, 15 37:*12*, *17*, *20* 39:*16* 47:*4*, *14*, 24 49:*11*, *12*, 25 50:*4*, 7, *16*, 23 53:*3* 57:*17* 64:*17*

**pulls** 42:*15*

**purchase** 58:7

**purchased** 58:*16*

**purse** 32:*13*, *15* 42:*11*, *12* 44:*18*

**pursue** 23:22

**pursued** 24:5

**pushed** 28:*1*, 2

**put** 30:*24* 31:*21*, 24 32:7, *10*, *12* 33:8 39:*25* 40:*1* 41:2 43:*1*, *19* 45:*19* 47:*19* 66:6, 25

**puts** 42:*20*

< Q >

**question** 4:*19* 5:*16*, *17* 6:*4*, *9*, *11* 9:*14* 10:2 13:*16* 31:4 43:5 62:*3* 64:8 67:9

**questions** 8:*10* 10:*1* 48:*12* 53:*1* 68:*17*, *19*, 20

**quick** 52:*19*

< R >

**ramble** 6:9

**ran** 28:*1* 32:22

34:7 47:*21*, 22

**rank** 29:*23* 30:2

**rate** 7:*12* 12:22

**really** 30:*19* 54:*15*

**rear** 44:*18*, 22

**reason** 6:*1* 15:2 31:*18* 32:2, 25 33:*21* 47:*4*, 6 60:*17*

**recall** 6:5 14:*21* 31:*25* 44:*13* 46:*23* 51:*13* 62:7 67:*19*

**recognize** 62:*25*

**recollection** 10:7

**record** 12:*16*, *17*, *19* 48:4 49:*3* 52:*21* 69:9

**recorded** 69:7

**red** 47:*12*

**referred** 37:*23*

**referring** 10:*25* 48:5

**refers** 10:*20*

**register** 58:*10* 61:*17*, *21*, 24

**registered** 57:*21* 60:9 61:5

**registration** 31:*12* 34:6, *20* 47:*19* 49:*8*, *15* 64:*18*

**regularly** 8:*12* 28:*17*, 25 29:*16*

**regulate** 7:*10*, *12* 8:*3*

**regulation** 12:22

**related** 13:*11* 69:*11*

**relatively** 19:6

**relatives** 52:*4*, *10*

**released** 33:6, *14* 35:*12* 36:*21*, 23 46:25

**remain** 32:6

**remember** 4:*21* 5:*3* 9:*18* 10:*10* 21:9 23:6 27:6 39:8 43:*16*, *18*, *19*, *20*, 22 45:*18* 48:*20* 56:*19* 68:*1*

**remove** 26:*11*

**removed** 38:*19*

**repeat** 6:*12*

**rephrase** 6:*12* 9:*14* 44:*1*

**REPORTED** 1:*1*

**Reporter** 1:*1* 3:6 4:*23* 5:*13* 68:*21* 69:*1*, *3*, 20

**re-prescribed** 16:2

**represent** 4:*13*

**Representing** 2:*6*, *12*

**requires** 61:*17*

**residents** 58:*13*, *14*, 22

**result** 54:*1*

**resulted** 27:*4*, 9

**retired** 20:*21* 21:6, 7, *12* 32:*18* 59:*15* 61:7

**retirement** 21:*18* 22:*12* 29:*23* 59:*17*

**return** 60:*16*

**re-upped** 16:9

**review** 62:*24*

**Richland** 1:*1* 2:*4* 3:*10* 35:*12*, 25 36:*1* 45:*10*, *16* 51:*14*, *16*, *20*, *23* 55:23 56:5 62:*17* 63:*3*

**right** 5:*21* 6:8, *16* 7:*4*, *17*, *21* 9:2 10:*18*, 22 11:2, *10*, *19* 12:8, *15* 13:*16*, 23, 25 14:*1*, *20* 15:8, *10* 16:*17* 17:*15*, *20* 18:*14* 19:*11*, *16* 20:4, *5*, *13*, 16 21:4, 7, *14* 22:*15*, *19*, 21 23:4, *14* 25:6, *12* 26:*3*, *12* 28:*5*, 20, 24 30:*5* 35:*10* 36:*11* 37:*10*, *12*, *13*, 23, 24 38:*2*, 6, *13* 39:*1*, 9, *12*, 14 40:*19* 41:*21* 42:*15*, *18* 43:*9*, *10* 44:*4*, 20 45:24 46:*15*, 18 48:*1*, 2, *11*, *15*, *19* 49:*13*, 24 50:2, *15*, *19*, 22

51:*10, 12* 52:*10, 16, 18, 23, 25* 53:*25* 54:*7, 25* 56:*11, 17, 20, 23, 25* 57:*1, 8, 15* 58:*1, 18* 59:*15, 25* 60:*1, 14* 61:*9* 62:*1, 4, 15* 63:*19, 21, 24* 64:*1, 5, 6* 66:*12* 67:*2, 13, 17, 25* 68:*5, 6, 16*

**Robert** 1:*1* 2:*8*

**robert@crowelafave. com** 2:*11*

**Roswell** 19:*15*

**Roughly** 20:*20* 27:*16* 29:*7* 46:*7* 64:*4*

**run** 65:*9, 11*

**running** 22:*19* 46:*11, 13*

**< S >**

**Sandra** 55:*19* 65:*13*

**Savion** 17:*22, 24* 19:*16*

**S-A-V-I-O-N** 17:*22*

**saw** 9:*14, 18* 10:*8* 11:*2* 15:*1, 5*

**saying** 43:*22* 56:*9*

**says** 64:*3*

**scared** 31:*16* 35:*1* 54:*22*

**scares** 25:*24*

**scene** 38:*22* 39:*3* 48:*12*

**scheduled** 30:*14* 55:*3*

**school** 19:*2* 23:*17, 18, 19, 23* 24:*5, 17* 55:*23*

**scratches** 28:*8*

**seal** 69:*13*

**second** 7:*2*

**seconds** 40:*23*

**see** 4:*23* 10:*11, 15* 11:*14* 13:*5, 10, 18* 37:*15* 41:*4, 11* 65:*8*

**seen** 9:*3, 13* 10:*6* 11:*9, 12* 12:*8* 45:*7*

**sense** 6:*12* 47:*15* 58:*22*

**sent** 33:*18* 35:*6* 47:*2* 59:*4*

**September** 1:*1* 69:*13*

**sequence** 42:*15* 44:*15*

**sergeant** 30:*4*

**serve** 66:*1*

**served** 54:*3*

**services** 29:*14, 15*

**session** 4:*20*

**setting** 5:*2*

**Shauna** 1:*1* 4:*4*

**Shaw** 22:*10* 23:*1* 25:*9*

**SHEALEY** 2:*3*

**Sheriff's** 1:*1* 3:*10* 35:*12* 45:*10, 16* 55:*1* 56:*5* 57:*10* 62:*18* 63:*3, 23*

**shift** 30:*8*

**shortly** 63:*17*

**side** 31:*8* 41:*20, 23* 42:*3, 4*

**sides** 49:*18*

**sign** 28:*1*

**signal** 50:*10*

**silly** 43:*4*

**Silverado** 60:*7* 61:*10*

**simple** 34:*16*

**sir** 10:*23*

**sit** 68:*11*

**sitting** 67:*19*

**skipped** 20:*5* 21:*20* 52:*2*

**sleep** 14:*16, 21* 15:*1, 7* 55:*18*

**sleeping** 15:*22, 23* 16:*7*

**smooth** 35:*8*

**social** 5:*1* 12:*18*

**soda** 5:*24*

**somebody** 30:*20* 35:*6* 39:*16* 51:*9* 56:*18*

**son** 19:*1* 34:*10, 24* 35:*1* 52:*1* 53:*22,*

*23* 55:*23* 56:*4, 21, 23* 57:*2* 60:*18* 62:*5*

**soon** 5:*3* 36:*21, 23*

**sorry** 21:*24* 25:*8* 34:*17*

**sort** 11:*22* 16:*8* 53:*11*

**sound** 10:*22* 13:*25* 43:*4* 46:*18*

**sounded** 48:*7*

**sounds** 14:*1*

**SOUTH** 1:*1* 2:*4, 10* 9:*11* 19:*17* 20:*8* 21:*21* 22:*10* 33:*23, 25* 47:*7, 14* 52:*5, 11* 59:*11* 60:*10, 12* 69:*3, 13, 21*

**spared** 34:*15*

**speak** 56:*13*

**speaking** 53:*9*

**specialist** 9:*20, 21*

**specialists** 9:*16*

**specific** 65:*18*

**specifically** 7:*7* 67:*18*

**speed** 7:*10* 8:*3*

**speeding** 31:*18* 50:*10, 21*

**spell** 8:*23*

**Spelman** 18:*13, 15*

**spoke** 38:*18*

**spoken** 56:*22*

**spot** 9:*22*

**SPREEUWERS** 2:*9* 3:*5* 4:*10, 11* 12:*15* 52:*16, 22* 62:*21* 68:*16*

**stand** 31:*10* 32:*9*

**standing** 49:*21*

**start** 5:*16, 18* 20:*3* 30:*10*

**started** 29:*9* 40:*24* 59:*17*

**starters** 47:*12*

**starting** 24:*17*

**starts** 47:*13*

**State** 52:*5* 58:*6, 7, 19, 21* 59:*8, 9, 12*

**stated** 69:*5*

**statement** 63:*9* 64:*2*

**STATES** 1:*1*

**station** 35:*15, 18* 36:*23*

**stationed** 21:*12*

**stay** 31:*21* 32:*8*

**stayed** 19:*6* 26:*4* 55:*10*

**stealing** 66:*5, 23* 67:*1*

**stenographically** 69:*8*

**Steve** 4:*11*

**steve@crowelafave.c om** 2:*11*

**STEVEN** 2:*9* 9:*18* 10:*5*

**sticker** 61:*14*

**stolen** 33:*22* 43:*24* 44:*3, 9, 10* 47:*5, 6* 49:*16* 57:*19* 66:*8, 9, 10, 15, 20* 67:*7, 22*

**stop** 28:*1* 36:*17, 18* 37:*2* 42:*6* 66:*24*

**stoplight** 30:*18, 21*

**stopped** 14:*23* 15:*2* 16:*1* 31:*11, 16* 32:*2, 24* 33:*22* 39:*19* 41:*13* 49:*6* 57:*19*

**stopping** 34:*17*

**stops** 51:*2*

**store** 28:*2, 3, 4*

**stories** 65:*18*

**straight** 36:*24, 25* 40:*9*

**Street** 1:*1* 2:*4, 9* 22:*10, 24* 23:*5* 27:*25* 49:*19, 20*

**stress** 64:*14, 20, 23*

**stressful** 17:*11*

**stuff** 5:*24* 7:*13* 42:*17, 24* 44:*19* 47:*17* 59:*3* 66:*3*

**subdivision** 30:*15,*

*16* 31:*14* 49:*20*
**substance** 6:*18*
**summer** 7:*19* 8:*6*
9:*20* 10:*13* 11:*10*
12:*7*
**summertime** 21:*11*
**Summit** 31:*13*
**Sumter** 9:*11* 20:*7*
**sun** 49:*18*
**supposed** 55:*8*
**sure** 5:*5*, *9*, *14* 12:*1*
14:*6* 15:*14* 17:*14*
20:*3* 22:*16* 27:*1*, *2*,
*4*, *7*, *9* 32:*22*, *23*
35:*16*, *25* 36:*22*
37:*5* 38:*5* 40:*18*,
*22* 42:*14* 48:*10*
53:*24* 54:*19* 56:*14*
57:*21* 68:*14*
**surgery** 26:*7*
**suspected** 50:*20*
51:*9*
**sworn** 4:*5* 63:*8*
66:*1* 69:*6*
**symptoms** 14:*11*, *21*
64:*23* 68:*11*, *15*
**system** 57:*23*

**< T >**
**tag** 32:*3* 33:*22*, *24*,
*25* 34:*1*, *7*, *23*
43:*24* 44:*3*, *9* 47:*5*,
*7*, *11*, *14*, *15*, *21*, *22*
55:*21* 57:*19* 58:*12*
59:*14* 60:*10* 61:*23*
65:*9*, *11*, *14*, *15*
66:*16*, *19*, *20* 67:*6*, *7*
**tags** 66:*7*, *8*, *9*
**take** 5:*22* 6:*19*
8:*12*, *13* 13:*2*
15:*15*, *17*, *18*, *19*, *20*,
*25* 26:*9* 34:*3*
52:*19*, *20* 57:*24*
**TAKEN** 1:*1* 69:*4*
**talk** 5:*14* 6:*18*
10:*24* 26:*16* 30:*6*
33:*20* 34:*4* 35:*7*
47:*9* 53:*8*, *16* 55:*9*
57:*16* 62:*10* 66:*15*
67:*22*

**talked** 11:*25* 12:*2*,
*5*, *22* 30:*13* 39:*1*
48:*13* 53:*2* 55:*6*,
*15* 56:*12* 57:*9*
62:*6*, *13*
**talking** 6:*20* 31:*15*
48:*2* 56:*21* 62:*7*
**tea** 5:*24*
**Technical** 30:*4*
**technician** 24:*20*
**tell** 9:*6* 11:*22*
17:*8*, *16* 20:*5*
24:*18* 26:*3* 27:*24*
35:*17*, *19* 43:*15*
46:*15*, *22* 49:*4*
52:*16* 54:*13* 56:*9*,
*23*, *25* 57:*1*, *4* 62:*7*
64:*7*, *8* 66:*16*
**telling** 47:*3*
**tells** 42:*16*
**ten** 52:*20*
**term** 65:*4*, *14*, *15*
67:*11* 68:*5*
**terrible** 7:*4*
**testified** 4:*6* 63:*18*
**testify** 69:*6*
**testimony** 6:*19*
69:*7*, *9*
**therapist** 10:*8*, *9*, *11*,
*16*
**therapy** 12:*12*
**thereabouts** 18:*17*
**thereof** 69:*12*
**thief** 67:*9*
**thing** 4:*22* 6:*16*
16:*17* 38:*7* 49:*7*
50:*11* 60:*6*
**things** 4:*25* 62:*12*
**think** 13:*23* 37:*23*
41:*19* 43:*23* 46:*4*,
*16*, *19* 49:*24* 53:*2*
56:*20* 58:*1* 59:*18*
65:*15*, *25*
**thinking** 15:*1* 27:*3*
55:*19*
**third** 46:*7*
**thought** 6:*10* 35:*6*
64:*8* 67:*21*
**three** 32:*11* 38:*17*
39:*2*, *13*, *17* 46:*17*,

*23* 48:*1* 50:*1*, *3*
53:*3*, *6* 60:*4*
**throw** 42:*7*, *17*
**tight** 54:*12*, *14*, *15*,
*21*
**TIME** 1:*1* 10:*12*
13:*3* 15:*6* 16:*15*,
*20*, *21* 17:*12* 18:*18*
21:*9* 22:*4*, *8*, *15*
30:*21* 32:*11* 34:*3*
36:*13*, *18*, *22* 38:*2*
40:*3* 41:*8* 44:*9*
46:*1* 54:*6* 56:*6*
58:*13* 63:*14* 68:*18*
69:*5*, *7*, *10*
**times** 10:*15* 11:*9*
32:*6* 33:*12* 49:*24*
50:*1*, *3* 53:*3*
**today** 6:*22* 8:*13*,
*17* 26:*16* 30:*6*
53:*8*, *16* 68:*11*
**told** 14:*13*, *17*
15:*15* 25:*8* 31:*8*,
*11* 32:*9*, *17* 33:*15*
35:*23* 42:*7* 43:*16*,
*18* 45:*18* 47:*9*
55:*13*, *16* 56:*20*, *24*
57:*2*, *3*, *4*, *6*, *7*, *17*
66:*19* 67:*10* 68:*7*,
*14*
**Tookes** 25:*16*, *18*
**T-O-O-K-E-S** 25:*16*
**totally** 34:*12*, *14*
**touch** 43:*6*
**traffic** 50:*8*, *24*
51:*10* 53:*4*, *7*
**train** 6:*10*
**transcribed** 69:*8*
**transcript** 5:*10*
69:*5*
**transpired** 14:*14*
**traumatic** 35:*3*, *4*
62:*10* 64:*13* 65:*2*,
*3*, *6*
**Trazodone** 15:*23*
**treat** 49:*2*
**treated** 14:*24*
33:*17* 34:*22* 49:*5*,
*9*, *11*, *17* 51:*7*

**treatment** 49:*13*
**trial** 52:*3*
**Tricare** 54:*2*, *3*
**tried** 33:*20* 47:*8*
55:*16*
**trouble** 53:*12*
**true** 69:*9*
**truth** 6:*6* 69:*6*
**truthful** 63:*22*
**truthfully** 8:*10*
**try** 35:*7* 47:*17*
**trying** 15:*3*, *4* 27:*6*
30:*20* 59:*5* 60:*23*
**Tuesday** 1:*1*
**Tuomey** 9:*1*, *19*
**turn** 50:*10* 64:*1*
**turned** 34:*11*, *13*
**Twenty-five** 17:*19*
**Two** 10:*17* 11:*9*,
*24* 12:*6* 16:*9*
17:*17* 29:*5* 38:*9*,
*10*, *23* 39:*2*, *13*
43:*3*, *6*, *11*, *19*
44:*20* 48:*10*, *19*
50:*1*, *3* 53:*2*, *6*
56:*16* 64:*1*
**two-months** 16:*5*
**two's** 38:*11*
**Two-years** 21:*16*
22:*21*
**Tyler** 1:*1*
**type** 65:*23*
**typed** 69:*8*

**< U >**
**Uh-huh** 7:*14* 23:*10*
29:*3* 50:*12* 59:*21*
**Uh-uh** 39:*11* 58:*16*
**Ultima** 60:*8*
**understand** 6:*8*, *11*
8:*9* 9:*25* 15:*4*
16:*6* 19:*24* 67:*17*
**understanding**
61:*20* 62:*2*, *3* 68:*10*
**understood** 6:*14*
13:*23*
**unfair** 49:*13*
**unfairly** 33:*17*
49:*2*, *5*, *9*, *17* 51:*7*

**UNITED**  1:*1*
**updated**  22:*17*
**uphold**  66:*1*
**USC**  19:5, *9*  56:6
**use**  43:*8*  45:*1*
 65:*4*  67:*20*

**< V >**
**Valley**  28:*23*
**vehicle**  39:*20*
 41:*13, 21, 25*  42:*1,*
 *21*  43:*12, 15*  44:*4,*
 *7, 10, 18, 23*  45:*19*
 46:2, *9*  49:*16*
 50:*17*  59:*3*  61:*17*
 66:5, *16*
**vehicles**  60:2, *5*
 61:*4*
**verbal**  5:5
**Veteran's**  34:*1*
 47:*15*
**visit**  16:22
**visits**  17:*3*
**voted**  59:*9, 10*
**vs**  1:*1*

**< W >**
**wait**  21:*24*  31:*3*
 44:*1*  55:*19*
**waiting**  31:*16*
 60:*19*
**walk**  30:*11*
**want**  11:*25*  14:*6*
 19:*24*  30:5, *8*  34:*4*
 37:*10, 15*  42:*14*
 47:*9*  56:*11, 25*
 57:25  60:22  67:*17*
**wanted**  48:*6*  61:*7*
 63:*21*
**wants**  20:2
**war**  17:*12*  20:25
**water**  5:*24*
**way**  45:*16*  55:*14*
 57:*3*
**weapon**  41:*12, 16*
**week**  16:*16*  56:*15*
**weeks**  56:*16*
**Well**  17:*15*  23:9
 26:*8*  27:25  33:*21*
 46:*24*  47:*16*  55:*13,*

*14*  56:*23*  59:*4, 10*
 61:*23*  64:25  66:*24*
 67:*2*
**went**  4:*21*  14:*4, 16*
 18:*13*  19:*5*  21:2
 23:*18*  24:22  32:*15*
 33:*4*  35:*12, 14, 15,*
 *19, 21*  36:*23, 24, 25*
 47:*16*  51:*12*  55:5,
 *9, 11, 12*  58:*1*
**we're**  10:*19*, 25
 26:*15*  30:6  34:*17*
 38:*15*  53:7, *16*
 58:*9*  60:25  61:*24*
 67:*19*
**we've**  4:*23*  5:*13,*
 *14*  12:22  39:*1, 12*
 48:*13*  52:*18*  62:6,
 *15*
**white**  37:*21, 22*
 38:7, *8*  41:*12*
 47:*12*  48:*21*
**wife**  57:*12*
**window**  30:25
 39:*24, 25*  40:2
**windows**  30:24
**Witness**  69:*12*
**Wolfe**  1:*1*
**woman**  32:5
**Wood**  11:7, *19, 24*
**word**  4:24  28:21
**words**  67:*3, 18, 21,*
 *23*
**work**  19:22  21:5
 24:*10, 18*  54:7
 59:*10*
**worked**  24:*20, 21,*
 *22*
**workers**  28:*13*
**working**  20:*3*
**works**  19:*15*
**worried**  57:*1*
**wrist**  54:*12, 15, 17*
**writing**  64:*11*
**written**  36:5, *11*
 64:*2*
**wrong**  34:*23*  56:*3*
**wrote**  38:*24*

**< Y >**

**Yeah**  8:7  12:*1*
 32:*17*  33:*4*  37:*4, 9*
 46:*21*  53:*11*  59:*18*
**year**  21:*9*  23:*20*
 29:*9*  58:*9*  59:*19*
 67:*20*
**years**  9:2, *12*  12:*24*
 19:*9*  20:*20*  22:*20*
 26:*1*  29:*8*
**younger**  48:*24, 25*

**< Z >**
**Zalenski**  1:*1*
**zone**  17:*12*  21:*1*
**Zoom**  11:*15*  12:7