UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Shauna Ashmon and Genecia Drayton,   C/A No.: 3:23-cv-05228-SAL-PJG

      Plaintiffs,
vs.

Cpl. Zalewski, M.D. Tyler Wolfe, Gen. Robert Harris, Deputy Christopher Blackmon, and Richland County Sheriff's Department.

      Defendants.

# EXHIBIT F
# Video: Tyler Wolfe's Body-Worn Camera

# (to be provided on flash drive)