UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Shauna Ashmon and Genecia Drayton,　　　　　C/A No.: 3:23-cv-05228-SAL-PJG

　　　　　Plaintiffs,
　vs.

Cpl. Zalewski, M.D. Tyler Wolfe, Gen. Robert Harris, Deputy Christopher Blackmon, and Richland County Sheriff's Department.

　　　　　Defendants.

# EXHIBIT G
# Video: Mariusz Zalewski's Body-Worn Camera

# (to be provided on flash drive)