# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Shauna Ashmon and Genecia Drayton, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25-cv-5228-SAL |
| Cpl. Zalenski; M.D. Tyler Wolfe; Gen. Robert Harris; Deputy Christopher Blackmon; and Richland County Sheriff's Department, | ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ other: the plaintiffs, Shauna Ashmon and Genecia Drayton, take nothing of the defendants, Cpl. Zalenski, M.D. Tyler Wolfe, Gen. Robert Harris, Deputy Christopher Blackmon, and Richland County Sheriff's Department, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended granting the defendants' motion to dismiss.

Date:   August 19, 2025    *ROBIN L. BLUME, CLERK OF COURT*

*s/ Amanda D. Hilley*
_____
*Signature of Clerk or Deputy Clerk*